<u>DEFENDANT</u>: GEORGE THOMAS BROKAW

<u>DOB:</u>       1945

<u>ADDRESS:</u>

Colorado Springs, CO 80918

<u>COMPLAINT FILED?</u>        ____ YES   X   NO

<u>OFFENSE:</u>   **Count 1:**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 2 – 7:**   18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

**Count 14:**        18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

**Count 15:**        26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting

<u>LOCATION OF OFFENSE:</u>   El Paso County, Colorado

<u>PENALTY:</u>   **Count 1:**   NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Counts 2 – 7:**   NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 14:**   NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 15:**   NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

<u>AGENT:</u>        Special Agent Adam Rutkowski, IRS CI
Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
\_\_\_\_ five days or less
__X__ over five days
\_\_\_\_ other

THE GOVERNMENT
\_\_\_\_\_ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        \_\_\_\_ Yes        __X__ No