IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13-CR-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw,**
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL
## FOR DEFENDANT GEORGE THOMAS BROKAW

---

COMES NOW, Eric K. Klein of Johnson, Brennan & Klein, PLLC, a member of the bar of this Court, and hereby enters his appearance as court-appointed counsel for the above named Defendant, George Thomas Brokaw.

DATED this 4th day of October, 2013.

    Respectfully submitted,

    JOHNSON, BRENNAN & KLEIN, PLLC

    *s/ Eric K. Klein*
    Eric K. Klein, #42185
    1470 Walnut Street, Suite 101
    Boulder, CO  80302
    Telephone: (303) 444-1885
    Facsimile:   (866) 340-8286
    eklein@jbk-law.com
    *Attorney for George Thomas Brokaw*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2013, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT GEORGE THOMAS BROKAW with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Martha A Paluch
Assistant United States Attorney
Office of the United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
martha.paluch@usdoj.gov

Matthew T. Kirsch
Assistant United States Attorney
Office of the United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
matthew.kirsch@usdoj.gov

   *s/ Philip Lieder*
Philip Lieder