DEFENDANT: GEORGE THOMAS BROKAW

DOB: 1945

ADDRESS:

Colorado Springs, CO 80918

COMPLAINT FILED? _____ YES   X   NO

| OFFENSE: | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| --- | --- | --- |
| | **Counts 2 – 7:** | 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID) |
| | **Count 14:** | 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |
| | **Count 15:** | 26 U.S.C. § 7212(a) – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |

LOCATION OF OFFENSE:     El Paso County, Colorado

| PENALTY: | **Count 1:** | NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| --- | --- | --- |
| | **Counts 2 – 7:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 14:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 15:** | NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment |

AGENT:          Special Agent Adam Rutkowski, IRS CI
                Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
___X_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
____X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes   ___X___   No