<u>DEFENDANT</u>: CLARA M. MUELLER

<u>DOB:</u> 1950

<u>ADDRESS:</u>
    Colorado Springs, CO 80920

<u>COMPLAINT FILED?</u>    _____ YES    X___ NO

| <u>OFFENSE:</u> | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| --- | --- | --- |
| | **Count 13:** | 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID) |
| | **Count 14:** | 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |
| | **Count 18:** | 26 U.S.C. § 7212(a) – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |

<u>LOCATION OF OFFENSE:</u>    El Paso County, Colorado

| <u>PENALTY:</u> | **Count 1:** | NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| --- | --- | --- |
| | **Count 13:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 14:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 18:** | NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment |

<u>AGENT:</u>    Special Agent Adam Rutkowski, IRS CI
    Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
___X_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
____X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes      __X___  No