

the sovereign People of the united States of America*

# De jure Grand Juries of the American republics

held in original jurisdiction on
the land of the united States of America*
Convened March 24, 2010 ᴾˢ

Thomas Bradford Schaults
Regan Dwayne Reedy
James Timothy Turner
Samuel Thomas Kennedy

Guardian Elders

**CONFIDENTIAL DISPATCH
FOR THE GOVERNOR'S EYES ONLY**

### Warrant and Orders of Restoration

With great pleasure, the De jure Grand Juries of the fifty free American republics in comity with the well-regulated Guardians of the Free Republics duly assembled in all fifty jurisdictions, have the honor of making your acquaintance and issuing the attached Warrant for the arrest of your bond. As of this day, the office of Governor in each of the fifty incorporated States is re-absorbed into the *de jure* office of governor of the respective republic. The armed forces of the United States, duly presented with lawful *de jure* authority, are overseeing the implementation of certain General Orders (annexed) pursuant to the attached declaration of restoration. As you may have heard, the free American republics and the *de jure* United States of America republic have been reinhabited by the sovereign People. As an operation of law, <u>proper sovereign authority has been restored</u>. You are now operating under the bond of the sovereign People and rightful freeholders on the land pursuant to constitutional limitations. Each of the signatories to the said declaration have expressly, by that action, accepted the constitution of their respective de jure republic and the Constitution for the United States of America, circa 1787 as <u>binding contracts upon you</u>, thus memorializing their lawful standing and your duty to serve. With the burden of acting as a corporate agent under color of law lifted from your shoulders, this letter is intended to welcome you back to the brotherhood of mankind in the spirit of forgiveness. You and your children are free. The era of illicit corporations and banking cartels posing as legitimate governments is over.

Confidential Dispatch, page 1 of three



GOVERNMENT EXHIBIT
2
13-cr-392-CMA

The People are committed to a peaceful, honorable and non-violent transition which unfolds <u>quietly behind the scenes</u> as a mirror-image reversal of the 1933 world coup. It is the People's intention, on behalf of your safety, that the general public be no more attuned to the return of their money, law and freeholdings than it was to their theft under E.O. 6102 and H.J.R. 192. For this reason, **all of the events described hereunder are classified top secret**. The sharing of information with your advisers is restricted to necessity. Public pronouncements are necessarily prohibited.

<u>Public actors who repent their crimes against mankind under color of law will be granted forgiveness</u> (page 1 of the Declaration). The military is under strict orders to extend every courtesy in furtherance of repentance and tranquility. Conversely, recidivists are subject to arrest and presentment of the De jure Grand Juries for treason, plunder, securities fraud, identity theft and trafficking in slaves as the case may require.

**<u>Your opportunity for repentance starts now</u>**. Please read the attached Declaration and Orders carefully. Priority is to be given to terminating foreclosure, ending bogus and tax prosecutions, providing sovereign identification of ambassador-class immunity, and releasing political prisoners whose only crime was opposing the confiscation of their wealth. The methods of execution are at your discretion, respecting the classified nature of the undertaking. We suggest following the model of backroom diplomacy circa 1933.

Shortly you will be visited by a military courier to take and subscribe the new oath of office (see Warrant). If the return of consensual governance is unacceptable, you may resign without recourse to you. Notwithstanding, the substantial perils of obstruction are explained in the Declaration.

As you may be aware, an audit of the Peoples' wealth is underway. The Fed is being redeployed as a clearing agency. Preparations have begun for IRS to close in 2011. Access to the DTC trust accounts hypothecated against the People's future labor is being facilitated. Notwithstanding, as a consequence of assembling the fifty militias and accepting the said constitutions, the said signatories do hereby stipulate to their intention to preserve the rights of others to elect diminished political status as subject-class citizens. The restoration shall not disturb the order of society.

By signing the Declaration, the signatories do establish and proclaim that neither they nor their parents acting on their behalf have ever consented to obligate the signatories to submit to a corporation posing as a legitimate government.

One of your most important obligations is to <u>restore the law of the land</u>. The perpetual state of national emergency will be ending. Martial law imposed with the insurrection acts of 1861, 62 and 63, and Federal supremacy assumed with the United States victory at the Appomattox courthouse are concluding. The trappings of illicit corporations are to be quietly replaced with *de jure* flags, seals, signs, letterheads and symbols (Fifth order to the governors). Tax prosecutions are to end immediately (Second order to the governors). The admiralty law venue is banished from state courts (Third order to the governors). A list of political prisoners is to be compiled. In the coming weeks, territorial perversions like USDC will be resorbed into their *de jure* counterparts such as district court of the United States. Downes v. Bidwell is being voided thereby terminating all territorial jurisdiction outside strict Constitutional protections.

And so, governor, with the best of intentions for the posterity, and on behalf of the sovereign People, we welcome your return to the land. We are proud to provide this opportunity to alter world history and avert global annihilation. The gravity of the undertaking is emphasized by the inclusion of the Vatican, English royal family and banking cartels in the settlement. Recognition of the perils of global volatility, economic disaster and biological weaponry are universal. We are therefore most sincere in dedicating ourselves to working closely in harmony with you and the people who occupy the offices of attorney general and secretary of state.

To that end, the Guardian Elders are pleased to entertain inquiries and establish direct talks as needed. We can be contacted at depository2@hush.com for a prompt response.

IT IS SO ORDAINED this twenty-fourth day of the third month in the year of our Lord two thousand and ten, teste meipso by our hands and seals affixed hereto on the free dry soil of the land.

Guardians of the Free Republics
assembled under God in the fifty free American republics

| | |
|---|---|
| Samuel Thomas Kennedy | Regan Dwayne Reedy |
| Guardian Elder | Guardian Elder |
| Prosecutor, De jure Grand Jury, New York republic | Prosecutor, De jure Grand Jury, Virginia republic |
| beneficiary, trust accounts GLENN RICHARD UNGER | beneficiary, trust account REGAN DWAYNE REEDY |
| 156-51-333765; GLENN R. UNGER 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 | 134-61-220820; REGAN D. REEDY 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 |
| Albany, county | Montgomery, county |
| New York, republic | Virginia, republic |



attachment:
*The unanimous Declaration of the sovereign People of the united States of America to restore and reinhabit the free American Republics* (seventy-nine pages)

**We the People** of the Colorado republic, having by oath assembled under God as the De jure Grand Jury(ies) and accepted the duties of guardian in the well-regulated Guardians of the Free Republics to support and defend the constitution of our republic without prejudice to any, do hereby so order and decree by affixing our hands hereto and our seals to such oath:

| Name (print in Normal Case: John Jason Smith) | County (e.g. Floyd) | Signature | Date [1-12-2010] |
|---|---|---|---|
| [illegible] | [illegible] Douglas | [signature] | 2-25-10 |
| John Joseph Pawelski | El Paso | John Joseph Pawelski | 2-25-10 |
| Charles Ernest Wolfton Jr. | Denver | Ch. Ernst Wgtn Jr. | 2-25-10 |
| Thomas Everett Harvey | Larimer | Thomas Everett Harvey | 2-25-10 |
| Gregory Edward White | Larimer | Gregory E. White | 02/25/10 |
| LINDA BOSSERMAN | El Paso | Linda Bosserman | 2/25/10 |
| William C. Scott | El Paso | William C. Scott | 2/25/10 |
| George Thomas Brokaw | El Paso | George Thomas Brokaw | 2-25-10 |
| Mary Leah White | Larimer | Mary Leah White | 2-25-10 |
| Dale Beam | Arapahoe | Dale Beam | 2-25-10 |
| Michael R. Dixon | El Paso | Michael R. Dixon | 2-25-10 |
| Mimi Michelle Vigil | El Paso | Mimi Michelle Vigil | 2-25-10 |
| Clara Mae Mueller | El Paso | Clara Mae Mueller | 2-25-10 |
| Debra Saunders | El Paso | Debra Saunders | 2-25-10 |
| Thomas J. Williams | El Paso | Thomas J. Williams | 2-25-10 |
| Ronald Ray Hodapp | El Paso | Ronald Ray Hodapp | 2-25-10 |
| Ken V. Harris | El Paso | Ken V. Harris | 2-25-10 |
| Robert T. [illegible] | Larimer | [signature] | 2-25-10 |
| Duane [illegible] | Pueblo | [signature] | 2-25-10 |
| Mark Dorn | Sedgwick | Mark Dorn | 2-25-10 |
| Kathleen Marie Flanagan | Adams | Kathleen Marie Flanagan | 2/27/10 |
| Steven Gregory Sampson | Boulder | [signature] | 2-27-10 |
| Carol Ann Torrise | Larimer | Carol Ann Torrise | 2/27/2010 |
| Dora Marie Dybvik | Adams | Dora Marie Dybvik | 2-27 |
| Linda Kathryn Lewis | Adams | Linda Kathryn Lewis | 2-27-10 |
| David Justice | Gunnison | David Justice | 2-28-10 |
| Arthur Gary Coats | Mesa | Arthur Gary Coats | 2-28-10 |