IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw,**
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

**DEFENDANT GEORGE THOMAS BROKAW'S SECOND SUPPLEMENT TO MOTION TO REVIEW AND MODIFY CONDITIONS OF RELEASE**

George Thomas Brokaw, by his court-appointed attorney, Eric K. Klein of Johnson, Brennan & Klein, PLLC, hereby respectfully files this Second Supplement to his Motion to Review and Modify Conditions of Release (Doc. 52), filed October 21, 2013. Mr. Brokaw adopts and incorporates all factual assertions and legal argument made in his Motion and in his first Supplement (Doc. 74).

On December 23, 2013, counsel for Mr. Brokaw spoke again with Mr. James Murphy of United States Probation in Colorado Springs. Mr. Murphy authorized undersigned counsel to inform the Court that Mr. Murphy has no opposition to Mr. Brokaw being removed from electronic monitoring.

DATED this 24th day of December 2013.

        Respectfully submitted,

        JOHNSON, BRENNAN & KLEIN, PLLC

        *s/ Eric K. Klein*
        Eric K. Klein, #42185
        1470 Walnut Street, Suite 101
        Boulder, CO  80302
        Telephone: (303) 444-1885
        Facsimile:   (866) 340-8286
        eklein@jbk-law.com
        *Attorney for George Thomas Brokaw*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December 2013, I electronically filed the foregoing **DEFENDANT GEORGE THOMAS BROKAW'S SECOND SUPPLEMENT TO MOTION TO REVIEW AND MODIFY CONDITIONS OF RELEASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

All counsel of record.

                                                          _s/ Philip Lieder_
                                                          Philip Lieder