UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**
      Wrongdoers

         Fictitious-Foreign Plaintiff

      Vs

**Case No. 1:13 cr 00392-CMA**

Constitutional Article III Court
Judge Christine M. Arguello
Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
 CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918
      Property and Ward of the government


george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest
      Injured party
         A flesh and blood man with a soul


**COVER SHEET FOR ADDRESSES OF PARTIES**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294


UNITED STATES OF AMERICA                    **Case No. 1:13 cr 00392-CMA**
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**
      Wrongdoers
         Fictitious-Foreign Plaintiff


      Vs                                     Constitutional Article III Court Of Record
                            Judge Christine M. Arguello
                            Or Designated Judge


GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

      Property and Ward of the Government


george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest
      Injured party
        A flesh and blood man with a soul


**<u>Requirement and wish Declaratory judgment for resurrection of the flesh and blood man
with a soul to be made whole</u>**


Affidavit for resurrection of the flesh and blood man with a soul

I, a flesh and blood man with a soul with the Christian name of george - thomas with his father's family name of brokaw being of age over 7, come before the court with this Requirement and wish Declaratory judgment for resurrection of the flesh and blood man with a soul.

Whereas the Law Society is the writers of the written law, Whereas they have defined by legal definitions a "Person" under the written statutes or codes of each State as defined in the Birth Certificate of live birth being a "trust and estate" Whereas the birth name has been registered to the State and been given a Social Security number to set up a "trust or estate" for the State to handle the affairs of that live birth.

I, a flesh and blood man with a soul appears before this court as a flesh and blood man with a soul for the court to take witness that george - thomas with his father's family name of brokaw, is not lost or deceased for this court to take witness that he is alive and well and require this court for Declaratory Judgment to be placed on the record that he is no longer lost or deceased and pursuant to the cestui que trust of once found he or she is to be declared to be living and not lost or deceased and that the trust and estate to be turned over to this living soul immediately in order for him to handle his or her affairs.

Whereas those officers of the court have been probating this trust and estate of George Thomas Brokaw, GEORGE THOMAS BROKAW, george –thomas; brokaw or george – thomas with his father's family name of brokaw and have failed to inform the court that they have found this flesh and blood man with a soul alive and not lost or deceased. I set forth claim of injury and damage against these parties for a willful failure in breach of their public official fiduciary duties as trustees to the trust and to the estate of George Thomas Brokaw, GEORGE THOMAS BROKAW, george –thomas; brokaw or george - thomas with his father's family name of brokaw to have failed to informed this court of their discovery to the living soul of the man known as

George Thomas Brokaw, GEORGE THOMAS BROKAW, george –thomas; brokaw or george - thomas with his father's family name of brokaw.

Whereas george - thomas with his father's family name of brokaw was required at age 18 to notify the government that he was not lost or deceased by signing up for selective service in order to serve the military this should have been sufficient and evidence that george - thomas with his father's family name of brokaw was not lost or deceased at which time the trust and the estate should of been turned over to him for his care.

Whereas this may have been an error and lack of knowledge of those public officials who received the signature for the selective service, I now come before this court to have this rectified and addressed before this court through a declaratory judgment.

Whereas it was willful failure or failure for lack of knowledge by those who took the registration for the selective service, the officers of this court cannot claim lack of knowledge as they had the living soul of the man before them and has physically talked to him and has physically asked him questions and has him brought before this court for the judge to witness for himself that they brought a living man before the court. Whereas these of the officers of the court did commence and probating the trust and the estate before this court these public officials who are trustees have failed to inform the court that the living soul of the man George Thomas Brokaw, GEORGE THOMAS BROKAW, george –thomas; brokaw or george - thomas with his father's family name of brokaw should have been presented to the court as being found and not a decedent and not an imposter or an impersonator.

I, a living soul of the man referred to and called by his Christian name George Thomas Brokaw, GEORGE THOMAS BROKAW, george –thomas; brokaw or george - thomas with his father's family name of brokaw come before this notary to validate by this notary signature and

seal that I a living soul of the man called *George Thomas Brokaw* has offered proof by my appearance and my thumbprint that I am not lost and I am not deceased. This document was hand typed on a machine and was mechanically printed by living man named George Thomas Brokaw. This is George Thomas Brokaw affidavit that he is alive and is not lost that he is of the age of over 7 and at the age of 68 is making this declaration for his resurrection under penalty of perjury and pain I do solemnly swear.

*George Thomas Brokaw*

Live signature of living soul of a man;

Christian name George Thomas Brokaw, GEORGE THOMAS BROKAW, george –thomas; brokaw or george - thomas with his father's family name of brokaw.

Dated: *1 - 27 - 14*

Live thumbprint



Notary seal

Date of notary commission   MY COMMISSION EXPIRES
07/08/2014

Signature of the notary

*Gordon Reeves.*