IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA-01

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

　　　　1.　GEORGE THOMAS BROKAW,
　　　　2.　**JOHN J. PAWELSKI**,
　　　　3.　MIMI M. VIGIL, and
　　　　4.　CLARA M. MUELLER,

　　　　Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI

　　　　Upon consideration of the Government's Motion For Order Granting Pro Se Defendant John Joseph Pawelski's Request for Grand Jury Material Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

　　　　ORDERED that a copy of the transcripts of testimony given before the grand jury and related exhibits be disclosed to Pro Se Defendant John Joseph Pawelski for preparation for trial.

　　　　IT IS FURTHER ORDERED that:

　　　　1.　Pro Se Defendant John Joseph Pawelski shall make only such copies as are necessary to prepare a defense of this criminal case;

　　　　2.　Pro Se Defendant John Joseph Pawelski shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the

1

date of delivery, and Pro Se Defendant John Joseph Pawelski shall deliver a copy of this Order allowing disclosure with the materials; and

   3. At the conclusion of the case in this Court, by entry of the Court's judgment, Pro Se Defendant John Joseph Pawelski shall collect all such copies and return them to the government within ten days.

Dated this _____ day of _____, 2014, at Denver, Colorado.

                                   BY THE COURT:

                                   _____

                                   Christine M. Arguello
                                   United States District Court Judge