```
                                                        FILED
                                              UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO
```

UNITED STATES DISTRICT COURT  
DISTRICT OF COLORADO  
901 19th Street  
Denver, Colorado 80294

MAR 2 4 2014

JEFFREY P. COLWELL  
                          CLERK

---

UNITED STATES OF AMERICA  
**LIVING SOUL UNDISCLOSED**  
**NO KNOWN ADDRESS**  
    Wrongdoers  
        Fictitious-Foreign Plaintiff

Case No. 1:13 cr 00392-CMA

Vs

Constitutional Article III Court  
Judge Christine M. Arguello  
Designated Judge

GEORGE THOMAS BROKAW (Government  
Registered Trade Name)  
2260 PALM DRIVE  
CITY OF COLORADO SPRINGS  
STATE OF COLORADO  
ZIP CODE 80918  
    A trust or estate and Ward of the government

George Thomas; Brokaw  
2260 Palm Drive  
Colorado Springs, Colorado  
America National  
Third party of interest  
    Injured party  
        A flesh and blood man with a soul

 

**Entry of Appearance**  
**As a Living Flesh and Blood**  
**Man with a Soul**

Page 1 of 5

Now Comes I, a living flesh and blood man with a soul, George Thomas Brokaw, requesting an Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress: Title 10 App.> COURTS > Rule 13. Notice of appearance of counsel, Title 29: Labor, part 2200, Rules of Procedure, Subpart B- Parties and Representatives, 2200.23 Appearances and withdrawals. Rule 23. Form and Style of Papers III. Pleadings and Motions Rule 11. Rule 11, Signing Pleadings, Motions, and Other Papers; Representations to the, and pursuant to Congressional mandates to the Administrative Procedure Act's 1946 60 stat 237.

I George Thomas Brokaw, hereby requests Entry of Appearance as 6th amendment counsel on this date, <u>21 of March 2014</u>, in this action to be a legal counsel and adviser and to represent the named party **GEORGE THOMAS BROKAW**, pursuant to the United States Constitution, 6th Amendment and pursuant Title 28 U.S.C. Judiciary and judicial procedures, App. Rule 17 under civil rules procedure and federal Rules of Civil Procedure as a party of interest and as a next friend.

As Congressional mandate created the Federal Bar under 36 USC chapter 705 as a "Corporation" and under section 70503 of this Title 36 chapter 705 to refuse my Entry of Appearance as a Third party of interest to be 6th amendment counsel to **GEORGE THOMAS BROKAW** would be an act to over throw the United States Government and the Constitution and would violate Title 36 chapter 705 section 70503.

As the Treasury, TIGTA, IRS are a Federal Agency or a State agency under Title 5 USC, Administrative Procedure Act, under 60 stat 237 this allows George Thomas Brokaw as a Third party of interest to act as counsel in an administrative hearing of Article III Court, as the United States Attorney holds a Federal Bar Card to the Corporation under 36 USC chapter 705, and the Treasury, TIGTA is a Federal Administrative Agency receiving federal funds by and through the United States Congress.

As the Holy Bible defines the living flesh and blood man and woman with a soul, and whereas Public Law 97-280 so states the Holy Bible is the Word of God, Congress declares October 4, 1982.

Whereas the U.S. magistrate judge, U.S. District court judge, prosecutor, public defender, clerk of courts are all receiving wages, benefits, and compensation in a PUBLIC OFFICE of trust. And, whereas government cannot legislate against PROTECTED RIGHTS and all "Indispensible Parties" need to be properly identified in this instant matter.

## FLESH AND BLOOD MAN VERSES PRO SE STATUS

Whereas, the prosecutors having a law degree are aware that the all capital name being charged in this courtroom is registered to one of the 50 "States" as a trust, an estate, a joint stock company as a "Ward" of the State under federal grants from the federal government.

Whereas, the prosecutors have a law degree and know that the flesh and blood soul cannot represent that registered capital name which belongs to one of the 50 "States" in any courtroom as the State, or whoever represents the State or government holds a position as administrator, trustee, and/or beneficiary to the trust, estate, or joint stock company.

And, that, therefore a flesh and blood soul can only represent the flesh and blood soul and cannot represent the all capital name as it is registered to a State as a pro se counsel.

Whereas, the State, being an indispensable party to the all capital name, now encumbers the prosecutor to hold a dual position as Plaintiff AND Defendant in this action.

Whereas, a flesh and blood soul is now required to come in as a Third-Party of interest and as an injured party because the prosecutor cannot produce a Corpus Delicti under that all capital name which forces the flesh and blood soul to intervene as an injured party.

George Thomas Brokaw
Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado

Proof of Service

Now Comes I, a living flesh and blood man with a soul, George Thomas Brokaw and sets forth this Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress under Title 10 App.> Courts > Rule 13. Notice of appearance of counsel, Title 29: Labor, Part 2200, Rules of Procedure, Subpart B- Parties and Representatives, 2200.23 Appearances and withdrawals. Rule 23. Form and Style of Papers III. Pleadings and Motions Rule 11. Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the, and pursuant to the Congressional mandates of the Administrative Procedure Act's 1946, 60 stat 237 files with the clerk of court this document named, Entry of Appearance to be filed into the district court of the United States District of Colorado on this day of 21st and month of March, or the day mailing received, in the year of our Lord 2014 AD.

George Thomas Brokaw
Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado

live thumb print



Cc

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
ASSISTANT U. S. ATTORNEY MATTHEW T. KIRSCH
1225 17th STREET SUITE 700
DENVER, COLORADO 80202