FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

CASE # 1:13 cr 00392-CMA

Title 28, Ch. 5, District Court, § 85 District of Colorado
Constitutional Article III Court
Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National, Injured Party
    Third Party of Interest and Real Party of Interest,

**Requirement to Have the Plaintiff Appear Before the District Court, (This Court) And A Requirement to Produce the "Exact Nature and Cause of the Action"**

Page 2

Comes now, George Thomas; Brokaw, a living flesh and blood man with a soul and with protected rights and having never waived any of those protected rights. And, whereas, George Thomas; Brokaw, the Third Party of interest and a belligerent claimant of his God given unalienable rights comes before this court with these requirements;

1. The living man, the Third Party of Interest and the Real Party of Interest requires that the Plaintiff appear before the District Court.
2. The living man, the Third Party of Interest and the Real Party of Interest requires and needs to know the "True nature and cause of the action", in order that the living man can identify the jurisdiction of the United States District Court "This Court" in order to properly defend the accusations.

Whereas the prosecutors, M. T. Kirsch and M. A. Paluch are both government employees working under wages, benefits, and compensation and are both under Oath to support the Constitution as the People were led to believe and understand. And, whereas both M. T. Kirsch and M. A. Paluch are both educated in the law and are officers of "This Court" and should know and understand The Federal Reserve Act of 1913, that Federal Reserve Notes are Obligations of the United States, and as such are legal tender and Notes, and Debt Instruments as defined in USC Title 12, Sec. 411. And, M.T. Kirsch and M. A. Paluch are aware of the Emergency Banking Act of 1933, under public law 1, 48 stat C1, where President Roosevelt declared the United States to be Insolvent and Bankrupt. And, M.T. Kirsch and M.A. Paluch are aware of the Sheppard-Towner Act of 1921, the Trading With the Enemy Act of 1917 with provisions carried forward into the Emergency Banking act of 1933, the Alien Registration Act of 1940, and the Social Security Act of 1935 that each State/District received federal grant money for each live birth born in the 48 States (at that time) or in the District.

The living flesh and blood man, the Third Party of Interest, of Right and in order to properly defend, needs to know the Constitutionally defined and Congressionally legislated authority of Magistrate judge Watanabe. Does he preside over an Article 1 court? an Article 2, an Article 3, or an Article 4 Court? Does he preside over a court or tribunal overseeing the bankruptcy of the United States? Does he preside over an Administrative court or tribunal? Does he preside over a probate court?

### RESTATEMENT OF REQUIREMENTS

1. The living man, the Third Party of Interest and Real Party of Interest requires that the Plaintiff appear before the District Court "This Court".
2. The living man, the Third Party of Interest and Real Party of Interest requires that the Plaintiff produce the "Exact Nature And Cause Of The Action".
3. Failure to bring forth numbers (1) and (2) above this Court must dismiss this case with prejudice for Rule 12 (b) (6), "Failure to State a Claim".

## PROOF OF SERVICE

Now Comes George Thomas; Brokaw, a real man of flesh and blood in the position of Third Party of Interest and Real Party of Interest and an Injured Party to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: **Requirement to Have the Plaintiff Appear Before the District Court, (This Court) and a Requirement to Produce the "Exact Nature and Cause of the Action"**   This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this _____ day of March in the year of our Lord 2014 A.D. I, George Thomas;Brokaw, also delivered a copy to the Prosecutor(s).


*/s/ George Thomas Brokaw*

George Thomas; Brokaw                                        live thumb print
2260 Palm Drive
Colorado Springs, Colorado


Cc:

    MATTHEW T. KIRSCH or designee
    ASSISTANT UNITED STATES ATTORNEY
    1225 17th STREET SUITE 700
    DENVER, COLORADO 80202

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00392-CMA

    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

    Title 28, Ch. 5, District Court, § 85 District of Colorado
    Constitutional Article III Court
    Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National, Injured Party
    Third Party of Interest and Real Party of Interest,


## COVER SHEET FOR ADDRESSES OF PARTIES

Page 1