UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
ENTITY UNDISCLOSED
NO KNOWN ADDRESS

CASE # 1:13 cr 00392-CMA

United States District Court
Constitutional Article III Court
Judge Christine M. Arguello

VS

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate,
Joint Stock Share)
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
American National, Injured Party,
    Third Party of Interest

**MOTION FOR RETURN OF PROPERTY:**

UNITED STATES DISTRICT COURT

Page 1

Comes now, George Thomas; Brokaw, a living flesh and blood man operating as legal counsel, Third Party of Interest, and Injured Party in court case 1:13 cr 00392-CMA requesting the Property that was removed from 2260 Palm Drive, Colorado Springs, Colorado on September 20, 2011 by agents representing TIGTA and Treasury/IRS who were exercising a Search Warrant issued by Magistrate judge Watanabe, be returned to the rightful owners immediately.

1. Property was removed over the protest, without the consent of, at gunpoint and under threat of violence from the living flesh and blood man, George Thomas Brokaw by agents representing TIGTA and Treasury/IRS.
2. The property was removed in violation of the flesh and blood man's Unalienable Rights and Due Process as protected under the 4th Amendment to the United States Constitution.
3. The search warrant exercised by the armed and dangerous agents lacks a SIGNED AFFIDAVIT OF COMPLAINT as required by 4th Amendment to United States Constitution.
4. The search warrant lacks the affidavit or complaint from an attorney from the government, dated prior to the warrant, as required under Rule 4.
5. The immediate response from the flesh and blood man, George Thomas Brokaw was to send "RESPONSE TO ORDER DATED SEPTEMBER 13, 2011". This document contains, RESPONSE TO ORDER, ARREST OF ORDER, CRIMINAL COMPLAINT, and RIGHT TO CURE. This document was notarized and sent to; Clerk of Court, USDC, Denver, U.S. DA Walsh, Congress of the United States, Administrative office of U.S. Courts, TIGTA Inspector General, and others. This document was followed by criminal complaints to Congress.
6. The "RESPONSE TO ORDER DATED SEPTEMBER 13, 2011" included elements from items Number 1 through 4 above, listing criminal violations of Due Process and protected rights. The document was never responded to by any of those who received it. The document stands as evidence in this case, UNREBUTTED EVIDENCE. Unrebutted evidence stands as FACT IN LAW.
7. The flesh and blood man, injured party moves the court for RETURN OF PROPERTY.

*George Thomas Brokaw* (signature)

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado
Tombrokaw33@msn.com

Page 2

## Certificate of Service

I certify that a true copy of the foregoing Motion for RETURN OF PROPERTY was sent by first class mail to the clerk of the court and a copy sent to Assistant United States Attorney Matthew T. Kirsch on March 28, 2014. Clerk of Court please send notification of this filing to all counsel of record.

*George Thomas Brokaw*
George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado