**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
901 19th Street
Denver, Colorado 80294


UNITED STATES OF AMERICA                    **Case No. 1:13 cr 00392-CMA**
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**


   Wrongdoers   Fictitious-Foreign Plaintiff(s)


       Vs                                    Constitutional Article III Court
                                              Judge Christine M. Arguello
                                               Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918
         Property and Ward of the government


George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest,
   Injured Party
         A flesh and blood man with a soul


**COVER SHEET FOR ADDRESSES OF PARTIES**


Court of record


1

FILED
UNITED STATES DISTRICT COURT
'''R COLORADO

APR 7 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA

**ENTITY UNDISCLOSED**

**NO KNOWN ADDRESS**

Case No. 1:13 cr 00392-CMA

Wrongdoers  Fictitious-Foreign Plaintiff(s)

Vs

Constitutional Article III
Court Of Record Christine M. Arguello
Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
 2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918
　　　Property and Ward of the Government

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest,
　　　Injured Party
　　　　　A flesh and blood man with a soul

# COUNTERCLAIM  2ND. NOTICE

# SUBPOENA DUCES TECUM

# ORDER TO PRODUCE THE CORPUS DELICTI

2

Comes now, George Thomas Brokaw, a living flesh and blood man with a soul and Protected Rights and having never consented nor waived any of those Protected Rights with this;

## FUNDAMENTALS OF THE LAW AND FACTS OF THE CASE

### Declaration of Independence (in part)
"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. That to secure these Rights, Governments are instituted among men, deriving their just powers from the consent of the governed."

### U.S. Constitution, Article 6, Clause 2:
"This Constitution and the laws of the United States which shall be made in pursuance thereof, and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the Contrary notwithstanding.

### U.S. Constitution, Article 6, Clause 3:
"The Senators and Representatives before mentioned, and the members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;"

### Marbury v. Madison: 5 US 137 (1803)
"No provision of the Constitution is designed to be without effect,"

### U.S. v. Butler, 279 U.S. 116 (1929)
"The judicial branch has only one duty, to lay the Article of the Constitution which is involved beside the statute (rule or practice) which is challenged to decide whether the latter squares with the former."

### Yick Wo v. Hopkins (1886)
", in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power."

3

**16 Am Jur 2d., Const. Law Sec. 70:**
"No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution."

**Sherar v. Cullen, 481 F. 2d 946 (1973)**
"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

As the **Holy Bible** defines the living flesh and blood man and woman with a soul, and whereas **Public Law 97-280** so states the Holy Bible is the Word of God, Congress Declares October 4, 1982.

**We the People in Colorado, Declaration of Natural Rights, Amendment 7 Notice and Demand,** 4 July, 2003. Published 3 times in The Colorado Statesman.

### FACTS OF THE CASE: POINTS OF ORDER

1. Whereas, George Thomas Brokaw is a living flesh and blood man with a soul and protected rights. Verified by Record File Date 12/12/1945, Ohio. OHIO Department of Health, CERTIFICATE OF LIVE BIRTH, State File # 28379, signed by Dr. McEldowney in upper and lower case identifying the living flesh and blood.

2. Whereas, George Thomas Brokaw, the living flesh and blood man with a soul entered this case as a third party of interest, a **belligerent claimant** of his God Given and Constitutionally protected 'from government' Unalienable Rights.

3. Whereas, The "Government Registered Trade Name" GEORGE THOMAS BROKAW is a creation of government and not owned by, controlled by, or a partner to George Thomas Brokaw, a living flesh and blood man with a soul. Verified by Record File Date 12/27/1945, Ohio. STATE OF OHIO, CERTIFICATE OF BIRTH, State File # 1945121885, designated in all upper case as the entity identified and reported to the United States Department of Commerce.

4

4. Whereas, George Thomas Brokaw, the living flesh and blood man with a soul is now an injured party, and so states and affirms these injuries sustained under protected rights defined in the first ten Amendments to the United States Constitution, 'Bill Of Rights'. And, that these injuries were sustained and took place on the soil within the boundaries of the State, Colorado, and not in or on any territory of the United States.

<u>The Following list of injuries were sustained by the living flesh and blood man</u>

<u>Article 1</u>, "The Right of the people to peaceably assemble", by being forced to sign an unconscionable probation contract prohibiting contact with others without being ever convicted of a crime.

<u>Article 1</u>, "The abridging of freedom of speech", by AUSA Kirsch in letter attempting to severely limit freedom of speech to grand jury.

<u>Article 2</u>, "The right of the people to keep and bear arms, shall not be infringed." By being forced to sign an unconscionable probation contract denying right to keep and bear arms without ever being convicted of a crime.

<u>Article 4</u>, "No Warrant shall issue, but upon probable cause, Supported by Oath or Affirmation", Search and seizure warrant issued by Magistrate judge Watanabe, executed Sept. 20, 2011 lacks a verified complaint per Rule 3, and lacks an Oath signed by complainant under penalty of perjury, and lacks certification of complaint by prosecutor.

<u>Article 5</u>, The Right to be free from self incrimination was denied by AUSA Kirsch in his letter re. grand jury appearance, attempting to severely limit fifth Amendment protection.

<u>Article 6</u>, Denied the right to confront the witnesses against me (who are the living men or women bringing these charges?), and to be informed of the nature and cause of the charges.

<u>Article 7</u>, The value in controversy exceeds $250,000 denoted in (Federal Reserve Notes which are Obligations of the United States), the common law prevails. And, The First Judiciary Act; Sept. 24, 1789; Ch.20, Pg.77, moves out of Article 1 forum into Article III.

<u>Article 8</u>, "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." By being forced to sign an unconscionable probation contract, to wear an ankle monitor, to limit travel and mobility, and to pay for such monitor $6.75 per day.

<u>Article 9</u>, Disparaged and Denied other rights retained by the people. Prosecutors pretend this injured party has only limited rights in their jurisdiction.

5. Whereas, Matthew T. Kirsch and Martha A. Paluch are both employed by the government under wages, benefits, and compensation and as such are <u>both under oath</u> to support the Constitution and the Protected Rights of the People. And, whereas Matthew T. Kirsch and Martha A. Paluch as "Employees" under the Constitution are in breach of their fiduciary obligations to the People based upon their Oaths of Office.

6. Whereas, Matthew T. Kirsch and Martha A. Paluch are engaged in Ultra Vires Behavior as "Employees" of the United States and are bringing forth fraud for masquerading as if they were "officers" of the State and therefore only a pretense of authority when they knew or should have known that they have no authority.

7. Whereas, the United States Department of Justice, "employer" is in breach of its fiduciary obligations to the living flesh and blood man, George Thomas Brokaw, under the Constitution. And, whereas, in 1871 Congress passed the District of Columbia Act incorporating the municipal jurisdiction of ten square miles, outlined by survey plot of 40 stones, on the inside is designated as "jurisdiction of the United States" and on the backside of which is designated either Maryland or Virginia. And, the 16 statutes at large declare that this municipal corporation must not be inconsistent with the Constitution.

8. Whereas, the United States Department of justice, "employer" is in breach of fiduciary obligations under the Employer's Charter, the corporate charter.

9. Whereas, Ohio revised Code, Ch. 5701: Definitions, 5701.01 Person Defined. As used in title 57 of the Revised Code, "person" includes individuals (another definition of person), firms, companies, business trusts, estates, trusts, partnerships, limited liability companies, associations, corporations, and any other business entity.

10. Whereas, all definitions of "person" in Ohio Revised Code, 5701.01 are **entities** and creations of man, and are not created by God and do not have unalienable Constitutional protected rights. And, the definitions of "person" do not include a living flesh and blood man or woman with a soul.

11. Whereas, definitions of the terms "person" and "whoever" in titles 18 USC and 26 USC  define firms, companies, estates, trusts, corporations, or government entities and do not include a living flesh and blood man or woman with a soul. Congress did not include the terms "people" or "man" or "woman" when writing these statutes because doing so would have violated the clear intent of Constitutional prohibitions.

6

12. Whereas, George Thomas Brokaw, a flesh and blood man with a soul has declared on public record and published copy since July 4, 2003 that he is not a legal fiction termed, "person" or "subject";

"person" or "subject". See We the People in Colorado Declaration of Natural Rights Amendment 7 Notice and Demand 4 July, 2003. Section 8. "I/We our ancestors and our posterity are not now, never have been, nor ever will be legal fictions termed 'persons' or 'Subjects' nor are we or our private property to be used as surety in any bonds or loans of any kind or by any name, ie. Certificates of Participation, for which we have not knowingly or intentionally signed...and...these statements will forever establish our character and standing in law in any place, any court, any where, any time, past, Present, or future!!!"

## SUBPOENA DUCES TECUM

Requires Assistant U.S. attorneys Matthew T. Kirsch and Martha A. Paluch to bring the following documents to the court to be inspected. Three (3) days is sufficient time to produce documents listed under numbers 13 through 21, inclusive.

13  Order For a Warrant-Search Warrant; bring forth the claim supporting search warrant issued by magistrate judge Watanabe and executed September 20, 2011. Bring forth the affidavit, predating and supporting the search warrant signed under pains and penalties of perjury.

14 Order For a True Bill; Prosecutors state there is a True Bill but none has been produced. Provide wet ink signatures from all those claiming firsthand knowledge of alleged crimes committed by the living flesh and blood man so that the flesh and blood man can cross examine.

15  Order to show letter of authorization from El Paso County Sheriff permitting search by Federal agents, in a private domicile in El Paso County, under warrant issued by Watanabe. Sheriff must have given consent because one of his deputies accompanied the search. Order to show "Return of the Writ".

16  Order to produce the "True Nature and Cause of the Action". Who or what United States of America brings the charges and how is the entity injured?

17  Order to produce the Law, the Corporate Charter for the United States.

18  Order to define precisely what is meant in superseding indictment at; PENALTY: Count 1: NMT 10 years imprisonment; NMT $250,000 fine,... Define precisely how $250,000 fine would be assessed, paid or discharged. Does this mean Federal Reserve Notes?, Bonds

7

created through the CRIS system?, Lawful money of the United States of America?
Exactly what is meant by $250,000, how denominated?

19  Order to produce any document(s) that purport to show that the living flesh and blood
man has been or is employed by government, federal or state, with employment
contract, with wet ink signature, and with cancelled checks from payroll receipts.

20  Order to produce any and all documents purporting to show the living flesh and blood
man with a soul is the "Individual" as defined under 5 U.S.C., Sec 552a; (a)(2) the term
"individual" means a citizen of the United States or an alien lawfully admitted for
permanent residence;

21  Order to produce any and all documents alleging the living flesh and blood man with a
soul is the United States citizen as defined in the 14th Amendment to the Constitution,
"All persons born or naturalized in the United States, and subject to the jurisdiction
thereof,"

_____        _____        _____

## CONCLUSION

22      Since our Constitution says, "The Rights of the People...shall not be infringed," and the
Supreme Court said clearly, pertaining to Constitutional Rights, "there can be no
legislation which would abrogate (abolish) them;" the Supreme Court's decisions cannot
be altered except by a Constitutional amendment or by a new ruling of the court. This
should be simple enough for even politicians to understand.

23   Since the prosecutors have law degrees they cannot claim willful ignorance of the
protected Rights of the People under the Constitution including the 4th Amendment
rights of the People to be secure in their persons, houses, papers, and effects, against
unreasonable searches and seizures, and that these rights shall not be violated.

24      Since the Supreme Court ruled in Miranda v Arizona, " Where rights secured by the
Constitution are involved, there can be no legislation which would abrogate them."

25      "As a general principal, standing to invoke the judicial process requires an actual
justifiable controversy as to which the complainant has a real interest in the ultimate
adjudication because he or she has suffered or is about to suffer an injury." "For a crime
to exist, there must be an injured party (Corpus Delicti)" **Sherer v. Cullen**

26      Since the term "person" as written in the statutes does not pertain to George Thomas
Brokaw, the living flesh and blood man with a soul, but pertains only to the all capital
"Government Registered Trade Name" GEORGE THOMAS BROKAW, the flesh and blood

8

soul is not a real party to this controversy.

27   Since the Charges listed in Title 18 USC and Title 26 USC as defined in those Titles applies
     only to companies, estates, trusts, corporations, or government entities, the flesh and
     blood man with a soul, George Thomas Brokaw is not a real party to this controversy,
     but, a Third-Party of Interest.

28   Therefore, I, George Thomas Brokaw, a man with flesh and blood with a soul, Requires
     this Court to grant relief under **RULE 12 (b) (6)** The prosecutors have failed to State a Claim
     for which relief can be granted. The prosecutors have failed to show in their complaint the
     grounds upon which their jurisdiction depends. Either the prosecutors have a fiduciary
     obligation to their "Employer" the corporation, or they have a fiduciary obligation to the
     flesh and blood man with a soul, one of the People under the Constitution by which
     their oaths were sworn.

     The prosecutors have failed to produce the "Corpus Delicti" and they have failed to
     Identify the indispensible parties.

     This injured party and Third party of interest wishes to point out to the district court,
     under the jurisdiction of the Federal Court, that the Plaintiff (UNITED STATES, UNITED
     STATES OF AMERICA) is required to show where there has been an aggrieved party, or a
     legally harmed party, in some way, by This injured party and Third party of interest, and
     not merely a Municipal Code Infraction.  Any such Municipal Code Infraction cannot be in
     conflict with the "unambiguous" Statues of the United States and the injured party does
     have Federally guaranteed and protected rights under the Bill of Rights which are, in this
     case, the 1st, 2nd, 4th, 5th, 6th, 7th, 8th, and 9th Amendments as This injured party and Third
     party of interest has these particular protected Rights.

     The prosecutors must produce items numbered 13 through 21 inclusive as listed above,
     They must bring forth the "Corpus Delicti", a legally harmed party. Failure to do so, this
     case must lawfully be dismissed with prejudice per RULE 12 (b)(6).

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado

9

Proof of Service

Now Comes I, a living flesh and blood man with a soul, George Thomas

Brokaw and sets forth this Entry of Appearance under the following and pursuant to

Congressional mandates of the United States Congress under Title 10 App.> Courts > Rule 13.

Notice of appearance of counsel, Title 29: Labor, Part 2200, Rules of Procedure, Subpart B-

Parties and Representatives, 2200.23 Appearances and withdrawals. Rule 23. Form and Style of

Papers III. Pleadings and Motions Rule 11. Rule 11. Signing Pleadings, Motions, and Other

Papers; Representations to the, and pursuant to the Congressional mandates of the

Administrative Procedure Act's 1946, 60 stat 237 files with the clerk of court this document

named, COUNTERCLAIM SUBPOENA DUCES TECUM to be filed into the district court of the

United States District of Colorado on this day of 4th and month of April, or the day mailing

received, in the year of our Lord 2014 AD.

*George Thomas Brokaw*

George Thomas Brokaw
Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado

live thumb print



Cc

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
ASSISTANT U. S. ATTORNEY MATTHEW T. KIRSCH
1225 17th STREET SUITE 700
DENVER, COLORADO 80202

10