UNITED STATES DISTRICT COURT

District OF COLORADO

901 19th Street

Denver, Colorado 80294

UNITED STATES OF AMERICA
    ENTITY UNDISCLOSED
    NO KNOWN ADDRESS

Case No. 1:13 cr 00392-CMA

Vs

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918
    Property and ward of the government

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 8 2014

JEFFREY P. COLWELL
    CLERK

george-thomas: brokaw
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest
    Injured Party, a flesh and blood man with a soul

### MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE MOTIONS

Comes now, Petitioner George Thomas Brokaw, a flesh and blood man with a soul who requests more time to perfect discovery. Petitioner respectfully moves for a thirty day extension of time up to and including May 8, 2014 to file motions and pleadings in this action. In support of this request, petitioner states as follows:

1. Petitioner, George Thomas Brokaw has only had three weeks to prepare defense since the March 17, 2014 hearing before Judge Christine M. Arguello, the hearing at which defense attorney Klein's motion for withdrawal was accepted.
2. Petitioner has not had an opportunity to schedule a <u>Rule 26(f)</u> Conference with the government attorneys since the March 17 date.

3. Petitioner has reviewed many documents provided by the government attorneys (the volume of which is immense) and I will need additional time to create my discovery requests.

4. This request for extension of time will not prejudice any party, and due to the serious nature of the alleged offenses, and, in the interest of fairness and justice would seem appropriate.

Whereas, petitioner moves for filing deadlines in this case be extended for all parties for thirty days up to and including May 8, 2014.

*George Thomas Brokaw*

Respectfully submitted, April 7, 2014
George Thomas Brokaw

Clerk; please provide notification of this filing to all parties of interest in this matter.

Matthew T. Kirsch

John Tatum

Miller Leonard

John J. Pawelski

Page 2