**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw**,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT GEORGE THOMAS BROKAW'S 2ND MOTION FOR DISCOVERY [# 135]**

---

Pro Se Defendant George Thomas Brokaw ("defendant") filed a motion entitled, "2nd Motion for Discovery: F.R.C.P. Rule 37, F.R.C.P. Rule 16, And a Clarification of Bonds Used by the Plaintiff."   (Doc. # 135.)   In Paragraph 11, he "point[s] to Federal Rules of Civil Procedure, Rule 501, Privileges in General, " and to the United States Attorney's Manual and claims that "'This Court' and its officers are operating under 'commercial activities' as a private enterprise/Government Corporation."   (See Clearfield Trust vs. United States)."   *Id.* at 5.   In the last paragraph of his motion, Paragraph 12, he requests that the bonds referenced in his motion "be identified and redeemed," and asks for "full settlement and closure of the account, an acceptance for honor."   *Id.*

It is unclear what, if anything, the defendant is seeking from the government

1

through this motion. What is clear is that the language in this pleading does not trigger any of the government's discovery obligations as set forth in Fed. R. Crim. P. 16, *Brady v. Maryland,* 373 U.S. 83 (1963), or *Giglio v. United States,* 405 U.S. 150 (1972).

On March 26, 2014, defendant filed his first motion for discovery, encaptioned, "Motion for Discovery: F.R.C.P. 37, F.R.C.P Rule 16, and a Clarification of Verbal Communications Used by the Plaintiff."  (Doc. # 130.)   On March 27, 2014, the Court issued the following Minute Order pertaining to this motion, among others filed by the defendant:   "To the extent that the foregoing documents seek to use the Federal Rules of Civil Procedure in this criminal matter, the requests are denied.   To the extent that the foregoing documents seek discovery from the Government, the requests are STRICKEN because the Government's discovery obligations are covered by the Discovery Order [38]; there is no showing that the Government has failed to meet those obligations; and Defendant Brokaw has failed to comply with this Court's Order of 10/07/2013 [24]."  (Doc. # 133) (emphasis in the original).

The government requests that the defendant's 2nd Motion for Discovery be denied for the same reasons as stated in the Court's March 27, 2014 Minute Order.   (Doc. # 133.)

Respectfully submitted this 18th day of April, 2014.

                JOHN F. WALSH
                United States Attorney

                <u>s/ Martha A. Paluch</u>
                MARTHA A. PALUCH
                MATTHEW T. KIRSCH
                Assistant U.S. Attorneys
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone 303-454-0100
                Facsimile 303-454-0402
                Email: martha.paluch@usdoj.gov
                        matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

      I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

                                            s/ Deborah Sisung
                                            Deborah Sisung
                                            Legal Assistant
                                            United States Attorney's Office
                                            1225 17th Street, Suite 700
                                            Denver, CO 80202
                                            303 454-0100
                                            Fax: 303 454-0402
                                            Deborah.Sisung@usdoj.gov