**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    **1.**    **George Thomas Brokaw,**
    **2.**    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE DEFENDANTS BROKAW'S AND PAWELSKI'S**
**MOTIONS FOR THIRTY-DAY EXTENSIONS OF TIME TO FILE MOTIONS**
**[# 156 & # 159]**

---

    Pro Se Defendants Brokaw and Pawelski both request an additional thirty days to file additional motions (Doc. #s 156 and 159).   Given the number of motions both Defendants have already filed, it is difficult to imagine that there are other, non-frivolous motions remaining.   Also, some of the grounds set forth in their motions, such as Defendant Brokaw's reliance on the inapplicable Rules of Civil Procedure, clearly do not justify an extension.   The government nevertheless recognizes that these Defendants are acting *pro se* and does not object to an extension if the Court believes one is warranted.   If the Court grants an extension, the government requests fourteen days to respond to any additional motions filed.

1

Respectfully submitted this 18th day of April, 2014.

                    JOHN F. WALSH
                    United States Attorney


                    s/ Matthew T. Kirsch
                    MATTHEW T. KIRSCH
                    MARTHA A. PALUCH
                    Assistant U.S. Attorneys
                    1225 17th Street, Suite 700
                    Denver, CO 80202
                    Telephone 303-454-0100
                    Facsimile 303-454-0402
                    Email: martha.paluch@usdoj.gov
                            matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

                                                               s/ Deborah Sisung
                                                                Deborah Sisung
                                                                Legal Assistant
                                                                United States Attorney's Office
                                                                1225 17th Street, Suite 700
                                                                Denver, CO 80202
                                                                303 454-0100
                                                                Fax: 303 454-0402
                                                                Deborah.Sisung@usdoj.gov