UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 2 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
ENTITY UNDISCLOSED
   Plaintiff Unidentified

CASE # 1:13 cr 00392-CMA

VS

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO, ZIP CODE 80918

George-Thomas; Brokaw
Injured Party, a living man
2260 Palm Drive
Colorado Springs, Colorado
   American National, Third Party of Interest

**RESPONSE BY George Thomas Brokaw, a living man, TO GOVERNMENT'S RESPONSE,**

**DOCUMENT #174**

1

The government attorneys have brought me a clearer understanding of the venue and jurisdiction of the United States District Court. They acknowledge that the United States District Court is an Article III court.   As follows:

1) This Court sits as an Article III Court, and

2) This Court has jurisdiction to hear this case

It is now clear to me that the Constitution for the United States of America including the Bill of Rights as well as all statutes enacted by the United States Congress are all very relevant. This acknowledges that for the Court to exercise jurisdiction over the living flesh and blood man that all of his Constitutionally protected rights would remain intact.

Whereas the government attorneys go on to contend that 4)"There is no requirement to show harm to an aggrieved party." This statement is in direct conflict with the previous statements concerning jurisdiction. This aggrieved party retains the Protected Right under the 4th. Amendment, "Supported by Oath or Affirmation", to see the wet ink copy of the search warrant exercised on September 20, 2011. This aggrieved party also retains the Protected Right under the 5th. Amendment, "nor be deprived of life, liberty, or property, without due process of law", thus being forced to pay for monitored confinement without any criminal record and without any conviction. This aggrieved party also retains the Protected Right under the 6th. Amendment "to be confronted with the witnesses against him", thus, seeing the True Bill from the grand jury including the signature of the foreman, the vote registered by the grand jury, and the authorizing signature of the prosecutor, and to know the true identity of the Plaintiff.

The government attorneys also allege that original jurisdiction is provided to this Court through Title 18, United States Code, Section 3231. The 1925 Statutes at Large and the 1926 Codification of the Statutes at Large clearly states Title 18, United States Code is Prima Facie. This petitioner and aggrieved party challenges (requires) that the government attorneys present documented proof that Title 18, United States Code, Section 3231 has been enacted as positive law by Congress with the required vote count from both Houses of Congress.

Respectfully submitted,

*[signature]*

George Thomas Brokaw

2260 Palm Drive

Colorado Springs, Colorado

This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this 30th day of April in the year of our Lord 2014 A.D. via First Class mail. Petitioner also delivered a copy to the Prosecution's inbox.

Clerk, please stamp and return a copy to the petitioner.

*George Thomas Brokaw*

George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
tombrokaw33@msn.com


Cc

MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202
~~Certified mail # 7013 2250 0000 8756 4860~~

4