**FILED**
UNITED STATES DISTRICT COURT
COLORADO

MAY 1 4 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
ENTITY UNDISCLOSED
    Plaintiff Unidentified

VS

CASE # 1:13 cr 00392-CMA

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO, ZIP CODE 80918

George-Thomas; Brokaw
Injured Party, a living man
2260 Palm Drive
Colorado Springs, Colorado
   American National, Third Party of Interest

# MOTION TO DISMISS FOR PROSECUTION LACK OF CLARITY AND FAILURE TO DISCLOSE ON CHARGING INSTRUMENT

## FEDERAL RULES OF EVIDENCE, 402, 501, 802, 902

1

Comes now, George Thomas Brokaw, <u>a flesh and blood man with a soul</u> who has in every document presented before this court represented himself as such, as distinguished and separated from the all capitalized name, GEORGE THOMAS BROKAW, which is a creation of government, an Entity and not a flesh and blood man, and a (Government Registered Trade name, a Ward, a Trust, an Estate, a Registered Organization Name under the UCC).

GEORGE THOMAS BROKAW (Government Registered Trade Name, Ward, Trust, Estate), George Thomas Brokaw a flesh and blood man with a soul have been charged by the prosecution in this case under (26 U.S.C., 7212 (a)- - Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws)

GEORGE THOMAS BROKAW (Government Registered Trade Name, Ward, Trust, Estate), George Thomas Brokaw a flesh and blood man with a soul have not been charged with or by any CASE law such as "Wnuck v. Comm'r of Internal Revenue" or "Smith v. Kitchen" as case law has no bearing or relevance on the Statutory Definitions and Constitutionally Protected Rights brought forth in this case.

George Thomas Brokaw, a flesh and blood man with a soul, took the advice of Judge Christine M Arguello at the March 17, 2014 hearing in which she advised Brokaw to familiarize himself with the rules of the court. Brokaw then obtained copies of the Federal Rules of Criminal Procedure and the Federal Rules of Evidence.

<u>FEDERAL RULES OF EVIDENCE:</u>

Rule 402. General Admissibility of Relevant Evidence; *the United States Constitution, *a Federal Statute, *other rules prescribed by the Supreme Court.

Rules 501, 802, 902 likewise include *a Federal Statute

2

George Thomas Brokaw, the flesh and blood man with a soul, incorporates through Federal Rules of Evidence, the entire Statute, 26 U.S.C. as written, including all definitions of terms, by Congress.

The prosecution has failed to clearly identify and forthrightly disclose the "PERSON" as defined plainly and unambiguously by Congress in Title 26.

26 U.S.C., 7701- Definitions

    (a) (1) Person; The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation.

Chapter 5701: Definitions, Ohio Revised Statutes

    5701.01 Person Defined. As used in Title LVII [57] of the revised code, "person" includes individuals, firms, companies, business trusts, estates, trusts, partnerships, limited liability companies, associations, corporations, and any other business entities.

5 U.S.C., 552a- Records maintained on individuals

    (a) Definitions. -For purposes of this section- (2) the term "individual" Means a citizen of the United States or an alien lawfully admitted for permanent residence:

George Thomas Brokaw has read and comprehends the clear intent of Congress when defining the term "person" as written in Title 26, and as the definition of Congress clearly parallels the definition of the term "person" in the Ohio Revised Statutes. As Ohio is the birth State of the flesh and blood man with a soul, George Thomas Brokaw, and as Ohio is also the State that created the Entity, GEORGE THOMAS BROKAW (Government Registered Trade Name, Ward,

3

Trust, Estate, and Registered Organization Name) when Ohio created the Birth Certificate and then sent notice to the United States Department of Commerce.

**Title 26>Sec 6671, Title 26>Sec 6331, and Title 26>Sec 7343.**
**By incorporation of the definitions of the term "person"**

Title 26>Sec 6671-Rules for application of assessable penalties:

(b) Person defined; The term "person", as used in this subchapter, includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under duty to perform the act in respect to which the violation occurs.

Title 26>Sec 6331- Levy and Distraint:

(a) Authority of the Secretary; If any person liable to pay any tax...Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia,...

Title 26>Sec 7343- Definition of term "person":

The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs.

The intent of Congress in U.S.C. Title 26, Definitions, The term "Person" means (trusts, estates, partnerships, associations, companies or corporations). It clearly does not include a living flesh and blood man or woman.

4

The clear intent of Congress in Title 26, Section 6671, The term "Person" refers to an officer or employee of a corporation, or a member or employee of a partnership. It clearly does not include a living flesh and blood man or woman who is not a corporation or partnership.

The clear intent of Congress in Title 26, Section 6331 (a), The term "Person" refers to an officer, employee, or elected official of the United States, the District of Columbia, or any agency or instrumentality of the United State or the District of Columbia... It clearly does not include a living flesh and blood man or woman who is not an officer or employee of the government.

## CONCLUSION

The Charging Statute, ( 26 U.S.C., Sec. 7212 (a)) does not apply to the living flesh and blood man, George Thomas Brokaw. The term "individual" as used in the statutes does not apply to the living flesh and blood man, George Thomas Brokaw.

26 U.S.C., Sec. 7212 (a) does apply to trusts, estates, partnerships, companies, corporations, and officers, employees, or elected officials of the United States or the District of Columbia, none of which identify the living flesh and blood man, George Thomas Brokaw.

1. Does the prosecution have evidence that George Thomas Brokaw, the living flesh and blood man with a soul is a trust, estate, partnership, company or corporation that the prosecution has not disclosed ?

5

2. Does the prosecution have evidence that George Thomas Brokaw, the living flesh and blood man with a soul is an officer, employee, or elected official of the United States or the District of Columbia, that the prosecution has not disclosed?

3. Does the prosecution have evidence or has the prosecution taken silent judicial notice that George Thomas Brokaw, the living flesh and blood man with a soul has some undisclosed partnership or trustee relationship with the (Government Registered Trade Name, Ward, Trust, Estate) GEORGE THOMAS BROKAW?

**THE PROSECUTION HAS AN OBLIGATION TO ANSWER THESE THREE QUESTIONS IN THE NAME OF FAIRNESS, JUSTICE, AND THE INTEGRITY OF THIS COURT.**

Whereas the prosecution is charging the all capital name of or the name of GEORGE THOMAS BROKAW, hereinafter "**Legal Entity and/or Defendant**" as it was the "Person" and the name specified on the arrest warrant issued by magistrate judge Watanabe, and as it appears to be a registered organization/entity "GEORGE THOMAS BROKAW" to the enclave of the government by and through the registered certificate of birth as defined in the Social Security Act to be in some undisclosed partnership to some government administrative agency rather it be Social Security, department of vital statistics, or Department of Commerce or any other agency unbeknown to this party.

6

And, whereas I am forced to decline any position or any partnership agreement or act as an agent on behalf of any registered organization name, as I, George-Thomas, from the Family Brokaw, <u>hereinafter</u> "**Man and/or real party of interest**" has not been lawfully or legally notified under any commercial code agreement or any contract agreement whereas the principal agent has failed to disclose or to discuss any terms of such agreement with this party to such position.

And, whereas there have been no know benefits or consideration on George Thomas Brokaw, behalf of any such agreement in any partnership I legally /lawfully decline any such offer or liabilities.

And, whereas any agreement unbeknown by this party George Thomas Brokaw at any time rather at birth or now or any agreements made by any other party known or unknown parties on behalf of George-Thomas: Brokaw and/or legal entity, GEORGE THOMAS BROKAW to be registered as a registered organization name has been done through misrepresentation of fraud of a legal documents forced to be signed under threat, duress and coercion, or intentional misleading information.

### PRAYER FOR RELIEF

<u>That the prosecution disclose the real party charged in the Charging Instrument, (26 U.S.C. 7212 (a)).</u>

7

<u>That the prosecution forthrightly answers the 3 questions listed in this motion.</u>

<u>That the charges be dismissed, with prejudice, against the flesh and blood man, George Thomas Brokaw as the Statute, written by Congress (26 U.S.C. Sec.7212(a)) clearly does not apply to the flesh and blood man, but instead applies to an artificial entity (government registered trade name).</u>

Signed by Hand - *George Thomas Brokaw*

This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this 12th day of May in the year of our Lord 2014 A.D. via Certified mail. Petitioner also delivered a copy to the Prosecution's inbox.

Clerk, please stamp and return a copy to the petitioner.

*George Thomas Brokaw*
George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
tombrokaw33@msn.com


Cc

MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202