### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    John J. Pawelski,
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

**PARTIES' PROPOSED SCHEDULING ORDER FOR THE GOVERNMENT'S *JAMES* LOG PURSUANT TO THE COURT'S JUNE 12, 2014 ORDER [# 217]**

---

The parties in this case submit to the Court a proposed scheduling order regarding production and briefing pertaining to the Government's *James* log, as directed by the Court in its June 12, 2014, Order.   The parties[1] propose the following schedule:

1.  The government shall produce to defendants and file its *James* log detailing the various statements it intends to introduce and the evidence proving the existence of

---

[1] On Monday, June 23, 2014, undersigned counsel emailed a proposed scheduling order to Mr. Brokaw, Mr. Pawelski, and counsel for Ms. Vigil and Ms. Mueller.   Undersigned counsel asked that the defendants "Please review the attached filing and advise by **noon on this Thursday, June 26,** as to whether you have any objection/changes to the schedule suggested in this filing."   Changes were made to the proposed scheduling order and a revised proposed order was sent to all parties on Wednesday, June 25, 2014.   As of the time of this filing, undersigned counsel have not heard from Mr. Brokaw or Mr. Pawelski.   Counsel for Ms. Vigil and Ms. Mueller agree with the proposed schedule.

the conspiracies as alleged in the First Superseding Indictment, by Friday, August 15, 2014.

    2.   Defendants shall file any objections he/she may have to each *James* log entry by Tuesday, September 16, 2014.

    3.   The government shall file its response to any objections filed by defendants by Tuesday, September 30, 2014.

    4.   The parties understand that after reviewing the *James* log and considering the arguments and legal authority from the parties, the Court will determine whether a *James* hearing is necessary to determine admissibility of the identified statements pursuant to Fed. R. Evid. 801(d)(2)(E).

Respectfully submitted this 27th day of June, 2014.

> JOHN F. WALSH
> United States Attorney
>
> *s/ Matthew T. Kirsch*
> MARTHA A. PALUCH
> MATTHEW T. KIRSCH
> Assistant U.S. Attorneys
> 1225 17th Street, Suite 700
> Denver, CO 80202
> Telephone 303-454-0100
> Facsimile 303-454-0402
> Email: martha.paluch@usdoj.gov
>        matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 27th day of June, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

s/ *Dee Boucher*
Dee Boucher
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Dequesa.boucher@usdoj.gov