IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

#4 CLARA M. MUELLER
Defendant.

---

MOTION AND REQUEST FOR ORDER OF PRODUCTION OF DEFENDANT'S MEDICAL RECORDS

---

Defendant Clara Mueller, Defendant #4, by and through counsel, hereby requests the Court enter an Order to determine her mental competency. In support of this motion, defendant states the:

### General Allegations

1. Ms. Mueller is charged in a multi count Indictment with various criminal tax offenses including filing false claims for tax refunds, obstructing the Internal Revenue Service and with conspiracies to commit said offenses. *See*, Indictment, Counts 1, 13, 14 & 18 (Doc. #1, filed 9/23/13 and Doc. #53, filed 10/21/13).

2. Defendant suffered a stroke in March of 2013. The stroke left defendant with speech issues, right side paralysis, as well as memory issues. Further, defendant's left eye is red, swollen and causes her daily pain. As a result of both the stroke and eye issues, defendant must take two daily naps, needs assistance to get dressed, use the

1

bathroom, as well as getting to and from places.  Currently, defendant resides in assisted living with 24 hour nursing support.  As a result, defendant filed a motion to have her competency and physical health evaluated.  Her medical records are necessary for this evaluation.

3.  The government is aware of this request and does not oppose it.

## Medical Records Sought

4.  Defendant seeks medical records from Penrose - St. Francis Hospital for:  Clara Mae Mueller, born February 9, 1950, a 64 year old white female.  The date range for the records requested is March 8, 2013 to present.

## Prayer for Relief

WHEREFORE, defendant prays the Court grant his request and Order:

1.  Medical records of defendant from March 8, 2013 to present, from Penrose - St. Francis Hospital.

DATED at Denver, Colorado this, 23 day of July,  2014.

        /s/Miller Leonard
        Attorney for Defendant
        CO Reg. # 41029
        14143 Denver West Pkwy.
        Suite 100
        Golden, CO 80401
        303-907-9516
        milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, this 23rd day of July, 2014.

/s/ Miller Leonard