**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00392-CMA-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    CLARA M. MUELLER,

    Defendant.

---

## ORDER TO PRODUCE MEDICAL RECORDS

TO:    Penrose - St. Francis Hospital, Penrose Hospital
        2222 N. Nevada Ave.
        Colorado Springs, CO 80907 and

        St. Francis Medical Center
        6001 E. Woodmen Rd.
        Colorado Springs, CO

        You are hereby ORDERED to produce the medical records of:

        Clara Mae Mueller, a 64-year-od white female
        DOB:   February 9, 1950
        Date range for records requested:   March 8, 2013 to present date

The preferred format of the produced records is in electronic format.

These records shall be produced to:

        Miller Leonard, Attorney for Defendant
        CO Reg. # 41029
        14143 Denver West Pkwy, Suite 100
        Golden, CO 80401
        Telephone:   303-907-9516
        miller@themillerleonardlawfirm.com

and to:

Martha A. Paluch
Matthew T. Kirsch
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
matthew.Kirsch@usdoj.gov

SO ORDERED this __24__ day of July, 2014.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge
