# EXHIBIT 5

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of the Treasury
IRS Service Center
Kansas City, MO
64999

2. Article Number (Transfer from service label): 7007 0220 0004 6412 4964

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INTERNAL REVENUE SERVICE
KANSAS CITY, MO. 64999-0002
MAR 10 2009

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

GRAND JURY EXHIBIT 10

EVIDENCE RETURNED BEFORE FEDERAL GRAND JURY
DATE: 8/13/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clara Mueller
8620 Braeswood Pt #2
Colorado Springs, Co 80920

GTB



W6-1 - Page 3 of 16

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

TEMPLETON STATION
Postmark Here
FEB 25 2009

Sent To Department of Treasury IRS
Street, Apt. No.; or PO Box No. Service Center
City, State, ZIP+4 Kansas City, MO. 64999

PS Form 3800, August 2006 See Reverse for Instructions

7007 0220 0004 6412 4964

Page

GJ-00000497

- Page

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

TEMPLETON STA
Colorado Springs, Colorado
809189998
0723550618 -0096
02/25/2009 (719)570-5462 04:04:55 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| KANSAS CITY MO 64999 | | | $1.34 |
| Zone-4 First-Class | | | |
| Large Env | | | |
| 3.40 oz. | | | |
| Return Rcpt (Green Card) | | | $2.20 |
| Certified | | | $2.70 |
| Label #: 70070220000464124964 | | | |
| | | | ======== |
| Issue PVI: | | | $6.24 |

Total: $6.24

Paid by:
Cash $20.25
Change Due: -$14.01

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000400781356
Clerk: 08

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

****************************************
****************************************

HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

YOUR OPINION COUNTS

****************************************
****************************************

Customer Copy











W6-1 - Page 6 of 16

UNITED STATES
POSTAL SERVICE

UNITED STATES
POSTAL SERVICE

UNITED STATES
POSTAL SERVICE

UNITED STATES
POSTAL SERVICE

UNITED STATES
POSTAL SERVICE

GJ-00000500

# CERTIFICATE OF SERVICE

On February 25, 2009, I mailed to:

DEPARTMENT OF THE TREASURY
IRS SERVICE CENTER
KANSAS CITY, MISSOURI
64999

the papers identified as:

1. 2008 1099-OID and 1096 Transmittal
2. 2007 1099-OID and 1096 Transmittal
3. 2006 1099-OID and 1096 Transmittal
4. 2005 1099-OID and 1096 Transmittal
5. 2004 1099-OID and 1096 Transmittal
6. 2003 1099-OID and 1096 Transmittal

by mailing it in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail #7007 0220 0004 6412 4964 (IRS forms for GEORGE T BROKAW)

Dated 2/25/09

Clara M Mueller
Notary public

3/11/2012
My commission expires

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

W6-1 - Page 8 of 16

GJ-00000502

George T. Brokaw
2260 Palm Drive
Colorado Springs, Colorado
80918

Feb. 25, 2009

Department of the Treasury
IRS Service Center
Kansas City, Missouri
64999

Dear IRS;

I have included 1099-OID forms and 1096 Transmittal forms for the years 2003 through 2008. 2003 forms are copies for that is what IRS supplies sent me. They did not send originals.

Sincerely:

George T. Brokaw

2008

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| First National Bank<br>P.O. Box 270<br>Las Animas, CO 81054-0270 | $ 79,099.71<br>2 Other periodic interest<br>$ | 2008<br>Form 1099-OID | |
| PAYER'S federal identification number: 84-0248743 / RECIPIENT'S identification number: 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 | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ 79,099.71 | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description Bank Account<br>Act # 200501677 | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses<br>$ | | |
| Account number (see instructions) 200501677 / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| Wells Fargo Bank<br>P.O. Box 5247<br>Denver, CO 80274 | $ 13278.89<br>2 Other periodic interest<br>$ | 2008<br>Form 1099-OID | |
| PAYER'S federal identification number: 95-3233208 / RECIPIENT'S identification number: 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 | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ 13,278.89 | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name G T B | 5 Description Bank Account<br>Act # 500-5155729 | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses<br>$ | | |
| Account number (see instructions) 500-5155729 / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| American Express<br>P.O. Box 650448<br>Dallas, TX. 75265-0448 | $ 5000.00<br>2 Other periodic interest<br>$ | 2008<br>Form 1099-OID | |
| PAYER'S federal identification number: 13-3133497 / RECIPIENT'S identification number: 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 | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ 5000.00 | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description Credit Card<br>Act # 3728 638889 31004 | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses<br>$ | | |
| Account number (see instructions) 3728 638889 31004 / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

2007

9696 VOID CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.: First National Bank, P.O. Box 270, Las Animas, CO 81054-0270

1 Original issue discount for 2008: $ 66,623.80

2 Other periodic interest: $

OMB No. 1545-0117 — 2007 — Form 1099-OID — Original Issue Discount

PAYER'S federal identification number: 84-0248743

RECIPIENT'S identification number: 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

3 Early withdrawal penalty: $

4 Federal income tax withheld: $ 66623.80

RECIPIENT'S name

5 Description: Bank Account Acct # 200501677

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations: $

City, state, and ZIP code

7 Investment expenses: $

Account number (see instructions): 200501677

2nd TIN not.

Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.: Wells Fargo Bank, P.O. Box 5247, Denver, CO 80274

1 Original issue discount for 2008: $ 26,171.52

2 Other periodic interest: $

OMB No. 1545-0117 — 2007 — Form 1099-OID — Original Issue Discount

PAYER'S federal identification number: 95-3233208

RECIPIENT'S identification number: 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

3 Early withdrawal penalty: $

4 Federal income tax withheld: $ 26171.52

RECIPIENT'S name: George T. Brokaw

5 Description: Bank Account Acct # 500-5155729

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations: $

City, state, and ZIP code

7 Investment expenses: $

Account number (see instructions): 500-5155729

2nd TIN not.

Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.: Washington Mutual Bank, P.O. Box 660433, Dallas, TX 75266-0433

1 Original issue discount for 2008: $ 6222.00

2 Other periodic interest: $

OMB No. 1545-0117 — 2007 — Form 1099-OID — Original Issue Discount

PAYER'S federal identification number: 68-0172274

RECIPIENT'S identification number: 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

3 Early withdrawal penalty: $

4 Federal income tax withheld: $ 6222.00

RECIPIENT'S name

5 Description: Credit Bank Account Card 4121-3723-0000-1863

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations: $

City, state, and ZIP code

7 Investment expenses: $

Account number (see instructions): 4121-3723-0000-1863

2nd TIN not.

Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-OID Cat. No. 14421R

2007

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| American Express P. O. Box 650448 Dallas, TX 75265-0448 | $ 5000.00 | 2007 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number: 13-3133497 / RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 5000.00 | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description Credit Card Acct. # 3728 638889 31004 | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2007 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number / RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2007 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number / RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

9696 ☐ VOID ☐ CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. Chrysler Financial 2050 Roanoke RD Westlake, TX 76262-9616 | 1 Original issue discount for 2008 $ 24304.48 | OMB No. 1545-0117 2008 | Original Issue Discount |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number 38-3536414 / RECIPIENT'S identification number 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 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 24,304.48 | Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name George T. Brokaw | 5 Description Credit Account Acct. # 1004555125 | | |
| Street address (including apt. no.) 2260 Palm Drive | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code Colorado Springs, CO 80918 | 7 Investment expenses $ | | |
| Account number (see instructions) 1004555125 / 2nd TIN not. ☐ | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 ☐ VOID ☐ CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. Security Service Fed. Credit Union 310 E. Abriendo Ave Pueblo, CO 81004-4298 | 1 Original issue discount for 2008 $ 29928.00 | OMB No. 1545-0117 2008 | Original Issue Discount |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number 74-1277697 / RECIPIENT'S identification number 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 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 29928.00 | Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name George T. Brokaw | 5 Description Credit Account # 4624918020 | | |
| Street address (including apt. no.) 2260 Palm Drive | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code Colorado Spring, CO 80918 | 7 Investment expenses $ | | |
| Account number (see instructions) 4624918020 / 2nd TIN not. ☐ | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 ☐ VOID ☐ CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. Bank of America P.O. Box 17309 Baltimore MD 21297-1309 | 1 Original issue discount for 2008 $ 8000.00 | OMB No. 1545-0117 2008 | Original Issue Discount |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number 94-1687665 / RECIPIENT'S identification number 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 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 8000.00 | Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name | 5 Description Credit Card Act # 4888 6031 3275 1249 | | |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) 4888 6031 3275 1249 / 2nd TIN not. ☐ | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

2005

9696 VOID CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2008
$ 57817.47

2 Other periodic interest
$

OMB No. 1545-0117
2005
Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 95-3233208
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 57817.47

RECIPIENT'S name

5 Description
Bank Account
Acct. # 500-5155729

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions): 500-5155729
2nd TIN not.

Copy A
For
Internal Revenue Service Center
File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
Key Bank
P.O. Box 93885
Cleveland, Ohio

1 Original issue discount for 2008
$ 20,000.00

2 Other periodic interest
$

OMB No. 1545-0117
2005
Form 1099-OID

Original Issue Discount

PAYER'S federal identification number
RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 20000.00

RECIPIENT'S name

5 Description
Bank Account
Acct # 760192020633

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions): 760192020633
2nd TIN not.

Copy A
For
Internal Revenue Service Center
File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
American Express
P.O. Box 650448
Dallas TX 75265-0448

1 Original issue discount for 2008
$ 5000.00

2 Other periodic interest
$

OMB No. 1545-0117
2005
Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 13-3133497
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 5000.00

RECIPIENT'S name

5 Description
CREDIT CARD
Acct # 3728 638889 31004

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions): 3728 638889 31004
2nd TIN not.

Copy A
For
Internal Revenue Service Center
File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-OID Cat. No. 14421R

2004

9696 ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2008 $ 55140.59

OMB No. 1545-0117 2004 Form 1099-OID

**Original Issue Discount**

2 Other periodic interest $

PAYER'S federal identification number 95-3233208

RECIPIENT'S identification number 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

3 Early withdrawal penalty $

4 Federal income tax withheld $ 55140.59

**Copy A For Internal Revenue Service Center** File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

RECIPIENT'S name G T B

5 Description Bank Account Act# 500-5155729

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations $

City, state, and ZIP code

7 Investment expenses $

Account number (see instructions) 500-5155729

2nd TIN not. ☐

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
Key Bank
P.O. Box 93885
Cleveland, Ohio 44101

1 Original issue discount for 2008 $ 50,000.00

OMB No. 1545-0117 2004 Form 1099-OID

**Original Issue Discount**

2 Other periodic interest $

PAYER'S federal identification number 34-0797957

RECIPIENT'S identification number 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

3 Early withdrawal penalty $

4 Federal income tax withheld $ 50,000.00

**Copy A For Internal Revenue Service Center** File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

RECIPIENT'S name

5 Description Bank Account Act# 760192020633

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations $

City, state, and ZIP code

7 Investment expenses $

Account number (see instructions) 760192020633

2nd TIN not. ☐

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2008 $

OMB No. 1545-0117 2004 Form 1099-OID

**Original Issue Discount**

2 Other periodic interest $

PAYER'S federal identification number

RECIPIENT'S identification number

3 Early withdrawal penalty $

4 Federal income tax withheld $

**Copy A For Internal Revenue Service Center** File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

RECIPIENT'S name

5 Description

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations $

City, state, and ZIP code

7 Investment expenses $

Account number (see instructions)

2nd TIN not. ☐

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

2003

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| Wells Fargo Bank P.O. Box 5247 Denver, CO 80274 | $ 148341.19 | 2003 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number 95-3233208 / RECIPIENT'S identification number 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 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 148341.19 | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description Bank Account Act # 500-5155729 | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) 500-5155729 / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2003 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number / RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9696 VOID CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2003 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number / RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description | | File with Form 1096. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) / 2nd TIN not. | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service