# EXHIBIT 9

| Message0071 | |
|---|---|
| **Subject:** | **RE: OID from Clara** |
| **From:** | Curtis Morrris |
| **Date:** | 12/9/2008 10:03:00 PM |
| **To:** | 'Clara Mueller' |
| **Message Body** | |

Clara,

I have not heard if you got your OID receipt back or not? I also don't have any other information to file your 1040 for the OID's that were sent in. Did you have more of this information? Sorry I have not been more attentive to this, I have been a little sidetracked with other information.


Curtis

_____

From: Clara Mueller [mailto:clara@hifiveworld.com]
Sent: Thursday, November 13, 2008 11:33 AM
To: Curtis
Subject: Re: OID from Clara


Hi Curtis,


Sounds like you're running in overdrive! The number seems correct; you're working from what I gave you and I can document my end. So go for it!


I'll be gone tomorrow through Tuesday night. Should I send you a check before I go or wait til next week?


Thanks again for all you are doing.


Clara

On Wed, Nov 12, 2008 at 5:23 PM, Curtis <effabks@nuyedl.com> wrote:

Clara,

Sometimes it takes me a while to make it all the way to the bottom of an email.

I wanted to let you know that I did get this information and I was finishing up the OIDs this evening. Sorry I

RETURNED BEFORE
DERAL GRAND JURY

DATE: 9/23/13
GRAND JURY NO: 2012-2
FOREMAN:

GRAND JURY
EXHIBIT
13-2

have not been that responsive. I got a little overwhelmed in my new job and have to do some sidestepping to get everything accomplished.

So I have the total for 2005 as 559873.27. I wanted to make sure you have this total and think that this is correct. I will create 6 1099 OID's and get them in the mail if this seems correct to you.

Curtis Morris

---

**Outlook Header Information**

Conversation Topic: OID from Clara
Subject: RE: OID from Clara
From: Curtis Morrris
Sender Name: Curtis Morrris
To: 'Clara Mueller'
Delivery Time: 12/9/2008 10:03:00 PM
Creation Time: 12/9/2008 10:01:30 PM
Modification Time: 12/9/2008 10:03:57 PM
Submit Time: 12/9/2008 10:03:57 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 12262

GJ-00000434