# EXHIBIT 11

| | |
|---|---|
| | **Message0338** |
| Subject: | RE: Meeting and Greetings |
| From: | John Pawelski |
| Date: | 1/5/2009 10:38:14 AM |
| To: | effnbks@myedl.com |
| **Message Body** | |

==I will bring my paperwork with me on the 12th.==

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

-----Original Message-----
From: curtis [mailto:effnbks@myedl.com]
Sent: Monday, January 05, 2009 8:44 AM
To: John Pawelski
Subject: Re: Meeting and Greetings

Either is fine with me.

Sent via BlackBerry from T-Mobile

---

From: "John Pawelski"
Date: Mon, 5 Jan 2009 07:49:31 -0700
To: 'Curtis Morrris'<effnbks@myedl.com>
Subject: RE: Meeting and Greetings

==I have 2008 1099OID ready for you to process.== Do you want me to wait until the 12th or shall we set an appointment prior?

file:///T:/Criminal/Brokaw/SW%20Item%2010/report/Export/268382.html          7/24/2014

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

-----Original Message-----
From: Curtis Morrris [mailto:effnbks@myedl.com]
Sent: Saturday, January 03, 2009 12:00 AM
To: Curtis Morrris
Subject: Meeting and Greetings


Happy New year and Greetings to all. 2008 was a very growing and impressive year for all of us, I believe.


Thank you all for attending our last get together.


I apologize for not getting this our earlier but the end of the year was very hectic and issue filled.


I have a plan to have our next meeting on January 12th at 6:30. I believe the best location for our next meeting is at my work. There are a number of large open rooms to meet in. The address is 4777 Leyden Street, in Denver 80216. Our main focus is to present some of the more interesting things that have happened in the recent months and some of the items to focus on to increase our knowledge and ability to work together.


Please always think of working together and keeping in touch with those who are being affected. The more people we can keep working in concert helps us to become a more cohesive force for the betterment of everyone.


Please let me know how many people will be able to attend so we can make plans for seating and

details. The office location is just north of I-70 in the middle of the warehouse district. The exit is the Monaco, Holly, & Dahlia exit which is just east of Colorado Blvd.

Please send me a list of possible questions that we can address throughout the meeting. The Turner documents are still being modified a little, but we hope to be well informed by the meeting as to their expected time.

Curtis Morris

303-204-0798

Numbers & Beyond

| **Outlook Header Information** |
|---|
| Conversation Topic: Meeting and Greetings<br>Sender Name: John Pawelski<br>Received By: Curtis Morrris<br>Delivery Time: 1/5/2009 10:38:14 AM<br>Creation Time: 1/5/2009 10:38:50 AM<br>Modification Time: 1/5/2009 9:39:52 PM<br>Submit Time: 1/5/2009 10:37:52 AM<br>Importance: Normal<br>Flags: 1 = Read<br>Size: 20589 |
| **Standard Header Information** |
| Return-Path: <johnski69@comcast.net><br>X-Original-To: effnbks@myedl.com<br>Delivered-To: effnbks@myedl.com<br>Received: from k125.smtproutes.com (k125.smtproutes.com [208.70.91.125])<br> by mail.myedl.com (Postfix) with ESMTP id 9EA5A60652<br> for <effnbks@myedl.com>; Mon, 5 Jan 2009 10:38:14 -0700 (MST)<br>X-Katharion-ID: 1231177093.10822.k125 (0.2)<br>Received: from QMTA05.emeryville.ca.mail.comcast.net ([76.96.30.48])<br> by k125.smtproutes.com ([192.168.1.125])<br> with ESMTP via TCP; 05 Jan 2009 17:37:50 -0000<br>Received: from OMTA02.emeryville.ca.mail.comcast.net ([76.96.30.19])<br> by QMTA05.emeryville.ca.mail.comcast.net with comcast<br> id zpRv1a0020QkzPwA5tdreE; Mon, 05 Jan 2009 17:37:51 +0000<br>Received: from john1 ([75.71.165.97])<br> by OMTA02.emeryville.ca.mail.comcast.net with comcast<br> id ztdq1a00826QMa38NtdqoF; Mon, 05 Jan 2009 17:37:51 +0000<br>Reply-To: <johnski69@comcast.net> |

```
From: "John Pawelski" <johnski69@comcast.net>
To: <effnbks@myedl.com>
Subject: RE: Meeting and Greetings
Date: Mon, 5 Jan 2009 10:37:52 -0700
Organization: John
Message-ID: <001601c96f5c$569b1c10$6501a8c0@john1>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0017_01C96F21.AA3C4410"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: Normal
Thread-Index: AclvTF1IpVXQ5O5mQFiIHr6EkyWj/AAD9fxw
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
In-Reply-To: <1598311363-1231170211-cardhu_decombobulator_blackberry.rim.net-1364540146-@bxe255.bisx.prod.on.blackberry>
```