# EXHIBIT 13

|  |  |
|---|---|
|  | **Message0022** |
| Subject: | FW: OID from Clara |
| From: | Curtis Morrris |
| Date: | 11/10/2008 7:19:00 PM |
| To: | 'cmorrsi@partpoint.net' |
|  | **Message Body** |

From: Clara Mueller [mailto:clara@hifiveworld.com]
Sent: Monday, November 03, 2008 10:51 AM
To: effnbks@myedl.com
Subject: OID from Clara

TO: Curtis

FR: Clara

*[handwritten note: Offered for truth? she had these accts + directed Morris to prepare OIDs.]*

2005 OID Additions Thanks for your help. We're all so happy to know you!

I used three bank accounts in 2005.

Key Bank N.A. Acct.# 180760182029396

127 Public Square $93,652.20

Cleveland, Oh 44114

PO Box 94518

Cleveland, Oh 44101-4518

800-982-1102

ENT Federal Credit Union Acct.# 2526900100

7250 Campus Drive #200 $8,246.64

Colorado Springs, CO 80920-6517

719-574-1100

Well Fargo Bank N.A. Acct.# 688-5252236

PO Box 5247 $6,079.43

Denver, CO 80274

800-225-5935

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The first and second mortgage opened April 2004 to July 2006

Countrywide Home Loans Acct.# 022253884

450 American Street $124,000

Simi Valley, CA 93065 Acct.# 035733258

800-669-6607 $31,000

The following is listed on my credit report with the account number of New Century Mortgage - #10014

Carrington Mortgage Svs.

1610 E. St. Andrew Place

Santa Ana, CA 92705

800-561-4567

I also sent as an attachment in case this garbles on us. Would you please let me know you received this i

| Attachment |
|---|
| Curtis Morris - 1.doc |

| Outlook Header Information |
|---|
| Conversation Topic: OID from Clara<br>Subject: FW: OID from Clara<br>From: Curtis Morrris<br>Sender Name: Curtis Morrris<br>To: 'cmorrsi@partpoint.net'<br>Delivery Time: 11/10/2008 7:19:00 PM<br>Creation Time: 11/10/2008 7:19:32 PM<br>Modification Time: 11/10/2008 7:19:39 PM<br>Submit Time: 11/10/2008 7:19:40 PM<br>Importance: Normal<br>Priority: Normal<br>Sensitivity: Normal<br>Flags: 17 = Read, Has Attachment<br>Size: 42865 |