# EXHIBIT 17

W1-2 – Page 1 of 42

AMENDED

Form **1040NR**

Department of the Treasury
Internal Revenue Service

**U.S. Nonresident Alien Income Tax Return**

For the year January 1–December 31, 2004, or other tax year

beginning ____ , 2004, and ending ____ , 20 ____

OMB No. 1545-0089

**2004**

Please print or type.

Your first name and initial: JOHN
Last name: PAWELSKI

Identifying number (see page 7 of inst.): 530929404

Present home address (number, street, and apt. no., or rural route). If you have a P.O. box, see page 7.
1480 COMM ANCHECO DR

Check if: ☒ Individual ☐ Estate or Trust

City, town or post office, state, and ZIP code. If you have a foreign address, see page 7.
COLORADO SPRINGS 80915

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 27.

Country ▶ AMERICA

Of what country were you a citizen or national during the tax year? ▶

Give address outside the United States to which you want any refund check mailed. If same as above, write "Same."

Give address in the country where you are a permanent resident. If same as above, write "Same."

---

**Filing Status and Exemptions for Individuals** (see page 7)

Filing status. Check only one box (1–6 below).

| | | 7a Yourself | 7b Spouse |
|---|---|---|---|
| 1 | ☐ Single resident of Canada or Mexico, or a single U.S. national | | |
| 2 | ☐ Other single nonresident alien | | |
| 3 | ☐ Married resident of Canada or Mexico, or a married U.S. national | If you check box 7b, enter your spouse's identifying number ▶ | |
| 4 | ☐ Married resident of Japan or the Republic of Korea | | |
| 5 | ☐ Other married nonresident alien | | |
| 6 | ☐ Qualifying widow(er) with dependent child (see page 8) | | |

Caution: Do not check box 7a if your parent (or someone else) can claim you as a dependent. Do not check box 7b if your spouse had any U.S. gross income.

No. of boxes checked on 7a and 7b ▶

7c Dependents: (see page 8)

STATUTE UNIT
RECEIVED

APR 0 9 2008

TPR BRANCH
OGDEN

| (1) First name | (2) Dependent's identifying number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 8) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 7c who:
lived with you ▶
did not live with you due to divorce or separation ▶
Dependents on 7c not entered above ▶

d  Total number of exemptions claimed.

Add numbers entered on lines above ▶

---

Income Effectively Connected With U.S. Trade/Business

| | | | |
|---|---|---|---|
| 8 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 8 | 0 / 0 |
| 9a | Taxable interest | 9a | |
| b | Tax-exempt interest. Do not include on line 9a | 9b | |
| 10a | Ordinary dividends | 10a | |
| b | Qualified dividends (see page 10) | 10b | |
| 11 | Taxable refunds, credits, or offsets of state and local income taxes (see page 10) | 11 | |
| 12 | Scholarship and fellowship grants. Attach Form(s) 1042-S or required statement (see page 10) | 12 | |
| 13 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 13 | |
| 14 | Capital gain or (loss). Attach Schedule D (Form 1040) if required. If not required, check here ☐ | 14 | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | |
| 16a | Total IRA distributions __16a__ | 16b Taxable amount (see page 11) | 16b |
| 17a | Pensions and annuities __17a__ | 17b Taxable amount (see page 11) | 17b |
| 18 | Rental real estate, royalties, partnerships, trusts, etc. Attach Schedule E (Form 1040) | 18 | |
| 19 | Farm income or (loss). Attach Schedule F (Form 1040) | 19 | |
| 20 | Unemployment compensation | 20 | |
| 21 | Other income. List type and amount (see page 13) See 1099.01D | 21 | |
| 22 | Total income exempt by a treaty from page 5, Item M __22__ | | |
| 23 | Add lines 8, 9a, 10a, 11–15, 16b, and 17b–21. This is your total effectively connected income ▶ | 23 | |

RECEIVED
APR 14 2008
OCGSC

---

Adjusted Gross Income

| | | | |
|---|---|---|---|
| 24 | Educator expenses (see page 13) | 24 | |
| 25 | IRA deduction (see page 13) | 25 | |
| 26 | Student loan interest deduction (see page ) | 26 | |
| 27 | Health savings account deduction. Attach Form | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | Self-employed health insurance deduction (see ) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32 | Scholarship and fellowship grants excluded | 32 | |
| 33 | Add lines 24 through 32 | 33 | 0 / 0 |
| 34 | Subtract line 33 from line 23. Enter here and on line 35. This is your adjusted gross income ▶ | 34 | 0 / 0 |

RECEIVED
APR 2 8 2008
FRP 303

Cat. No. 11364D

Form **1040NR** (2004)

GJ-00000435

Form 1040NR (2004)                                                                                              Page **2**

| | | | | |
|---|---|---|---|---|
| **35** | Amount from line 34 (adjusted gross income) . . . . . . . . . | **35** | 0 | 0 |
| **36** | **Itemized deductions** from page 3, Schedule A, line 17 . . . . . | **36** | 0 | 0 |
| **37** | Subtract line 36 from line 35 . . . . . . . . . . . . . | **37** | | |
| **38** | Exemptions (see page 15) . . . . . . . . . . . . . | **38** | | |
| **39** | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | **39** | 0 | 0 |
| **40** | **Tax** (see page 16). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 . . | **40** | 0 | 0 |
| **41** | **Alternative minimum tax** (see page 16). Attach Form 6251 . . . | **41** | | |
| **42** | Add lines 40 and 41 . . . . . . . . . . . . . ▶ | **42** | 0 | 0 |

**Tax and Credits**

| | | | |
|---|---|---|---|
| **43** | Foreign tax credit. Attach Form 1116, if required . . . . | **43** | |
| **44** | Credit for child and dependent care expenses. Attach Form 2441 | **44** | |
| **45** | Retirement savings contributions credit. Attach Form 8880 . . | **45** | |
| **46** | Child tax credit (see page 18) . . . . . . . . . | **46** | |
| **47** | Adoption credit. Attach Form 8839 . . . . . . . . | **47** | |
| **48** | Credits from:   a ☐ Form 8396   b ☐ Form 8859 . . . | **48** | |
| **49** | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801  c ☐ Form (specify) | **49** | |

| | | | | |
|---|---|---|---|---|
| **50** | Add lines 43 through 49. These are your **total credits** . . . . | **50** | 0 | 0 |
| **51** | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- . . . ▶ | **51** | 0 | 0 |

**Other Taxes**

| | | |
|---|---|---|
| **52** | Tax on income not effectively connected with a U.S. trade or business from page 4, line 87 | **52** |
| **53** | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **53** |
| **54** | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **54** |
| **55** | Transportation tax (see page 19) . . . . . . . . . . . . | **55** |
| **56** | Household employment taxes. Attach Schedule H (Form 1040). . . . . . | **56** |
| **57** | Add lines 51 through 56. This is your **total tax** . . . . . . . . | **57** |

**Payments**

| | | | |
|---|---|---|---|
| **58** | Federal income tax withheld from Forms W-2, 1099, 1042-S, etc. . | **58** | |
| **59** | 2004 estimated tax payments and amount applied from 2003 return . | **59** | |
| **60** | Excess social security and tier 1 RRTA tax withheld (see page 20) | **60** | |
| **61** | Additional child tax credit. Attach Form 8812 . . . . . . | **61** | |
| **62** | Amount paid with Form 4868 (request for extension) . . . . | **62** | |
| **63** | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | **63** | |
| **64** | Credit for amount paid with Form 1040-C. . . . . . . | **64** | |
| **65** | U.S. tax withheld at source from page 4, line 84 . . . . | **65** | |
| **66** | U.S. tax withheld at source by partnerships under section 1446: | | |
| **a** | From Form(s) 8805 . . . . . . . . . . . . | **66a** | |
| **b** | From Form(s) 1042-S . . . . . . . . . . . | **66b** | |
| **67** | U.S. tax withheld on dispositions of U.S. real property interests: | | |
| **a** | From Forms 8288-A . . . . . . . . . . . . | **67a** | |
| **b** | From Form(s) 1042-S . . . . . . . . . . . | **67b** | |
| **68** | Add lines 58 through 67b. These are your **total payments** . . . ▶ | **68** | |

See ATTACHED

**Refund**
Direct deposit? See page 21.

| | | | |
|---|---|---|---|
| **69** | If line 68 is more than line 57, subtract line 57 from line 68. This is the amount you **overpaid** | **69** | |
| **70a** | Amount of line 69 you want **refunded to you.** . . . . . . . ▶ | **70a** | |
| **b** | Routing number  1 0 7 0 0 6 4 4 4   ▶ c Type: ☑ Checking ☐ Savings | | |
| **d** | Account number  4 8 5 7 1 0 0 7 0 7 | | |
| **71** | Amount of line 69 you want applied to your **2005 estimated tax** ▶ | **71** | 0 0 |

**Amount You Owe**

| | | | |
|---|---|---|---|
| **72** | Amount you owe. Subtract line 68 from line 57. For details on how to pay, see page 21 ▶ | **72** | |
| **73** | Estimated tax penalty. Also include on line 72 . . . | **73** | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 22)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶                Phone no. ▶ (    )                Personal identification number (PIN) ☐☐☐☐☐☐

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶                Date                Your occupation in the United States  *Authorized Representative*

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐   Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN |
| | | Phone no. (    ) |

Form **1040NR** (2004)

GJ-00000436

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I   Identification

Name of person for whom you are acting (as shown on the tax return)
**JOHN JOSEPH PAWELSKI**

Identifying number
**33-4298404**

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**1480 COMMANCHERO DRIVE**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**COLORADO SPRINGS CO. 80915**

Fiduciary's name
**HENRY M. PAULSEN, JR., SECRETARY OF THE TREASURY, ASSIGNS**   SUCCESSORS AND

Address of fiduciary (number, street, and room or suite no.)
**1500 PENNSYLVANIA AVENUE, NW**

City or town, state, and ZIP code
**WASHINGTON, DC 20220**

Telephone number (optional)
( )

### Part II   Authority

1   Authority for fiduciary relationship. Check applicable box:
a(1) ☑ Will and codicils or court order appointing fiduciary . . . . . . . . .   (2) Date of death . . . . . . . . . . . . . . . . . . . . . . . . .
b(1) ☑ Court order appointing fiduciary . . . . . . . . . . . . .   (2) Date (see instructions) . . . . . . . . . . . . . . .
c   ☑ Valid trust instrument and amendments
d   ☑ Other. Describe ▶ **ALL COMMERCIAL TRANSACTIONS AS DIRECTED**

### Part III   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL**
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL**
4   Year(s) or period(s) (if estate tax, date of death) ▶ **FROM SEPTEMBER 5, 1948 TO PRESENT**
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☑ and list the applicable federal tax form number and the year(s) or period(s) applicable **COPIES ONLY**

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:
a   ☐ Court order revoking fiduciary authority
b   ☐ Certificate of dissolution or termination of a business entity
c   ☐ Other. Describe ▶

#### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
▶

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
▶

For Paperwork Reduction Act and Privacy Act Notice, see back page.       Cat. No. 16375I       Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                    Page **2**

| Part V | Court and Administrative Proceedings |
| --- | --- |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
| --- | --- |
| *SEE ATTACHMENT* | |
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | a.m. p.m. | Place of other proceedings |
| --- | --- | --- | --- | --- |

| Part VI | Signature |
| --- | --- |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here** ▶ *John - Joseph: Pawelski* AUTHORIZED REPRESENTATIVE 2/15/08

Fiduciary's signature          Title, if applicable          Date

Form **56** (Rev. 12-2007)

GJ-00000438

Form **1040NR**
Department of the Treasury
Internal Revenue Service

## U.S. Nonresident Alien Income Tax Return
For the year January 1–December 31, 2004, or other tax year
beginning _____, 2004, and ending _____, 20 _____

OMB No. 1545-0089

**2004**

Your first name and initial **JOHN J**    Last name **PAWELSKI**    Identifying number (see page 7 of inst.) **520429404**

Present home address (number, street, and apt. no., or rural route). If you have a P.O. box, see page 7.   **1480 COMMANCHERO DR**

Check if:  ☒ Individual   ☐ Estate or Trust

City, town or post office, state, and ZIP code. If you have a foreign address, see page 7.   **COLORADO SPRINGS CO 80915**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 27.

Country ▶ **AMERICA**    Of what country were you a citizen or national during the tax year?

Give address outside the United States to which you want any refund check mailed. If same as above, write "Same."

Give address in the country where you are a permanent resident. If same as above, write "Same."

### Filing Status and Exemptions for Individuals (see page 7)

|  |  | 7a | 7b |
|---|---|---|---|
|  |  | **Yourself** | **Spouse** |

Filing status. Check only one box (1–6 below).

| 1 | ☐ Single resident of Canada or Mexico, or a single U.S. national |
| 2 | ☐ Other single nonresident alien |
| 3 | ☐ Married resident of Canada or Mexico, or a single U.S. national | } If you check box 7b, enter your spouse's identifying number ▶ ................... |
| 4 | ☐ Married resident of Japan or the Republic of Korea |
| 5 | ☐ Other married nonresident alien |
| 6 | ☐ Qualifying widow(er) with dependent child (see page 8) |

**Caution:** *Do not check box 7a if your parent (or someone else) can claim you as a dependent.*
*Do not check box 7b if your spouse had any U.S. gross income.*

No. of boxes checked on 7a and 7b

**7c** Dependents: (see page 8)

No. of children on 7c who:

| (1) First name | Last name | (2) Dependent's identifying number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 8) |
|---|---|---|---|---|
|  |  |  |  | ☐ |
|  |  |  |  | ☐ |
|  |  |  |  | ☐ |

lived with you ▶

did not live with you due to divorce or separation ▶

Dependents on 7c not entered above ▶

**d** Total number of exemptions claimed

Add numbers entered on lines above ▶

### Income Effectively Connected With U.S. Trade/Business

| 8 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 8 | 0 | 0 |
| 9a | Taxable interest | 9a | | |
| b | Tax-exempt interest. Do not include on line 9a | 9b | | |
| 10a | Ordinary dividends | 10a | | |
| b | Qualified dividends (see page 10) | 10b | | |
| 11 | Taxable refunds, credits, or offsets of state and local income taxes (see page 10) | 11 | | |
| 12 | Scholarship and fellowship grants. Attach Form(s) 1042-S or required statement (see page 10) | 12 | | |
| 13 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 13 | | |
| 14 | Capital gain or (loss). Attach Schedule D (Form 1040) if required. If not required, check here ▶ ☐ | 14 | | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | | |
| 16a | Total IRA distributions | 16a | | 16b Taxable amount (see page 11) | 16b | | |
| 17a | Pensions and annuities | 17a | | 17b Taxable amount (see page 11) | 17b | | |
| 18 | Rental real estate, royalties, partnerships, trusts, etc. Attach Schedule E (Form 1040) | 18 | | |
| 19 | Farm income or (loss). Attach Schedule F (Form 1040) | 19 | | |
| 20 | Unemployment compensation | 20 | | |
| 21 | Other income. List type and amount (see page 13) **See 1099 OID** | 21 | | |
| 22 | Total income exempt by a treaty from page 5, Item M | 22 | | |
| 23 | Add lines 8, 9a, 10a, 11–15, 16b, and 17b–21. This is your **total effectively connected income** ▶ | 23 | | |

### Adjusted Gross Income

| 24 | Educator expenses (see page 13) | 24 | | |
| 25 | IRA deduction (see page 13) | 25 | | |
| 26 | Student loan interest deduction (see page 14) | 26 | | |
| 27 | Health savings account deduction. Attach Form 8889 | 27 | | |
| 28 | Moving expenses. Attach Form 3903 | 28 | | |
| 29 | Self-employed health insurance deduction (see page 14) | 29 | | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | | |
| 31 | Penalty on early withdrawal of savings | 31 | | |
| 32 | Scholarship and fellowship grants excluded | 32 | | |
| 33 | Add lines 24 through 32 | 33 | 0 | 0 |
| 34 | Subtract line 33 from line 23. Enter here and on line 35. This is your **adjusted gross income** | 34 | 0 | 0 |

Cat. No. 11364D    Form **1040NR** (2004)

STATUTE EXPIRED   RECEIVED APR 28 2008   FRP 303   RECEIVED APR 28 2008 FRP 303

Form 1040NR (2004)                                                                                          ◄ Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) . . . . . . . | 35 | 0    0 |
| | 36 | **Itemized deductions** from page 3, Schedule A, line 17 . . . . | 36 | 0    0 |
| | 37 | Subtract line 36 from line 35 . . . . . . . . . | 37 | |
| | 38 | Exemptions (see page 15) . . . . . . . . . . | 38 | |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0    0 |
| | 40 | **Tax** (see page 16). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 40 | 0    0 |
| | 41 | **Alternative minimum tax** (see page 16). Attach Form 6251 . . . | 41 | |
| | 42 | Add lines 40 and 41 . . . . . . . . . . . ▶ | 42 | 0    0 |
| | 43 | Foreign tax credit. Attach Form 1116, if required . . . | 43 | | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | | |
| | 45 | Retirement savings contributions credit. Attach Form 8880 . | 45 | | |
| | 46 | Child tax credit (see page 18) . . . . . . . . | 46 | | |
| | 47 | Adoption credit. Attach Form 8839 . . . . . . . | 47 | | |
| | 48 | Credits from:  a ☐ Form 8396   b ☐ Form 8859 . . . | 48 | | |
| | 49 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801   c ☐ Form (specify) . . . | 49 | | |
| | 50 | Add lines 43 through 49. These are your **total credits** . . . | 50 | 0    0 |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- . . ▶ | 51 | 0    0 |
| **Other Taxes** | 52 | Tax on income not effectively connected with a U.S. trade or business from page 4, line 87 | 52 | |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| | 54 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 54 | |
| | 55 | Transportation tax (see page 19) . . . . . . . . | 55 | |
| | 56 | Household employment taxes. Attach Schedule H (Form 1040). | 56 | |
| | 57 | Add lines 51 through 56. This is your **total tax** . . . . . ▶ | 57 | |
| **Payments** | 58 | Federal income tax withheld from Forms W-2, 1099, 1042-S, etc. | 58 | |
| | 59 | 2004 estimated tax payments and amount applied from 2003 return | 59 | |
| | 60 | Excess social security and tier 1 RRTA tax withheld (see page 20) | 60 | |
| | 61 | Additional child tax credit. Attach Form 8812 . . . . | 61 | |
| | 62 | Amount paid with Form 4868 (request for extension) . . . | 62 | |
| | 63 | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 63 | |
| | 64 | Credit for amount paid with Form 1040-C. . . . . . | 64 | |
| | 65 | U.S. tax withheld at source from page 4, line 84 . . . . | 65 | |
| | 66 | U.S. tax withheld at source by partnerships under section 1446: | | |
| | a | From Form(s) 8805 . . . . . . . . . . . | 66a | |
| | b | From Form(s) 1042-S . . . . . . . . . . | 66b | |
| | 67 | U.S. tax withheld on dispositions of U.S. real property interests: | | |
| | a | From Form(s) 8288-A . . . . . . . . . . | 67a | |
| | b | From Form(s) 1042-S . . . . . . . . . . | 67b | |
| | 68 | Add lines 58 through 67b. These are your **total payments** . . ▶ | 68 | |

See
ATTACHED

| | | | | |
|---|---|---|---|---|
| **Refund** <br> Direct deposit? See page 21. | 69 | If line 68 is more than line 57, subtract line 57 from line 68. This is the amount you **overpaid** | 69 | |
| | 70a | Amount of line 69 you want **refunded to you.** . . . . . . . | 70a | |
| | b | Routing number  `107006444`   c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number  `4857100707` | | |
| | 71 | Amount of line 69 you want applied to your 2005 estimated tax  ▶ | 71 | 0    0 |
| **Amount You Owe** | 72 | Amount you owe. Subtract line 68 from line 57. For details on how to pay, see page 21 ▶ | 72 | |
| | 73 | Estimated tax penalty. Also include on line 72 . . . | 73 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 22)?  ☐ **Yes.** Complete the following.  ☐ **No** | | | |
| | Designee's name ▶ | Phone no. ► ( ) | Personal identification number (PIN) ► | |
| **Sign Here** <br> Keep a copy of this return for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature ▶ | Date | Your occupation in the United States *Authorized Representative* | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. ( ) | |

Form **1040NR** (2004)

GJ-00000440

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on _3/25/08_ , the undersigned Notary Public mailed to:

> S. Kilpatrick
> c/o Internal Revenue Service
> Ogden, UT. 84201

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account #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, noted accepted for value, regarding John-Joseph: Pawelski as follows:

1. Due Presentment Under Notary Seal

2. Notice of Federal Tax Lien, accepted for value, and Money Order in the amount of $23,288.48

3. Private use envelope, accepted for value, and Money Order in the amount of $300.00

4. Private use envelope, accepted for value, and Money Order in the amount of $300.00

5. Notice of Federal Tax Lien, accepted for value, and Money Order in the amount of $7919.46

6. Notice of Federal Tax Lien, accepted for value, and Money Order in the amount of $45,217.35

7. Your copy of the IRS Form 1099-OID report of your taxable gain

8. IRS Form 1040V (photocopy) for reconciliation with IRS when you file your taxes

9. IRS Form 56 (photocopy) granting authority to the Secretary of the Treasury to process payment and setoff in this matter

10. IRS Form 1040 (photocopy)

11. Copy IRS Form 1096

12. Reference copy **Notary's Certificate of Service** (signed original on file)

by First Class U.S. mail by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the STATE OF COLORADO.

_[signature]_        _3/25/08_ (Seal)
NOTARY PUBLIC              DATE

My commission expires: _4/14/2011_ , 20____

Mimi Vigil, Notary Public
7645 N. Union Bl. #120
Colorado Springs, Co. 80920

**PRIVATE
NOT FOR PUBLIC FILING**

MIMI VIGIL
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires: 04/14/2011

[Note: Notary Public Mimi Vigil is not an attorney licensed to practice law in the state of STATE OF COLORADO and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Mimi Vigil is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

## DUE PRESENTMENT UNDER NOTARY SEAL
## SETTLEMENT

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**From:**   Mimi Vigil, Notary Public
7645 N. Union Bl. #120
Colorado Springs, Co. 80920

**PRIVATE
NOT FOR PUBLIC FILING**

**To:**   S. Kilpatrick
c/o Internal Revenue Service
Ogden, UT. 84201

**Re:**   Account # 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

**Service:**   USPS First class mail.
Notary's Certificate of Service

Dear S. Kilpatrick, et al.

 Pursuant to **STATE OF COLORADO** Statutes governing the office of Notaries and their powers and limitations and the International, US UCC and **STATE OF COLORADO** UCC Articles and Sections §§ 4-3-501, 4-3-502, 4-3-503, 4-3-504, 4-3-505, 4-1-307, **due presentment** is hereby made of:

### NOTICE OF SETTLEMENT
with all documents listed on the attached Certificate of Service

with the **John-Joseph: Pawelski** request to credit the full value of the SETTLEMENT, within ten (10) days of presentment, and exhibit to the maker a check, money order, warrant, order, Statement of Account or other comparable settlement statement reflecting the credit indicating posting of the asset so it is received by the undersigned notary public at the address noted above no later than ten (10) days beyond the postmark of the presentment.

**John-Joseph: Pawelski** has requested presentment of this NOTICE OF SETTLEMENT. Non-performance will be certified in accord with International and US and **STATE OF COLORADO** UCC Articles and Sections § 4-3-508, 4-3-509, 4-3-510, 4-1-202, and debt relief provisions of § 4-3-603. If the amount line is left blank, you are requested to enter the proper amount. Failure to do so shall be certified as YOUR CONFESSION that any amount entered is correct. Evidence of such shall be certified by the public official noted below.

Failure to fulfill the request within the respective deadlines will be certified for evidentiary purposes.

Thank you kindly for your attention.

WITNESS my hand and official seal.

Mimi Vigil, NOTARY PUBLIC
**Void where prohibited by law**

3/25/08
DATE

**MIMI VIGIL**
(Seal) NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires: 04/14/2011

My commission expires: 4/14/2011 ___, 20 ___

[Note: Notary Public **Mimi Vigil** is not an attorney licensed to practice law in the state of STATE OF COLORADO and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. **Mimi Vigil** is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

GJ-00000442

W1-2 - Page 9 of 42

# 1040-V

Department of the Treasury
Internal Revenue Service   (99)

## ⌃ Payment Voucher

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2004

**1** Your social security number (SSN)

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

**2** If a joint return, SSN shown second
on your return

**3** Amount you are
paying by check
or money order

| Dollars | Cents |
|---------|-------|
| 233288  | 48    |

**4** Your first name and initial

JOHN   J

Last name

PAWELSKI

If a joint return, spouse's first name and initial

Last name

Home address (number and street)

1480 COMMANCHERO DR

City, town or post office, state, and ZIP code

COLORADO SPRINGS CO. 80915

Apt. no.

Cat. No. 20975C

GJ-00000443

W1-2 - Page 10 of 42

Form **1040-V**

Department of the Treasury
Internal Revenue Service   (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2004**

1 Your social security number (SSN)

330 : 42 : 9404

2 If a joint return, SSN shown second on your return

3 Amount you are paying by check or money order

| Dollars | | Cents |
|---|---|---|
| 300 | . | 00 |

4 Your first name and initial

JOHN   J

If a joint return, spouse's first name and initial

Last name

PAWELSKI

Last name

Home address (number and street)

1480 COMMANCHERO DRIVE

Apt. no.

City, town or post office, state, and ZIP code

COLORADO SPRINGS  CO.  80915

Cat. No. 20975C

GJ-00000444

W1-2 - Page 11 of 42

# Form 1040-V

**Payment Voucher**

Department of the Treasury
Internal Revenue Service   (99)

▶ **Do not staple or attach this voucher to your payment or return.**

OMB No. 1545-0074.

**2004**

**1** Your social security number (SSN)

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

**2** If a joint return, SSN shown second on your return

**3** Amount you are paying by check or money order

Dollars: 300    Cents: 00

**4** Your first name and initial

JOHN    J

Last name

PAWELSKI

If a joint return, spouse's first name and initial

Last name

Home address (number and street)

1480  COMMANCHERO  DR

Apt. no.

City, town or post office, state, and ZIP code

COLORADO  SPRINGS  CO.  80915

Cat. No. 20975C

GJ-00000445

W1-2 - Page 12 of 42

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2004**

2007

**1** Your social security number (SSN)

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

**2** If a joint return, SSN shown second on your return

**3** Amount you are paying by check or money order

| Dollars | Cents |
|---------|-------|
| 45,217 | 35 |

**4** Your first name and initial

JOHN    J

Last name

PAWELSKI

If a joint return, spouse's first name and initial

Last name

Home address (number and street)

1480  COMMANCHERO  DR

Apt. no.

City, town or post office, state, and ZIP code

COLORADO  SPRINGS,  CO.  80915

GJ-00000446

W1-2 - Page 13 of 42

Cat. No. 20975C

# Form 1040-V

Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2004

**1 Your social security number (SSN)**

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

**2** If a joint return, SSN shown second on your return

**3 Amount you are paying by check or money order**

Dollars  7919   Cents  46

**4 Your first name and initial**

JOHN  J

Last name

PAWELSKI

If a joint return, spouse's first name and initial

Last name

Home address (number and street)

1480  COMMANCHE RO  DR

Apt. no.

City, town or post office, state, and ZIP code

COLORADO  SPRINGS  CO.  80915

GJ-00000447

W1-2 - Page 14 of 42

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2004* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| JOHN T PAWELSKI | $ 45,217.35 | 20**04** | |
| 1480 COMMANCHERO DR | 2 Other periodic interest | Form 1099-OID | |
| COLORADO SPRINGS CO 80915 | $ 0 | | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B |
|---|---|---|---|---|
| 330424404 | UNKNOWN | $ 0 | $ 45,217.35 | **For Recipient** |

| 5 Description* | | |
|---|---|---|
| PAY TO THE UNITED STATES TREASURY 1040V ATTACHED | | |

RECIPIENT'S name:

INTERNAL REVENUE SERVICE

Street address (including apt. no.):

| 6 Original issue discount on U.S. Treasury obligations* |
|---|
| $ 0 |

City, state, and ZIP code:

Ogden, UT 84201

| 7 Investment expenses |
|---|
| $ 0 |

Account number (optional):

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

Form **1099-OID**

(keep for your records)

* This may not be the correct figure to report on your income tax return. See Instructions on the back.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Department of the Treasury - Internal Revenue Service

GJ-00000448

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2004* | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| JOHN T PAWELSKE <br> 1480 COMANCHE DR <br> COLORADO SPRINGS, CO 80915 | $ -7919.46 | 2004 <br> Form 1099-OID | |
| | 2 Other periodic interest <br> $ 0 | | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty <br> $ 0 | 4 Federal income tax withheld <br> $ 7919.46 |
|---|---|---|---|

**Copy B**
**For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| RECIPIENT'S name | 5 Description <br> PAY TO THE UNITED STATES <br> TREASURY 1090V (ATTACHED) <br> NOTICED ON ATTACHED TAX LIEN |
|---|---|
| INTERNAL REVENUE SERVICE | |

| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations <br> $ 0 |
|---|---|

| City, state, and ZIP code <br> Ogden UT 84201 | 7 Investment expenses <br> $ 0 |
|---|---|

| Account number (optional) <br> 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 | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|

Form **1099-OID**          (keep for your records)          Department of the Treasury - Internal Revenue Service

GJ-00000449

W1-2 - Page 16 of 42

☒ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

JOHN J PAWELSKI
1480 COMMANCHEO
COLORADD SPRINGS CO8095

| 1 Original issue discount for 2004* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|
| $ 23,288.48 | 2004 | |
| 2 Other periodic interest | Form 1099-OID | |
| $ 0 | | |

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 330429404 | UNKNOWN |

| 3 Early withdrawal penalty | 4 Federal income tax withheld |
|---|---|
| $ 0 | $ 23,288.48 |

RECIPIENT'S name

INTERNAL REVENUE SERVICE

5 Description
PAY TO THE UNITED STATES
TREASURY INVOLUNTARILY
1099 OID or BETTER TYPE OID

Street address (including apt. no.)

| 6 Original issue discount on U.S. Treasury obligations* |
|---|
| $ 0 |

City, state, and ZIP code

Ogden UT 84201

| 7 Investment expenses | *This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|
| $ 0 | |

Account number (optional)

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

Form 1099-OID                    (keep for your records)    Department of the Treasury - Internal Revenue Service

Copy B
For Recipient
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

GJ-00000450

☒ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1. Original issue discount for 2004* | OMB No. 1545-0117 | |
|---|---|---|---|---|
| JOHN J PAWELSKI | | $ 300.00 | 2004 | Original Issue Discount |
| 1480 COMM ANCHEAD DC. | | 2 Other periodic interest | | |
| COLORADO SPRINGS, CO 80915 | | $ 0 | Form 1099-OID | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B For Recipient |
| 33-6412-9404 | | $ 0 | $ 300.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name | | 5 Description | | |
| IRS | | PAY TO THE UNITED STATES TREASURY, 1099V. ATTACHED | | |
| Street address (including apt. no.) | | 6 Original issue discount on U.S. Treasury obligations | | |
| | | PRIORITY FOR PRIVATE USE $ 0 | | |
| City, state, and ZIP code | | 7 Investment expenses | | |
| 33464 4 T 84201 | | $ 0 | | |
| Account number (optional) | | | | |
| 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 | | | | |
| Form 1099-OID | | *This may not be the correct figure to report on your income tax return. See instructions on the back. | | Department of the Treasury - Internal Revenue Service |

(keep for your records)

GJ-00000451

W1-2 - Page 18 of 42

☒ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

John T Pawelski
1480 Commanchero Dr
Colorado Springs, CO80115

| 1 Original issue discount for 2004* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|
| $ 300·00 | 2004 | |
| 2 Other periodic interest | Form 1099-OID | |
| $ Ø | | |

| 3 Early withdrawal penalty | 4 Federal income tax withheld |
|---|---|
| $ Ø | $ 300 Ø |

PAYER'S Federal identification number: 330479404

RECIPIENT'S identification number:

5 Pertaining to the United States Treasury, 1030V Attached Penalty for Private Use

RECIPIENT'S name

IRS

| 6 Original issue discount on U.S. Treasury obligations* |
|---|
| $ Ø |

Street address (including apt. no.)
Ø

| 7 Investment expenses |
|---|
| $ Ø |

City, state, and ZIP code
Ogden UT. 84201

Account number (optional)
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

*This may not be the correct figure to report on your income tax return. See instructions on the back.

Copy B
For Recipient

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been

GJ-00000452

| Form 668 (Y)(c) | 1008 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. October 2000) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #11<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br>181244604 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer    JOHN J PAWELSKI

Residence    PO BOX 77291
COLORADO SPGS, CO 80970-7291

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e) this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 04/16/2001 | 05/16/2011 | 7919.46 |

| Place of Filing | | |
|---|---|---|
| SECRETARY OF STATE<br>STATE OF COLORADO<br>DENVER, CO 80202 | Total | 7919.46 |

This notice was prepared and signed at _____ DENVER, CO _____ MONEY ORDER _____ , on this,

the __09th__ day of __July__ _____ 2004 _____

Pay To The United States Treasury
Seven Thousand & ~~seven~~ Nine Hundred & Nineteen 46/100

| Signature   C Sherwood<br>for S KILPATRICK | Title<br>ACS<br>(800) 829-3903 | Authorized Representative<br>330429404  VDI244604  51-00-0000 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X

GJ-00000453



*I do not wish to contract with you. I am no longer living Colorado and am returning your ... correspondence and conversion of civil statutes ... criminal legislation creating ... constitutional and/or ... organic ... regulatory authority ... should be directed to ... offer ... correspondence ... and accepted fiduciary ... John Joseph Pawelski ... 2/20/07*

## Account Summary

JOHN J & RUTH PAWELSKI     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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040 | 12-31-1994 | $ 13,322.40 | $ 10,664.79 | $ 1,666.19 | $ 25,653.38 |
| 1040 | 12-31-1995 | $ 10,050.08 | $ 8,075.84 | $ 1,438.05 | $ 19,563.97 |

Total Amount Due   $    45,217.35

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
|  |  |  |

MONEY ORDER

Pay To The United States Treasury

*Forty Five Thousand & Two Hundred & Seventeen & 35/100*

By _____

Authorized Representative

330429404 _____

Department of the Treasury -- Internal Revenue Service

GJ-00000454

Form 668 (Y)(c)
(Rev. October 2000)

1006

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #11<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br>181245604 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
JOHN J & RUTH PAWELSKI

Residence
PO BOX 77291
COLORADO SPGS, CO 80970-7291

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | 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 | 06/01/1998 | 07/01/2008 | 13322.40 |
| 1040 | 12/31/1995 | 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 | 05/11/1998 | 06/10/2008 | 9966.08 |

| Place of Filing<br>CLERK AND RECORDER<br>EL PASO COUNTY<br>COLORADO SPRINGS, CO 80903 | Total | 23288.48 |
|---|---|---|

MONEY ORDER

This notice was prepared and signed at _____ DENVER, CO _____ Pay To The United States Treasury , on this

the 09th day of July 2004

Twenty Three Thousand & Two Hundred & Eighty Eight & 48/100

By _____

Authorized Representative
330429404   181245604

Signature

C Sherwood

for S KILPATRICK

Title
ACS
(800) 829-3903

31-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 10-00)



W-1-2 - Page 22 of 42

FIRST-CLASS MAIL
POSTAGE AND FEES PAID
IRS
PERMIT NO. G-48

U.S. POSTAGE

CERTIFIED MAIL

Internal Revenue Service
Ogden, UT 84201

Official Business
Penalty for Private Use, $300

M/S 4450



U.S. POSTAGE
PAID
COLORADO SPRING, CO
80915
MAR 31 '08
AMOUNT
**$1.14**
0001960S-16

84201

0000

UNITED STATES
POSTAL SERVICE

FIRST CLASS

Internal Revenue Service
S. KILPATRICK
Ogden UT. 84201

FIRST CLASS

P   John B Parrahki
1600 Cumnerham Dr
Colorado Spgs, CO 80915-3812

GJ-00000458