# EXHIBIT 18



# AFFIDAVIT OF NOTARY PRESENTMENT
State of Colorado )
) ss.: **CERTIFICATION OF MAILING**
County of El Paso )

On this 1st day of April, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that GEORGE THOMAS BROKAW appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail # RA 218 079 911 US.

Timothy F. Geithner
DEPARTMENT OF THE TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC. 20220

List of Documents Mailed:

PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT
Copy UCC-1 FILING #20082123808
Copy UCC-1 ADDENDUM
Copy UCC-3 CORRECTION AND AMENDMENT #20092024934

4. POWER OF ATTORNEY
5. COMMERCIAL SECURITY AGREEMENT
    E. ACTUAL AND CONSTRUCTIVE NOTICE
    F. HOLD HARMLESS AND INDEMNITY AGREEMENT
    G. NON-NEGOTIABLE SECURITY AGREEMENT
6. LEGAL NOTICE AND DEMAND WITH ATTACHMENTS

Original CHARGEBACK ORDER
Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER
Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN
Original FIDUCIARY APPOINTMENT, ERIC THORSON
Original IRS FORM 56, TIMOTHY GEITHNER
Original IRS FORM 56, DOUGLAS SCHULMAN
Original IRS FORM 56, ERIC THORSON
Original IRS FORM 1040-V
Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE
Original BIRTH CERTIFICATE ACCEPTED FOR VALUE
Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE

GJ-00000294

WITNESS my hand and official seal.

_Mimi Vigil, agent for MIMI VIGIL_ 4/1/08    (Seal)
NOTARY PUBLIC    DATE

My commission expires: 4/14, 2011    (Stamp)

**MIMI VIGIL**
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires: 04/14/2011

# PRIVATE REGISTERED BOND FOR SETOFF

## NON-NEGOTIABLE

VALUE: $100,000,000,000.00 (One Hundred Billion) US Dollars

RE: CERTIFICATE OF BIRTH # 121885

ACCEPTED FOR VALUE and EXEMPT FROM LEVY

DEPOSITED TO US TREASURY AND CHARGED TO GEORGE T BROKAW, 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

George-Thomas :Brokaw
c/o 2260 Palm Dr.
Colorado Springs, Colorado near [80918]
Non domestic without the US

ISSUE DATE: March 12, 2009
BOND NUMBER: RA 218 079 911 US
REGISTERED MAIL NO. RA 218 079 911 US

**PAY TO THE ORDER OF:**
THE UNITED STATES DEPARTMENT OF THE TREASURY
c/o TIMOTHY F. GEITHNER, FIDUCIARY
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20220

Attention: TIMOTHY F. GEITHNER, RESPONDENT

Enclosed, the undersigned, George-Thomas :Brokaw herewith accepts for value the enclosed bond, Certificate of Live Birth, No 121885, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and Public Law 73-10.

## BOND ORDER

Please deposit this bond to an account bearing the USPO Registered Mail Number RA 218 079 911 US for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against George-Thomas :Brokaw, 278402356 or any bills, taxes, or claims, and the like, against the GEORGE T BROKAW, 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 debtor to George-Thomas :Brokaw, secured Party, see enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by George-Thomas :Brokaw.

Please adjust any bills, taxes, or claims, and the like, against George-Thomas :Brokaw [see Certificate of Live Birth] or the GEORGE T BROKAW, 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 to zero, charge, settle and close any such account, and return the interest to the principal, George-Thomas :Brokaw at the above post location. Timothy F. Geithner, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST OFFICE INTERNATIONAL MAIL Receipt, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Timothy F. Geithner, the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

This Bond shall be ledgered, as an asset, as best suits the needs of The United States Department of the Treasury. This Bond expires at the moment George-Thomas :Brokaw expires. Void where prohibited by law.

Surety #1 John-Joseph :Pawelski
Exemption ID # 330429404
c/o 1480 Commanchero Dr.
Colorado Springs, CO. [80915]
Non-Domestic without the US

Surety #2 David-Donald :Ritz
Exemption ID # 524922368
c/o 14255 Citation Lane
Peyton, Colorado Near [80831]
Non-Domestic without the US

George-Thomas :Brokaw - Principal
Exemption ID # 278402356
c/o 2260 Palm Dr.
Colorado Springs, Colorado: Near [80918]
Non-Domestic without the US

Witness #1 Andrew-William :MacDonald
c/o 3970 Old Ranch Rd
Colorado Springs, Colorado: Near [80908]
Non-Domestic without the US

Witness #2 Clara Mae Mueller
c/o 8620 Braeswood Point # 2
Colorado Springs, Colorado: Near [80920]
Non-Domestic without the US