# EXHIBIT 19



Timothy F. Geithner
Secretary of The Treasury
1500 Pennsylvania Ave, NW.
Washington D.C. 20220

From: mimi vigil, 3578 Hartsel Dr. #E, Colorado Springs, CO 80920

Registered Mail: RE 016 974 910 US

RETURNED BEFORE FEDERAL GRAND JURY
DATE: 9/23/13
GRAND JURY NO: 2012-__
FOREMAN: [signature]

GRAND JURY EXHIBIT 33 / 12-2

GJ-00000556

## AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado )
) ss.:   **CERTIFICATION OF MAILING**
County of El Paso )

On this 1st day of April, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that John-Joseph :Pawelski appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail # RE 016 974 910 US.

Timothy F. Geithner
SECRETARY OF THE TREASURY
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC. 20220

List of Documents Mailed:

Copy Affidavit of Notary Presentment
PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT
Copy UCC-1 FILING # 20032103700
Copy UCC-1 ADDENDUM # 20032103700
Copy UCC-1 FILING # 20092025444
Original ATTACHMENT A, PROPERTY LIST
Original POWER OF ATTORNEY
Original COMMERCIAL SECURITY AGREEMENT
Original ATTACHMENT A, PROPERTY LIST
Original Attachment "B" – INDEMNITY BOND
Original ACTUAL AND CONSTRUCTIVE NOTICE
Original HOLD HARMLESS AND INDEMNITY AGREEMENT
Original NON-NEGOTIABLE SECURITY AGREEMENT
Original LEGAL NOTICE AND DEMAND WITH ATTACHMENTS
Original CHARGEBACK ORDER
Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER
Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN
Original FIDUCIARY APPOINTMENT, ERIC THORSON
Original IRS FORM 56, TIMOTHY GEITHNER
Original IRS FORM 56, DOUGLAS SCHULMAN
Original IRS FORM 56, ERIC THORSON
Original IRS FORM 1040-V
Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE
Original BIRTH CERTIFICATE ACCEPTED FOR VALUE
Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE
Copy AFFIDAVIT OF TRUTH AND DENIAL OF CORPORATE EXISTENCE

-2-

WITNESS my hand and official seal.

_____ agent for MIMI VIGIL  4/1/09
NOTARY PUBLIC                DATE            (Seal)

My commission expires: 4/14, 20 11

(Stamp)
**MIMI VIGIL**
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires: 04/14/2011

# PRIVATE REGISTERED BOND FOR SETOFF
## NON-NEGOTIABLE
### VALUE: $100,000,000,000.00 (One Hundred Billion) US Dollars
RE: CERTIFICATE OF BIRTH # 51735/694195

**ACCEPTED FOR VALUE and EXEMPT FROM LEVY**

**DEPOSITED TO US TREASURY AND CHARGED TO JOHN J PAWELSKI, 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**

John-Joseph :Pawelski
c/o 3578 Hartsel Dr #E
Colorado Springs, Colorado near [80920]
Non domestic without the US

ISSUE DATE: March 12, 2009
BOND NUMBER: RE016974910US
REGISTERED MAIL NO. RE 016 974 910 US

**PAY TO THE ORDER OF:**
THE UNITED STATES DEPARTMENT OF THE TREASURY
c/o TIMOTHY F. GEITHNER, FIDUCIARY
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20220

Attention: TIMOTHY F. GEITHNER, RESPONDENT

Enclosed, the undersigned, John-Joseph :Pawelski herewith accepts for value the enclosed bond, Certificate of Live Birth, No. 51735/694195, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and Public Law 73-10.

## BOND ORDER

Please deposit this bond to an account bearing the USPO Registered Mail Number RE 016 974 910 US for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against John-Joseph :Pawelski, 330429404 or any bills, taxes, or claims, and the like, against the JOHN J PAWELSKI, 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 debtor to John-Joseph :Pawelski, secured Party, see enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by John-Joseph :Pawelski.

Please adjust any bills, taxes, or claims, and the like, against John-Joseph :Pawelski [see Certificate of Live Birth] or the JOHN J PAWELSKI, 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 to zero, charge, settle and close any such account, and return the interest to the principal, John-Joseph :Pawelski at the above post location. Timothy F. Geithner, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST OFFICE INTERNATIONAL MAIL Receipt, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Timothy F. Geithner, the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

This Bond shall be ledgered, as an asset, as best suits the needs of The United States Department of the Treasury. This Bond expires at the moment John-Joseph :Pawelski expires. Void where prohibited by law.

Surety #1 George-Thomas :Brukaw
Exemption ID # 278402356
c/o 2260 Palm Dr.
Colorado Springs, CO. [80918]
Non-Domestic without the US

Surety #2 David-Donald Ritz
Exemption ID # 524922368
c/o 14255 Citation Lane
Peyton, Colorado Near [80631]
Non-Domestic without the US

John-Joseph :Pawelski - Principal
Exemption ID # 330429404
c/o 3578 Hartsel Dr. #E
Colorado Springs, Colorado; Near [80920]
Non-Domestic without the US

Witness #1 Edward Joseph Vigil
c/o 513 Shady Crest Drive
Colorado Springs, Colorado
Non-Domestic without the US

Witness #2 Andrew-William :MacDonald
c/o 3970 Old Ranch Rd
Colorado Springs, Colorado
Non-Domestic without the US

GJ-00000558