# EXHIBIT 20



## AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado )
) ss.:     **CERTIFICATION OF MAILING**
County of El Paso )

On this 10th day of April, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail # RA 218 079 837 US.

Timothy F. Geithner
SECRETARY OF THE TREASURY
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC. 20220

List of Documents Mailed:

Copy Affidavit of Notary Presentment
PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT
CopyUCC-1 FILING # 20032106975
Copy UCC-1 ADDENDUM # 20032106975
CopyUCC-3 FILING # 20092025445
Original ATTACHMENT A, PROPERTY LIST
Original POWER OF ATTORNEY
Original COMMERCIAL SECURITY AGREEMENT
Original ATTACHMENT A, PROPERTY LIST
Original Attachment "B" – INDEMNITY BOND
Original ACTUAL AND CONSTRUCTIVE NOTICE
Original HOLD HARMLESS AND INDEMNITY AGREEMENT
Original NON-NEGOTIABLE SECURITY AGREEMENT
Original LEGAL NOTICE AND DEMAND WITH ATTACHMENTS
Original CHARGEBACK ORDER
Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER
Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN
Original FIDUCIARY APPOINTMENT, ERIC THORSON
Original IRS FORM 56, TIMOTHY GEITHNER
Original IRS FORM 56, DOUGLAS SCHULMAN
Original IRS FORM 56, ERIC THORSON
Original IRS FORM 1040-V
Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE
Original BIRTH CERTIFICATE ACCEPTED FOR VALUE
Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE
Copy AFFIDAVIT OF TRUTH AND DENIAL OF CORPORATE EXISTENCE

WITNESS my hand and official seal.

_Clara-Mae Mueller_                   _April 10, 2009_                (Seal)
NOTARY PUBLIC                          DATE

My commission expires: 3 / 11 / 2012 , 20____

> CLARA M. MUELLER
> NOTARY PUBLIC
> STATE OF COLORADO
> My Commission Expires 03/11/2012

- 2 -



Mimi-Michelle: Vigil
c/o 3578 Hartsel Dr. #E
Colorado Springs, Colorado
Near [80920]

Issue date: 4//2/2009
Bond number: RA218079837US

REGISTERED MAIL NO.

RA 218 079 837 US

Timothy F. Geithner - Secretary of the Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. [20220]

**PRIVATE REGISTERED BOND FOR SET OFF - NON-NEGOTIABLE**

**Value of Bond is $ 100,000,000,000.00 (One Hundred Billion) US Dollars**

Re: CERTIFICATE OF LIVE BIRTH # 1051951016691 ACCEPTED FOR VALUE and EXEMPT FROM LEVY

DEPOSITED TO US TREASURY AND CHARGED TO MIMI MICHELLE VIGIL, 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

Attention: Timothy F. Geithner, Respondent

Enclosed, the undersigned, Mimi-Michelle: Vigil, herewith accepts for value the enclosed bond, Certificate of Live Birth, Number 1051951016691, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and Public Law 73-10.

**BOND ORDER**

Please deposit this bond to an account bearing the USPO Registered Mail Number RA 218 079 837 US for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against Mimi-Michelle: Vigil, 523745833 or any bills, taxes, or claims, and the like, against the MIMI MICHELLE VIGIL, 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 debtor to Mimi-Michelle: Vigil, secured Party, see enclosed UCC-1 Financing Statement) #20032106975, said claim(s) to have been "accepted" and endorsed by Mimi-Michelle: Vigil.

Please adjust any bills, taxes, or claims, and the like, against Mimi-Michelle: Vigil or the MIMI M VIGIL, 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 to zero, charge, settle and close any such account, and return the interest to the principal, Mimi-Michelle: Vigil at the above post location. Henry Paulson, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST OFFICE INTERNATIONAL MAIL Receipt, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Henry Paulson, the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

This Bond shall be ledgered, as an asset, as best suits the needs of The United States Department of the Treasury. This Bond expires at the moment Mimi-Michelle: Vigil expires. Void where prohibited by law.

Surety #1 - George Thomas Brokaw
Exemption ID # 278402356
c/o 2250 Palm Drive Circle
Colorado Springs, Colorado; near [80918]
Non-Domestic without the US

Surety #2  John Joseph Pawelski
Exemption ID # 330429094
c/o 1480 Commanchero Drive
Colorado Springs, Colorado; Near [80915]
Non-Domestic without the US

Mimi-Michelle: Vigil- Principal
Exemption ID # 523745833
c/o 3578 Hartsel Drive. #E
Colorado Springs, Colorado, Near [80909]
Non-Domestic without the US

Witness #1  John Grey Kerwin
4945 Wineskin Circle
Colorado Springs, Colorado, Near [80916]
Non Domestic without the US

Witness #2  Patricia Ann Danzing
1708 Sawyer Way #284
Colorado Springs, Colorado; Near [80915]
Non Domestic Without the US

Page 1 of 1

-69-

GJ-00000561