# EXHIBIT 21




# CERTIFICATE OF SERVICE

On April 20, 2009, I mailed to:

Timothy F. Geithner, Secretary of the Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. [20220]

the papers identified as:

1. Private Registered Indemnity Bond
2. Copy of Certificate of Service

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Registered Mail #RA 218 080 530 US.

Dated April 20, 2009

Clara M Mueller
Notary public

3/11/2012
My commission expires

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

...NCE RETURNED BEFORE
...ERAL GRAND JURY
DATE: 5/20/13
GRAND JURY NO. 2012-2
FOREMAN: [signature]

GRAND JURY EXHIBIT
12-2



# Private Registered Indemnity Bond

NON-NEGOTIABLE

**BOND NO. MMVIB0001**

**REGISTERED LIBER #20032106975**

**USPO Article No. REGISTERED MAIL # RA 218 080 530 US**
**VALUE: $300,000,000.00 USD**

**ISSUE DATE: April 20 2009**
**EXPIRATION DATE: April 19, 2039**

**Pay To The Order Of:** Timothy F Geithner, Secretary of the United States Treasury
The United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**For:** Mimi-Michelle :Vigil
MIMI VIGIL
Social Security Number: 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

Principal, and
Account Holder, and
Account, each severally

**By, On through:**

Mimi-Michelle :Vigil, Principal, — Private Offset Account No. 523745833

**George-Thomas :Brokaw, Surety #1,**
**Registered Private Indemnity Bond #GTBIB0001**
Private Offset Account No: 278402356
USPO Article No. RA 218 079 908 US

**John-Joseph :Pawelski, Surety #2,**
**Registered Private Indemnity Bond #JJPIB0001**
Private Offset Account No.330429404
USPO Article No. RE 016 974 897 US

In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Registered Private Indemnity Bond, issued to MR. TIMOTHY F GEITHNER , THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We, **Mimi-Michelle :Vigil**, Principal, and **George-Thomas :Brokaw**, Surety, and **John-Joseph :Pawelski**, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing In Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including **$300,000,000.00 (USD) - Three Hundred Million United States Dollars**, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all preexisting, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach (es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), in Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin (s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt (s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

Surety # 1 — Surety # 2 — Principal



MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (Ten) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance** and **Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

Surety #1 Surety #2 Principal



# Bond Order

A) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and **including $300,000,000.00 (USD) - Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action (s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying (s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance (s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action (s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision (s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including **$300,000,000.00 (USD) - Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account (s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest (s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action (s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission (s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action (s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s). process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission (s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

Surety #1 — Surety #2 — :Principal



C) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (Ten) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the United States Post Office Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance and Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR.TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E) The Principal's stipulated mailing address is:

**Mimi-Michelle :Vigil**
**C/O 3578 Hartsel Dr. #E**
**Colorado Springs, Colorado; near [80920]**
**Non Domestic Without the US**

F) This Registered Private Indemnity Bond Number MMVIB0001, shall expire on Maturity Date: April Nineteenth in the Year of Our Lord Two Thousand and Thirty- Nine.

Surety #1 — Surety #2 — Principal



We, as Signatories, to execute this Registered Private Indemnity Bond NUMBER, **MMVIB0001** do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this Twentieth day of April in the year of Our Lord Two Thousand and Nine.

Surety #1 Surety #2 Principal

Surety# 1 George-Thomas :Brokaw , 278408356

/S/ George-Thomas : Brokaw
Surety #1 Signature

Surety #2 – John-Joseph :Pawelski, 330429094

/S/ John-Joseph : Pawelski
Surety #2 Signature

Principal - Mimi-Michelle :Vigil, 523745833

/S/ Mimi-Michelle : Vigil
Principal Signature

We solemnly attest as Witness, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the Twentieth Day of April in the year of Our Lord Two Thousand and Nine

Witness #1 David-Donald Kitz
Print Name

/s/

Please Print

Living Location c/o 14255 Citation Lane
Peyton, Colorado
Near [80831]
Non Domestic Without US

Witness #2 Ronald Roy, Hoodenpyle
Print Name

/s/

Living Location c/o 14255 Citation Drive
Peyton Colorado
Near [80831]
Non Domestic Mail US



Clara Mueller
8620 Braeswood Pt #2
Colorado Springs Co 80920
OLD FAITHFUL
BREAST CANCER
COLORADO SPRINGS
APR 2 0 2009
USPS
WASHINGTON, D.C. REG. DIV.
APR 24 2009
United States Postal Service
REGISTERED MAIL
RA 218 080 530 US
Label 200, July 1999
Timothy F Geithner
Secretary of the Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave N.W.
Washington, DC
20220
Insp. # 010
2MDL
-7-


COLORADO SPRINGS, CO 80910
USPS
APR 20 2009
-8-