# EXHIBIT 25

## AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado            )
                             ) ss.:   CERTIFICATION OF MAILING
County of El Paso            )

On this 2nd day of December, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Mimi-Michelle Vigil appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail # RA 218 081 455 US.

Department of the Treasury
Internal Revenue Service
Troy B. Parker
2860 S. Circle Drive
Colorado Springs, CO  80906

List of Documents Mailed:

Copy of Affidavit of Notary Presentment
Pre-offset notice for balanced book adjustment
Private Registered Bonded Promissory Note
Copy of Bill accepted for value
Appointment of Fiduciary
1040V

WITNESS my hand and official seal.

_Clara M Mueller_     12-2-09      (Seal)
NOTARY PUBLIC          DATE

My commission expires:  3-11  , 2012   (Stamp)

```
CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012
```

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY
     DATE: 5/20/13
     GRAND JURY NO: 2012-2
     FOREMAN: R S Powell

GRAND JURY
EXHIBIT
B
12-2

Page # 31

-/-

00002661

GJ-00000100

TO: DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Attn: Troy B. Parker
2860 S. Circle Drive
Colorado Springs, CO 80906

FROM: Mimi-Michelle :Vigil– Principal, Secured Party Creditor
c/o 3578 Hartsel Drive # E
Colorado Springs, Colorado near [80920]
Non Domestic without the US

DATE: December 2, 2009

UCC File Number: 20032106975
FOR: MIMI M VIGIL, DEBTOR;
RE: Account Number – 523745833
Social Security Number 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
Treasury Routing Number- E49506412
Liber Number(s) - 20032106975

# PRE-OFFSET NOTICE FOR BALANCED BOOK ADJUSTMENT

The enclosed Statute Staple Security instruments are rendered to you for the purpose of balanced book adjustment as legal tender to lower and reduce the UNITED STATES national debt. The undersigned understands the complexity of following this procedure. The "Code" is effectively in place to save and protect the monetary system of this country. If and when non-accreditation occurs, the economy and monetary system of the country will certainly collapse. That is the complexity and importance of honoring this procedure.

USC TITLE 12, CHAPTER 2 – NATIONAL BANKS - Authorizes the procedure. If you don't understand this procedure please research the US Code, for clarity or seek competent legal counsel. You should understand that in Title 12 USC section 371b,-2(c) the Code defines "Exposure" to include all extensions of credit regardless of name and description. This procedure is intended for all of the people of the United States. Non accreditation will result in a serious error and injury against the Internal Revenue Service, and the Principal Secured Party Creditor. This will cause a miscalculation upon the Federal Reserve Accountant Balanced Book, and will require a filing of the proper IRS forms for collection of these funds. This adjustment may be completed by MR. TIMOTHY F. GEITHNER, Secretary of the US Treasury, who is my legally appointed fiduciary agent, or my designee as Fiduciary on the attached IRS Form 56. Documentation is enclosed.

As you are well aware, lawful money no longer exists in our economic system. This was replaced by Federal Reserve "Notes", which is, in effect, a promissory note. This procedure to allow offset of debt is the proper legal remedy that has been provided for us to discharge debt, since the money was removed by the U. S. Corporate Government. This is a debt obligation of the United States. Please use this procedure to offset any bills that I present by balanced book adjustment, settlement in full, discharge of all presentments, and return all interest to the Principal. MR. TIMOTHY F. GEITHNER, or my designated Fiduciary Agent, is authorized to adjust; from this account, along with any reasonable and lawful interest, penalties, and extra fees, as needed, in order to satisfy this procedure. This may be ledgered against the Account Number indicated as best suits the needs of the US Treasury.

Sincerely,

*[signature]*
Mimi-Michelle :Vigil Principal and Secured Party Creditor for MIMI M VIGIL

Page # 32

-2-

00002662

GJ-00000101



# REGISTERED BONDED PROMISSORY NOTE
## $62,435.95
### Sixty Two Thousand Four Hundred Thirty Five Dollars and 95/100
### NOTE NUMBER MMVBPN0026

**NEGOTIABLE**     **NEGOTIABLE**

**USPO REGISTERED MAIL # RA 218 081 455 US**

**Pay to the Order of:** Internal Revenue Service, PERSTIRPES

**In the Amount of:** Sixty Two Thousand Four Hundred Thirty Five Dollars and 95/100

**For Credit to:** Internal Revenue Service, For MIMI M VIGIL, 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 for Notice Of Federal Tax Lien Serial #500752208 on 513 Shady Crest Circle, Colorado Springs, CO 80916 in the amount of Twenty Four Thousand Nine Hundred Seventy Four and 38/100 United States Dollars, 24,974.38 plus interest, penalties and extra fees for the benefit of MIMI M VIGIL.

**Routing Through:**   DTC ROUTING NUMBER – 0510-0003-3,
　　　　　　　　　　DTC ACCOUNT NUMBER – E49506412
　　　　　　　　　　c/o SECRETARY OF THE TREASURY, TIMOTHY F. GEITHNER

This negotiable instrument, tendered lawfully by Mimi-Michelle: Vigil, ("Maker") in good faith shall evidence as a debt to the Payee pursuant to the following terms: This is an unconditional promise to pay.

1. This Note shall be posted **in full** dollar for dollar pursuant to the Credit order noted above and presented to the Payee, UNITED STATES DEPARTMENT OF THE TREASURY c/o, TRUSTEE OF THE US BANKRUPTCY, TIMOTHY F. GEITHNER. After discharge of the debt, the balances of the funds are to be credited to the INTERNAL REVENUE SERVICE to be used for the benefit of the same.

2. Payee shall, upon receipt of this instrument, charge account 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 via Pass-Through DTC Routing Number 0510-0003-3, Account Number E49506412 for the purpose of terminating any past, present, or future liabilities express or implied attached or attributed to 523745833. This is a public debt obligation of the United States.

3. Payee shall ledger this Note for a period of sixty days commencing the start of business on December 2, 2009, until close of business February 1, 2010, not to exceed 60 days, at an interest rate equal to the current rate per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against Private Offset Bond Number, MMVPOB0001 USPO Registered Mail Tracking Number, #RA 218 080 543 US held and secured by TIMOTHY F. GEITHNER, SECRETARY OF THE US TREASURY. Void where prohibited by law.

Internal Revenue Service
Troy B. Parker
2864 S. Circle Dr.
Colorado Springs, CO 80906

12/2/09
Date

Mimi-Michelle :Vigil
3578 Hartsel Drive #E
Colorado Springs, Colorado
Non Domestic w/o the US

*Mimi Michelle: Vigil*
Signature

Page # 33

-3-

00002663

GJ-00000102

# Form 56
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I — Identification

**Name of person for whom you are acting (as shown on the tax return)**
MIMI M. VIGIL

**Identifying number**
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

**Decedent's social security no.**

**Address of person for whom you are acting (number, street, and room or suite no.)**
3578 HARTSEL DRIVE #E

**City or town, state, and ZIP code (If a foreign address, see instructions.)**
COLORADO SPRINGS, CO 80920

**Fiduciary's name**
Timothy F. Geithner, d/b/a SECRETARY OF THE TREASURY

**Address of fiduciary (number, street, and room or suite no.)**
1500 Pennsylvania Ave., N.W.

**City or town, state, and ZIP code**
Washington, DC 20220

**Telephone number (optional)**
(   )

### Part II — Authority

1  Authority for fiduciary relationship. Check applicable box:
   a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . (2) Date of death . . . . . . . . . . . . . . . . . .
   b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . . . (2) Date (see instructions) . . . . . . . . . . . . . .
   c    ☐ Valid trust instrument and amendments
   d    ☒ Other. Describe ▶ Appointment of Fiduciary Debtor and Creditor

### Part III — Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ..................................
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ..................................
4  Year(s) or period(s) (if estate tax, date of death) ▶ ..................................
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
   described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
   of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
   period(s) applicable ..................................

### Part IV — Revocation or Termination of Notice

**Section A — Total Revocation or Termination**

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
   Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
   a ☐ Court order revoking fiduciary authority
   b ☐ Certificate of dissolution or termination of a business entity
   c ☐ Other. Describe ▶

**Section B — Partial Revocation**

8a Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
   the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
b  Specify to whom granted, date, and address, including ZIP code.
   ▶ ..................................

**Section C — Substitute Fiduciary**

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
   specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
   ▶ ..................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 12-2007)

Page # 34

-4-

00002664

GJ-00000103

| Form 56 (Rev. 12-2007) | | | | Page 2 |
|---|---|---|---|---|
| **Part V** Court and Administrative Proceedings | | | | |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated | | | |
|---|---|---|---|---|
| Address of court | Docket number of proceeding | | | |
| City or town, state, and ZIP code | Date | Time | a.m. / p.m. | Place of other proceedings |

**Part VI** Signature

*/s/ Ms. Michelle Vigil, authorized representative/*

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please Sign Here

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 12-2007)

Page # 35

-5-

00002665

GJ-00000104

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>(800) 913-6050 | | Serial Number<br>500752208 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
MIMI M VIGIL

Residence
513 SHADY CREST CIR
COLORADO SPGS, CO 80916-3949

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | XXX-XX-5833 | 02/21/2005 | 03/23/2015 | 17238.00 |
| 1040 | 12/31/2004 | XXX-XX-5833 | 07/07/2008 | 08/06/2018 | 3188.38 |
| 1040 | 12/31/2005 | XXX-XX-5833 | 09/10/2007 | 10/10/2017 | 4548.00 |

Place of Filing
CLERK AND RECORDER
EL PASO COUNTY
COLORADO SPRINGS, CO 80903

Total  24974.38

This notice was prepared and signed at  SEATTLE, WA  , on this,

the  10th  day of  December  ,  2008  .

Signature
R. A. Mitchell
for TROY B PARKER

Title
REVENUE OFFICER  26-11-2421
(719) 226-3275

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)

Page # 36

-6-

00002666

GJ-00000105

### Lien
This Notice of Federal Tax Lien gives public notice that the government has a lien on all your property (such as your house or car), all your rights to property (such as money owed to you) and to property you acquire after this lien is filed.

### Your Administrative Appeal Rights
If you believe the IRS filed this Notice of Federal Tax Lien in error, you may appeal if any of the following conditions apply:

- You had paid all tax, penalty and interest before the lien was filed;
- IRS assessed tax after the date you filed a petition for bankruptcy;
- IRS mailed your notice of deficiency to the wrong address;

    You have already filed a timely petition with the Tax Court;

    The statute of limitations for collection ended before IRS filed the notice of lien.

### Your appeal request must be in writing and contain the following:

- Your name, current address and SSN/EIN;
- Copy of this notice of lien, if available;
- The specific reason(s) why you think the IRS is in error;
- Proof that you paid the amount due (such as cancelled check);
- Proof that you filed a bankruptcy petition before this lien was filed.

Send your written request to the IRS, Attention: Technical Services Group Manager, in the office where this notice of lien was filed.

### When This Lien Can Be Released
The IRS will issue a Certificate of Release of Federal Tax Lien within 30 days after:

- You pay the tax due, including penalties, interest, and any other additions under law, or IRS adjusts the amount due, or;
- The end of the time period during which we can collect the tax (usually 10 years).

Publication 1450, Request for Release of Federal Tax Lien, available at IRS offices, describes this process.

### When a Lien against Property can be Removed
The IRS may remove the lien from a specific piece of property if any of the following conditions apply:

- You have other property subject to this lien that is worth at least two times the total of the tax you owe, including penalties and interest, plus the amount of any other debts you owe on the property (such as a mortgage);
- You give up ownership in the property and IRS receives the value of the government's interest in the property;
- IRS decides the government's interest in the property has no value when you give up ownership;
- The property in question is being sold; there is a dispute about who is entitled to the sale proceeds; and the proceeds are placed in escrow while the dispute is being resolved.

Publication 783, Instructions on How to Apply for a Certificate of Discharge of Property from a Federal Tax Lien, available at IRS offices, describes this process.

### Gravamen
Este Aviso de Gravamen del Impuesto Federal da aviso público que el gobierno tiene un gravamen en todas sus propiedades (tal como su casa o carro), todos sus derechos a propiedad (tales como el dinero que le adeudan a usted) y la propiedad que adquiera después que se presentó éste gravamen.

### Sus Derechos de Apelación Administrativos
Si usted cree que el IRS presentó éste Aviso de Gravamen del Impuesto Federal por error, usted puede apelar si cualquiera de las siguientes condiciones le aplican:

- Usted pagó todo el impuesto, multa, interés antes de que el gravamen fuera presentado;
- El IRS tasó el impuesto después de la fecha en que usted presentó una petición de quiebra;
- El IRS le envió por correo el aviso de deficiencia a una dirección incorrecta;
- Usted presentó a tiempo una petición ante la Corte de Impuesto;
- El IRS no presentó el aviso de gravamen dentro del término prescriptivo.

### Su petición de apelación tiene que estar por escrito y debe incluir lo siguiente:

- Su nombre, dirección actual y SSN/EIN;
- Una copia de este aviso de gravamen, si está disponible;
- La razón (o razones) específica(s) por qué piensa que el IRS está erróneo;
- Prueba que pagó la cantidad adeudada (tal como un cheque cancelado);
- Prueba que presentó una petición de quiebra antes de que se presentara el gravamen.

Envíe su petición por escrito al IRS, Atención: "Technical Services Group Manager" (Grupo de Gerente-Servicios Técnicos) en la oficina donde este aviso de gravamen fue presentado.

### Cuándo Este Gravamen Se Puede Cancelar
El IRS emitirá un Certificado de Cancelación de Gravamen del Impuesto Federal dentro de 30 días después que:

- Usted paga el impuesto adeudado, incluyendo multas, intereses, y otras sumas adicionales según la ley, o el IRS ajusta la cantidad adeudada, o;
- Aceptemos una fianza garantizando el pago de su deuda;
- La expiración del término en que podemos cobrar el impuesto (usualmente 10 años).

La Publicación 1450, en inglés, "Petición Para Cancelar el Gravamen del Impuesto Federal", describe este proceso y está disponible en las oficinas del IRS.

### Cuándo un Gravamen en Contra de la Propiedad Puede Eliminarse
El IRS puede eliminar el gravamen de una propiedad específica si cualquiera de las siguientes condiciones aplica:

- Usted tiene otra propiedad sujeta a este gravamen cuyo valor es por lo menos dos veces el total del impuesto que usted adeuda, incluyendo intereses y multas, más la cantidad de cualquiera de las otras deudas que adeuda sobre la propiedad (tal como una hipoteca);
- Usted cede su interés en la propiedad y el IRS recibe el valor del interés del gobierno en la propiedad;
- El IRS decide que el interés del gobierno en la propiedad no tiene valor alguno cuando usted cedió su interés en la propiedad;
- La propiedad gravada será vendida; existe una controversia sobre quién tiene derecho al producto de la venta; y se depositan los fondos recibidos en la venta en una cuenta especial en lo que se resuelve la controversia.

La Publicación 783 en inglés, "Instrucciones de Cómo Solicitar un Certificado de Relevo de la Propiedad de un Gravamen del Impuesto Federal", describe éste proceso y está disponible en las oficinas del IRS.

Page # 37

-7-

Form 668 (Y) (c) (Rev. 02-2004)

00002668



Page # 38

-8-

GJ-00000107

Accepted for value
Exempt from Levy
Deposit to the US Treasury
MIMI MICHELLE VIGIL
charge the same acct # 523-745835

*[signature]* Mimi Michelle Vigil
12/2/09

Page # 39

-9-