# EXHIBIT 29

Attachment G

U.S. POSTAGE
COLORADO SPRING, C
MAY 30 2013
AMOUNT
$1.28
00050363-03

20220

FIRST CLASS

I R S Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, DC 20220

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY

DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN:

4BTV

2260 Palm Drive
Colo. Springs, CO
80918

GRAND JURY
EXHIBIT
9
12-2

-1-

GJ-00000109

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado [80918]

To:     Internal Revenue Service                                    May 2, 2011
        Criminal Investigation Division
        Box 192
        Covington, Kentucky 41012

Certified Mail Number: 7009 3410 0000 6319 0513

### Instructions for the Enclosed Invoices

All of the following enclosed documents have been signed and Accepted For Value and Returned
for Settlement by the Authorized Representative, George Thomas Brokaw, exemption ID
number 278402356, and are being submitted for immediate payment via the GEORGE THOMAS
BROKAW Constructive Trust account number 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.

All settlement payments are to be made by the U.S. Treasury or its assigned agent (IRS) as
Trustee. Settlement payment is to be mailed directly to the company or deposited directly into
the account via routing number if applicable, and for the benefit of the "debtor" as listed on
each company invoice, or money order. (ie; memo)

Each of the following documents are being submitted under Universal Postal Union (UPU)
international jurisdiction for immediate priority processing for payment and settlement.

The accounts below are listed in priority payment status. These documents are to be processed
immediately upon receipt to balance and settle all of the accounts via UPU priority jurisdiction
and handling. (ie; 21 days)

TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 1999
TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 2000
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2002
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2005
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2006
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2004
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2004
LOAN: FARMERS NEW WORLD LIFE INSURANCE CO.- Account # 006603250V

1

-2-

GJ-00000110

Once the above invoices have been paid and settled in full and the accounting balanced, the Department of the Treasury may use any potential overpayments (if applicable) for use as they see fit.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### Acknowledgement

County of El Paso            )
                             ) ss.
State of Colorado            )

SUBCRIBED TO AND SWORN before me this 2nd day of May, A.D. 2011, a Notary, that George Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_Cara M Mueller_____ Seal:
Notary Public
My Commission Expires  3 | 11 | 12

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 3/11/12

_May 2, 2011_
**Date Signed**

_George Thomas Brokaw_
**Signature of Authorized Representative**
Exemption ID Number 278402356

\*\*Note: Notary is not a party to this transaction; notary is for verification of identification and mailing.

2

GJ-00000111

## ACCOUNT INFORMATION

GEORGE  BROKAW                                                         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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2004 | $120,286.74 | $16,925.73 | $14,148.73 | $159,361.20 |

.07736



---

**Payment Voucher**     Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

**Your Telephone Number:**          SB N    CP-91          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

(    )____-_____          **Best Time to Call**          Amount you owe:   ~~$159,361.20~~

____AM ____PM          Less payments not Included

*Pay To : Internal Revenue Service*          Adjusted amount

*The Amount of :* _____

Internal Revenue Service          GEORGE  BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI  OH 45250-5566          COLORADO SPGS, CO   80918-7013

*by : George Thomas Brokaw*

*dated : May 1, 2011*

278402356 KP BROK 30 0 200412 670 00015936120

-4-



For deposit to US Treasury
For credit to Internal Revenue
Service
For Account# CP-91
form# 1040A
Signed: George Thomas Brokaw
without Recourse
(George Thomas Brokaw)

-5-

GJ-00000113

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2004 | $500.00 | $.00 | $158.06 | $658.06 |

07737





Payment Voucher        Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order:                SB N        CP-91

Your Telephone Number:              Best Time to Call                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

(    )    -              ___AM ___PM          Amount you owe:           $658.00
Pay To: Internal Revenue Service          Less payments not
                                          Included
The Amount of, _____           Adjusted amount

Internal Revenue Service                  GEORGE T BROKAW
PO BOX 145566                             2260 PALM DR C
CINCINNATI  OH 45250-5566                 COLORADO SPGS  CO   80918-7813

                                          by: George Thomas Brokaw
                                          dated: May 1, 2011

278402356 KP BROK 55 0 200412 670 0000065806

-6-

For deposit to US Treasury
For credit to Internal Revenue
Service.

For Account # CP-91
Term# CVL-PEN
Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

George Thomas Brokaw

-3c USA

-7-

GJ-00000115

## ACCOUNT INFORMATION

GEORGE   BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2006 | $32,979.16 | $3,802.38 | $3,742.64 | $40,524.18 |

07739



---

**Payment Voucher**     Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order =*                SB N        CP-91

**Your Telephone Number:**           **Best Time to Call**          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

( )____-_____              ___ AM ___ PM        Amount you owe:        ~~$40,524.18~~
                                                  Less payments not
*Pay To: Internal Revenue Service*                included
*The Amount of,* _____                      Adjusted amount

Internal Revenue Service                    GEORGE   BROKAW
PO BOX 145566                               2266 PALM DR C
CINCINNATI   OH 45250-5566                  COLORADO SPGS   CO   80918-7813

⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊         *by : George Thomas Brokaw*
                                            *dated = May 1, 2011*

278402356 KP BROK 30 0 200612 670 00004052418

-8-

For deposit to U.S. Treasury
For Credit to Internal Revenue
Service
For Account # CR-91
Form # 1040 A
Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

George Thomas Brokaw

-3c USA

-9-

GJ-00000117

**ACCOUNT INFORMATION**

GEORGE   BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2005 | $65,125.24 | $4,377.78 | $7,390.76 | $76,893.78 |

07738

**Payment Voucher**     Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order:         SB N      CP-91

**Your Telephone Number:**            **Best Time to Call**            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

(   )___ ___ _____            ____ AM ____ PM         Amount you owe:          $76,893.78

Pay To : Internal Revenue Service         Less payments not included

The Amount of, _____         Adjusted amount

Internal Revenue Service                    GEORGE   BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI   OH 45250-5566                  COLORADO SPGS   CO   80918-7813

|ılı�ııllılıllıılıllıılıllıılıllıılıllıılıllıılıl|

by : George Thomas Brokaw

dated : May 1, 2011

278402356 KP BROK 30 0 200512 670 00007689378

-10-

For deposit to U.S. Treasury

For credit to Internal Revenue Service

For Account # CF-71
Form # 1040 A

Signed: George Thomas Brokaw
With all Recourse To
George Thomas Brokaw

-11-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2003 | $500.00 | $.00 | $163.37 | $663.37 |

007735

*George Thomas Brokaw AR May 1, 2011* (handwritten, diagonal)

*George Thomas Brokaw* (handwritten)

*George Thomas Brokaw* (handwritten)

_3c USA_

---

**Payment Voucher**          Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*          SB N     CP -91          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

**Your Telephone Number:**          **Best Time to Call**          Amount you owe:          $663.37

                                                           Less payments not included

( )    -                         ____ AM ____ PM          Adjusted amount

*Pay To: Internal Revenue Service*

*The Amount of,* _____

Internal Revenue Service                    GEORGE T BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO  80918-7813

*by: George Thomas Brokaw*

*dated: May 1, 2011*

278402356 KP BROK 55 0 200312 670 00000066337

-12-

GJ-00000120

For deposit to US Treasury
For credit to Internal Revenue
Service
For Account # CP-91
from CVL PED
Signed: George Thomas Brokaw
without Recourse To
George Thomas Brokaw

-13-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2002 | $500.00 | $.00 | $167.85 | $667.85 |

07733

George Thomas Brokaw AR May 1 2011

George Thomas Brokaw

-3c USA

---

**Payment Voucher**   Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order :

**Your Telephone Number:**          SB N       CP-91          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

(  )___-_____          Best Time to Call          Amount you owe:          $667.85
___ AM ___ PM          Less payments not
included

Pay To : Internal Revenue Service          Adjusted amount
The amount of,_____

Internal Revenue Service          GEORGE T BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI  OH 45250-5566          COLORADO SPGS  CO   80918-7813

by : George Thomas Brokaw
dated: May 1, 2011

278402356 KP BROK 55 0 200212 670 00000066785

-14-

For deposit to U.S. Treasury
For credit to Internal Revenue
Service

For Account #, CP-91
form - CVL-PFN

Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

GJ-00000123

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2003 | $67,766.92 | $.00 | $23,875.03 | $91,641.95 |

007734



**Payment Voucher**     Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order :

SB N     CP-91

Your Telephone Number:                    Best Time to Call          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

(     )     -                              AM     PM          Amount you owe:        $91,641.95
Pay To : Internal Revenue Service                          Less payments not
The amount of ;                                            Included
                                                          Adjusted amount

Internal Revenue Service                     GEORGE T BROKAW
PO BOX 145566                                2260 PALM DR C
CINCINNATI  OH 45250-5566                    COLORADO SPGS  CO  80918-7815

by : George Thomin Brokaw

date : May 1, 2011

278402356 KP BROK 30 0 200312 670 00009164195

-16-

for deposit To US Treasury
for credit to Internal Revenue
Service

for Account # C.P - 91
form # 10403 A

Signed : George Thomas Brokhead
with out Recourse to
George Thomas Brokhead

-17-

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                                       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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| 1040A | DEC. 31, 2001 | $31,856.81 | $.00 | $16,647.16 | $48,503.97 |

07731

Georgie Thomas Brokaw AR- May 1, 2011

George Thomas Brokaw

.3c USA

---

**Payment Voucher**        Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Orders*                    SB N        CP-91

Your Telephone Number:              Best Time to Call                 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

(    )_____-_____              ____AM ____PM         Amount you owe:        $48,503.97
                                                       Less payments not
*Pay to: Internal Revenue Service*                     included
*the Amount of,* _____                     Adjusted amount

Internal Revenue Service                    GEORGE T  BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS, CO   80918-7813

                                            *by: George Thomas Brokaw*
                                            *dated: May 1, 2011*

278402356 KP BROK 30 0 200112 670 0000485039?

-18-

For deposit to US Treasury
For credit to Internal Revenue
Service

For Account # CR-91
Form 1040A

Signed: _George Thomas Brokaw_
without Recourse to
George Thomas Brokaw

GJ-00000127

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2001 | $500.00 | 0.00 | $177.78 | $677.78 |

07732

*[handwritten: George Thomas Brokaw AR May 1, 2011]*

*[handwritten: George Thomas Brokaw]*

3c USA

---

**Payment Voucher**    Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order*

**Your Telephone Number:**          SB N      CP-91              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

(   )____-_____        **Best Time to Call**        **Amount you owe:**    $677.78
                                                      Less payments not
*Pay To: Internal*    _____AM_____PM    Included
*The amount of,*    *Revenue Service*    Adjusted amount

Internal Revenue Service          GEORGE T BROKAW
PO BOX 145566                     2260 PALM DR C
CINCINNATI  OH 45250-5566         COLORADO SPGS  CO  80918-7813

                                  *by: George Thomas Brokaw*
                                  *dated: May 1, 2011*

278402356 KP BROK 55 0 200112 670 00000067778

*-20-*

For deposit to U.S. Treasury
For Credit to Internal Revenue
Service

For Account # CP-91
Form CVL 7021

Signed: *George Thomas Brisbane*
W.H.F Revenue for
George Thomas Brisbane

-21-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| CVL PEN | DEC. 31, 2000 | $512.00 | $.00 | $167.90 | $679.90 |

·07730

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order*      SB N      CP-91      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

Your Telephone Number:      Best Time to Call

( )___-___      ___ AM ___ PM

*Pay to: Internal Revenue Service*
*The amount of,*

Amount you owe:      $679.90
Less payments not Included
Adjusted amount

Internal Revenue Service
PO BOX 145566
CINCINNATI OH 45250-5566

GEORGE T BROKAW
2260 PALM DR C
COLORADO SPGS CO 80918-7813

*by: George Thomas Brokaw*
*dated: May 1, 2011*

278402356 KP BROK 55 0 200012 670 00000067990

-22-

For deposit to US Treasury
for credit to Internal Revenue
service

For Account #. Form# CP-91
cp-91N
Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

-23-

GJ-00000131

## ACCOUNT INFORMATION

GEORGE T BROKAW                                               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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 1999 | $512.00 | $.00 | $171.60 | $683.60 |



007729



George Norman Brokaw FR. May 1, 2011

George Brokaw

3c USA

---

**Payment Voucher**     Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order:*

**Your Telephone Number:**          SB N          CP-91          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

(    )    -          Best Time to Call          **Amount you owe:**          $683.60

_____ AM _____ PM          Less payments not included

*Pay To: Internal Revenue Service*          Adjusted amount

*The Amount of, _____*

Internal Revenue Service          GEORGE T BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI OH 45250-5566          COLORADO SPGS CO 80918-7813

*by: George Norman Brokaw*

*dated: May 1, 2011*

278402356 KP BROK 55 0 199912 670 00000068360

GJ-00000132

or deposit to U.S Treasury
for Credit to Internal Revenue
             Service

For Account # C.P-91
          from -cVL PEII

Signed : George Thomas Brokaw
         without Recourse To
       George Thomas Brokaw

-25-

Individual Variable Universal Life
Periodic Report to Contract Owner

 **FARMERS**

*Farmers New World Life Insurance Company*
*Variable Policy Service Office*
*P.O. Box 724208*
*Atlanta GA 31139*
*1-877-376-8008 (toll free)*

11/28/2010 through 02/27/2011

381

Agent:          Mark Olsen
Agent #:        07-45-56
Phone:          (719) 593-9916

TOM BROKAW
2260 PALM DR
COLORADO SPRINGS CO  80918-7813

| | | | |
|---|---|---|---|
| Statement Date: | 03/01/2011 | Owner(s): | Tom Brokaw |
| Policy Number: | 006603250V | Principal Sum: | $150,000.00 |
| Insured: | Tom Brokaw | Death Benefit Option: | Level (Option B) |
| Issue Date: | 11/28/2000 | Benefits and Riders: | |
| Issue Age: | 54 | | |

### Summary of Basic Policy Values 11/28/2010 through 02/27/2011

| | | | |
|---|---|---|---|
| Beginning Principal Sum: | $150,000.00 | Beginning Contract Value: | $16,437.69 |
| Ending Principal Sum: | $150,000.00 | Ending Contract Value: | $16,720.26 |
| Ending Loan Balance: | $13,363.24 | Surrender Charge (upon full surrender): | $1,321.50 |
| Ending Death Benefit: | $150,000.00 | Ending Cash Surrender Value: | $2,035.52 |

### Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| **Plus** | | **Plus** | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| **Less** | | **Less** | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

**THE CONTRACT VALUE, SURRENDER VALUE, AND DEATH BENEFIT MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE
INVESTMENT EXPERIENCE OF THE SEPARATE ACCOUNT.**

Distributed by: **Farmers Financial Solutions, LLC, 30801 Agoura Road, Bldg. 1, Agoura Hills, CA 91301-2054 / (818) 584-0200**
Member FINRA & SIPC
Information about the Securities Investor Protection Corporation (SIPC) including the SIPC Brochure may be obtained by contacting SIPC
at (202) 371-8300 or via the internet at www.sipc.org

-26-

GJ-00000134

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| Plus | | Plus | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| Less | | | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | | |
| Net Withdrawals | $0.00 | Ending Loan Balance | $13,363.24 |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

*Handwritten annotations:*

Money Order :

Pay To : Farmers New World Life Ins Co.

The Amount of, # 13363.24

by : George Thomas Brokaw

dated : May 1, 2011

-27-

GJ-00000135

For deposit to U.S Treasury
For credit to Farmers Insurance
Company
For Account # 006603250V
Loans

Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

-28-

GJ-00000136