# EXHIBIT 30

# AFFIDAVIT FOR VERIFICATION AND PROOF OF SERVICE

## BY DUE PRESENTMENT UNDER NOTARY SEAL WITH ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, John-Joseph :Pawelski, on this 13 day of January 2012, do hereby swear under oath, attest and affirm that I have prepared the herein contained documents for the sole purposes as set forth therein, and not for any other purpose and not to mislead, obstruct, obscure or impede the rightful due processes as provided by law, public codes and legal statutes, but only to secure remedy as provided for under public policy and administrative procedures acts as may apply to the function of public funds and the rights of the People to obtain remedy for the set off, settlement and closure of accounts pursuant to House Joint Resolution (HJR) 192 (June 5, 1033) and Public law 73-10, and do hereby tender addressed to the below named recipient(s) under all applicable rules of the Uniform Commercial Code as referenced in the 1966 Revised Federal Tax Lien Registration Act, page 3722, wherein it states that "henceforth all matters pertaining to taxation and monetary policy in the United States shall be under the purview of the Uniform Commercial Code." Further, I hereby confirm that I have caused to be delivered to the address entered below and into the hands of the administering public official the following documents:

INTERNAL REVENUE SERVICE Certified Mail # 7007 2680 0002 5194 9178
ATTENTION: STOP 4440
P.O. BOX 9036
Ogden, UT, 84201

IRS C.I.D. First Class Mail
Box 192
Covington, KY. 41012

1. Copy of Affidavit for Verification and Proof of Service by Due Presentment under Notary Seal with Attestation of Notary and Administering Oath (this document)
2. Copy of 30-Day Notice Letter
3. Copy of EFT Negotiable Instrument,

John Joseph Pawelski [signature]
John Joseph Pawelski

## ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, Gordon Reeves [handwritten], the below subscribed Notary Public in and for the State of Colorado, and under my notary seal as placed herein below, do solemnly attest that I administered an Oath to the Man as the living being who swore to the veracity and validity of this declaration of presentment, and that I personally witnessed his execution of same with original wet ink signature as entered above.

Be it further known by these presents that I, Gordon Reeves, as Witness for the herein matter, on this 13th day of December, 2011, am a third party and not a party to the matter. As Witness in this matter I am acting for the purpose of verifying a response or lack thereof and of taking and administering the oath of the party as stated. I do declare that I personally confirmed that the herein listed documents were placed in an envelope, sealed by me and were caused to be sent by United States Post Office with Certified Mail receipt number: 7007 2680 0002 5194 9178.

Gordon Reeves [signature]
Affirmed on the date as set forth herein

RECEIVED

EVIDENCE RETURNED BEFORE FEDERAL GRAND JURY
DATE: 9/23/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

GRAND JURY EXHIBIT
26

Page # 486

) Sworn and Subscribed **JURAT**

County of El Paso )

Subscribed and sworn to (or Affirmed) before me on this 12th Day of Jan. Two Thousand Twelve by John Joseph Pawelski, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Stamp/Seal

GORDON REEVES NOTARY PUBLIC STATE OF COLORADO

[signature] 1-12-12

Notary Signature Date

Gordon Reeves, NOTARY PUBLIC MY COMMISSION EXPIRES 07/08/2014

My Commission Expires: ______________________

[LEGAL NOTICE: The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws. Notary Acceptor is not an attorney licensed to practice law in the State of Colorado and has not given legal advice or accepted fees for legal advice; has provided no assistance in the preparation of the above referenced documents; has no interest in any issue referenced therein; is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. Notary's signatures and seals are on this Presentment and Certificate of Service for purposes of service, notation of response or lack thereof and as third party verification only.]

RECEIVED
JAN 1 8 2012
OGDEN, UT
IRS-OSC

January 12, 2012

INTERNAL REVENUE SERVICE
ATTENTION: 4440
P.O. BOX 9036
OGDEN, UT. 84201

RE: INTERNAL REVENUE SERVICE Account # 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

**Thirty Day Notice**

To whom it may concern:

On 12/6/2011, I submitted an instrument to IRS with specific instructions in order to have the debt associated with account number 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 to be discharged. This was an EFT instrument which was sent certified mail, #7010 3090 0001 0948 8174, under notary presentment. IRS received this instrument on 12/8/11 as demonstrated by notification from USPS.

Since you have not returned the one-way wire transfer instrument, EFT, to me, per UCC and related USC, you have effectively discharged the associated debt in this matter.

1. This is formal notice to your office that by your non-response over the last 30 days, i.e., your silence, acquiescence*, in regard to [Blacks Law 6th–Closed Account[1]] ETF # 1003 with account number 2503464546 in the amount of $ 132,000.00, you have lawfully discharged the associated debt and there is no further obligation on my part to respond to IRS in this matter. The accounting has been resolved. (copy of EFT attached)

Regards,

[signature]
John Joseph Pawelski
P.O. BOX 75341
Colorado Springs, Colorado [80970-5341]

CC: IRS C.I.D.
Box 192
Covington, KY. 41012

***ac·qui·es·cence**
**1.** the act or condition of acquiescing or giving tacit assent; agreement or consent by silence or without objection; compliance
**2.** *Law.* such neglect to take legal proceedings for such a long time as to imply the abandonment of a right.

RECEIVED
JAN 1 9 2012
IRS-OSC
OGDEN, UT

[1] **CLOSED ACCOUNT:** An account to which no further additions can be made on either side, but which remains still open for adjustment and set-off, which distinguishes it from an account stated"
Black's Law Dictionary, 6th Edition, Page 18

(Affidavit of notary presentment with this)

NOT FOR DEPOSIT
EFT ONLY

1003

JOHN J PAWELSKI 08-03
PO BOX 77291
COLORADO SPRINGS, CO 80970-7291

Date 12-5-11

82-531/1070
579

Pay to the Order of Internal Revenue Service $ 132,000.00

One Hundred & Thirty Two Thousand & 00/100 Dollars

Compass Bank
Colorado Springs, Colorado

For EFT ONLY For Set-off of Debt

John Joseph Pawelski

⑆107005319⑆ 2503464946⑈ 1003

RECEIVED
JAN 19 2012
OGDEN, UT
IRS-OSC

Page # 489

Not For Deposit
For EFT Only
For Discharge of Debt
John Joseph Pawelski
Authorized Representative
Without Recourse
All Rights Reserved

COPY

RECEIVED
JAN 1 0 2012
OGDEN, UT
IRS-OSC

Page # 490



4319 Womacic Dr
Colorado Springs, Colorado
CERTIFIED MAIL
7007 2680 0002 5194 9178
UNITED STATES POSTAL SERVICE
U.S. POSTAGE
PAID
COLORADO SPRING.C
80918
JAN 13, 12
AMOUNT
$5.79
00050383-03
84201
I.R.S
Stop 4440
P.O. Box 9036
Ogden, UT. 84201
RETURN RECEIPT
REQUESTED
Page # 491

GJ-00000481



Page # 492