# EXHIBIT 31



ACCT. #3155-02217

851

23-71/1020

Clara M Mueller
P O Box 63223
Colorado Springs, CO 80962

Date Feb 24 2012

Pay to the
Order of UNITED STATES TREASURY

$16,484.25

SIXTEEN THOUSAND FOUR HUNDRED EIGHTY NINE

AUSTIN TEXAS

Clara M Mueller

WELLS FARGO BANK, N.A.
ACADEMY PLACE
P.O. BOX 5247
DENVER, CO 80224

For DISCHARGE OF DEBT    EFT ONLY

⑈:102000076⑈: 71931?7008⑈   0851

PRINTED ON RECYCLED PAPER

GRAND JURY
EXHIBIT
31
12-2

Page # 71





EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY

DATE: 9/23/13

GRAND JURY NO: 2012-2

FOREMAN: R Powell

WITH OUT RECOURSE

AUTHORIZED REPRESENTATIVE

X [signature] 2/23/12

DATE

FOR DISCHARGE OF DEBT

EFT ONLY

NOT FOR DEPOSIT

Page # 72

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0030

| Notice | CP71C |
|---|---|
| Tax Year | 2005 |
| Notice date | October 3, 2011 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-7650 |
| Your Caller ID | 947152 |
| Page 1 of 3 | |

030746.899868.0148.003 1 AT 0.365 705

CLARA M MUELLER
PO BOX 63223
COLORADO SPGS CO 80962-3223

030746



Reminder of overdue taxes for 2005

# Amount due: $10,272.40

We are required to send you this notice informing you of the amount now due on your 2005 (Form CVL PEN ) taxes. If you are currently working with us to address the amount you owe, call your IRS representative if you have questions about this notice.

### Billing Summary

| | |
|---|---|
| Amount you owed | $10,000.00 |
| Interest charges | 272.40 |
| **Amount due by October 24, 2011** | **$10,272.40** |

## What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**

- Pay the amount due of $10,272.40 by October 24, 2011 to avoid additional penalty and interest charges.



Continued on back ...

---



CLARA M MUELLER
PO BOX 63223
COLORADO SPGS CO 80962-3223

| Notice | CP71C |
|---|---|
| Notice date | October 3, 2011 |
| Social Security number | 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 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2005), and the form number (CVL PEN) on your payment and any correspondence.

**Amount Due By October 24, 2011**     **$10,272.40**

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0030

315502217 WN MUEL 55 0 200512 670 00001027240     Page # *73*

GJ-00000513



| Notice | CP71C |
|---|---|
| Tax Year | 2005 |
| Notice date | October 3, 2011 |
| Social Security number | 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 |
| Page 2 of 3 | |

**What you need to do immediately-continued**

**If you're not working with an IRS representative, and you agree with the amount due-continued**

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-7650 to discuss your options.

**If you don't agree with the amount due**

- Call 1-800-829-7650 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.

**If we don't hear from you**

- If you don't pay $10,272.40 by October 24, 2011, interest will increase and additional penalties may apply.
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report – which may harm your credit rating – and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

---



**IRS**

**Contact information**

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0030

CLARA M MUELLER
PO BOX 63223
COLORADO SPGS CO 80962-3223

| Notice | CP71C |
|---|---|
| Notice date | October 3, 2011 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-7650 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2005), and the form number (CVL PEN) on any correspondence.

|  | ☐ a.m. |  | ☐ a.m. |
|---|---|---|---|
|  | ☐ p.m. |  | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

315502217 WN MUEL 55 0 200512

Page # 74

GJ-00000514





Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0030

| Notice | CP71C |
|---|---|
| Tax Year | 2004 |
| Notice date | October 3, 2011 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-7650 |
| Your Caller ID | 947152 |
| Page 1 of 3 | |

030745.899868.0148.003 1 AT 0.365 705

CLARA M MUELLER
PO BOX 63223
COLORADO SPGS CO 80962-3223



030745

Reminder of overdue taxes for 2004

# Amount due: $5,716.85

We are required to send you this notice
informing you of the amount now due on your
2004 (Form CVL PEN ) taxes. If you are
currently working with us to address the
amount you owe, call your IRS representative if
you have questions about this notice.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $5,000.00 |
| Interest charges | 716.85 |
| **Amount due by October 24, 2011** | **$5,716.85** |

| What you need to do immediately | **If you're not working with an IRS representative, and you agree with the amount due** |
|---|---|
| | • Pay the amount due of $5,716.85 by October 24, 2011 to avoid additional penalty and interest charges. |

Continued on back ...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



CLARA M MUELLER
PO BOX 63223
COLORADO SPGS CO 80962-3223

| Notice | CP71C |
|---|---|
| Notice date | October 3, 2011 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2004), and the form number (CVL PEN) on your payment and any correspondence.

| Amount Due By October 24, 2011 | $5,716.85 |
|---|---|

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0030

315502217 WN MUEL 55 0 200412 670 00000571685        Page # _75_

GJ-00000515



| Notice | CP71C |
|---|---|
| Tax Year | 2004 |
| Notice date | October 3, 2011 |
| Social Security number | 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 |
| Page 2 of 3 | |

| What you need to do immediately-**continued** | If you're not working with an IRS representative, and you agree with the amount due-**continued** |
|---|---|

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-7650 to discuss your options.

**If you don't agree with the amount due**

- Call 1-800-829-7650 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.

| If we don't hear from you | |
|---|---|

- If you don't pay $5,716.85 by October 24, 2011, interest will increase and additional penalties may apply.
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report — which may harm your credit rating — and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

---



**IRS**

**Contact information**

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0030

|ııılııⅱⅼⅼⅼⅼⅼⅼ|ıⅷⅼⅱⅼⅱⅼⅱⅼⅼⅼⅼ|

CLARA M MUELLER
PO BOX 63223
COLORADO SPGS CO 80962-3223

| Notice | CP71C |
|---|---|
| Notice date | October 3, 2011 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-7650 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2004), and the form number (CVL PEN) on any correspondence.

| | ☐ a.m.<br>☐ p.m. | | | ☐ a.m.<br>☐ p.m. |
|---|---|---|---|---|
| Primary phone | Best time to call | | Secondary phone | Best time to call |

315502217 WN MUEL 55 0 200412

Page # 76

GJ-00000516

TO:   **DEPARTMENT OF THE TREASURY**
         **INTERNAL REVENUE SERVICE**
         **AUSTIN, TX  73301-0030**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL-NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

February 24, 2012
Certified mail # 7011 0470 0001 8317 4635

RE: CLARA M MUELLER ACCOUNT # 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
     Tendered For Set-Off [Re: Blacks Law 6th – Account-Closed Account]

ACCOUNTING DEPARTMENT / Personnel,

Enclosed you will find the instrument to set off the enclosed Presentments RE: CLARA M MUELLER ACCOUNT # 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 – **($16,489.25) Sixteen thousand four hundred eighty nine and twenty-five cents.  Tendered For Set-off of debt [Re: Blacks Law 6th – Account-Closed Account].** Kindly process it through **EFT – Electronic Funds Transfer, NOT ACH-NOT FOR DEPOSIT.** Thank you.  I have written the instrument TO REFLECT $500.00 OVER THE APPARENT CURRENT BALANCE to cover any additional fees or charges not reflected on the current statements.  If there are any additional fees or charges not set-off by said tender please let me know within 3 days of receipt of the enclosed EFT instrument.  If there should be any overages, you may keep and credit to the US Treasury or return to CLARA M MUELLER.

ALL RIGHTS RESERVED, WAIVING NONE

CLARA M MUELLER by: _Clara M Mueller_
General executor/ Administrator for CLARA M MUELLER ESTATE

GJ-00000517

GJ-00000518

State of Colorado          )
                           )          Sworn and Subscribed JURAT
County of El Paso          )

Subscribed and sworn to (or Affirmed) before me on this 24th Day of February Two Thousand Twelve, by Clara M Mueller, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Stamp/Seal

_Gordon Reeves_                    2-24-12
Notary Signature                    Date
GORDON REEVES, NOTARY COMMISSION EXPIRES
My Commission Expires:_____07/08/2014_____

[LEGAL NOTICE: The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512; Tampering with a witness, victim, or and informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws. Notary Acceptor is not an attorney licensed to practice law in the State of Colorado and has not given legal advice or accepted fees for legal advice; has provided no assistance in the preparation of the above referenced documents; has no interest in any issue referenced therein; is NOT a party to this action and is only acting in an authorized capacity as liaison to communications between the parties. Notary's signatures and seals are on this Presentment and Certificate of Service for the purposes of service, notation of response or lack thereof and as third party verification only.]

GJ-00000519

GJ-00000520

Page # 18



GJ-00000521



Clara Mueller
PO Box 63223
Colorado Springs, CO 80962-3223

CERTIFIED MAIL

7011 0470 0001 8317 4635

Internal Revenue Service
Austin, TX 73301-0030

U.S. POSTAGE
COLORADO SPRING,C
80905
FEB 24, '12
AMOUNT
$5.95
0002190422

Page # 82

GJ-00000522