# EXHIBIT 33

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

May 4, 2012

George Brokaw
2260 Palm Drive
Colorado Springs, CO 80918

Re: Check #3704

Enclosed is your Check in the amount of $5978973.00. At this time we are unable to process this transaction for the following reason(s).

_____ We have determined that you are already admitted to the bar of the court for the District of Colorado. It is not necessary that you re-apply in Colorado and pay another fee.

_____ An Attorney Application must have an original signature that is notarized.

_____ Currently there is not an open case that the funds can be applied to.

_____ The balance due on your case is less than the enclosed check. Please see the attached account payment history for the payoff balance.

_____ Due to insufficient information we are unable to determine what case the funds are to be applied toward. Please be more specific.

__X__ The account the check is drawn on is closed.

_____

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY
DATE: 5/20/13
GRAND JURY NO. 2012-2
FOREMAN: [signature]

GREGORY C. LANGHAM, CLERK

By: [signature]
SG
Financial Assistant

Page # 403

GRAND JURY EXHIBIT
12
12-2

-/-

00002122

GJ-00000144



Page # 404

-2-

00002123

GJ-00000145