IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

### SUPPLEMENT TO GOVERNMENT'S *JAMES* PROFFER

---

The United States of America (the government), submits this supplement to its initial *James* Proffer (Doc. 249). The versions of Exhibits 10, 11, 13, 14, 15, 16, and 23 inadvertently attached to the government's initial proffer contained markings and notes which were not a part of the original emails. This supplement contains unmarked versions of those same exhibits; these versions represent the emails as they were originally obtained during the investigation of this matter and as the government plans to offer them at trial.

Respectfully submitted this 15th day of August, 2014,

        JOHN F. WALSH
        United States Attorney

        s/ Matthew T. Kirsch
        MATTHEW T. KIRSCH
        MARTHA A. PALUCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Matthew.kirsch@usdoj.gov
        Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 15th day August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John S. Tatum, Esq. | Miller Leonard, Esq. |
| john@johntatumlaw.com | miller@themillerleonardlawfirm.com |
| Attorney for Mimi M. Vigil | Attorney for Clara M. Mueller |

       I further certify that I sent the foregoing via email to the following addresses:

| | |
|---|---|
| John Joseph Pawelski, Pro Se | George T. Brokaw, Pro Se |
| johnski9999@gmail.com | tombrokaw33@msn.com |
| | |
| Mimi M. Vigil, Pro Se | |
| Rubyred5050@gmail.com | |

                                                s/Grazy Banegas
                                                Grazy Banegas
                                                Legal Assistant
                                                United States Attorney's Office
                                                1225 17th Street, Suite 700
                                                Denver, CO 80202
                                                303 454-0100
                                                Fax: 303 454-0402
                                                grazy.banegas@usdoj.gov