George Thomas Brokaw  
2260 Palm Drive  
Colorado Springs, Colorado  
    719-599-7813

August 17, 2014

Jeffrey P. Colwell, Clerk of Court  
United States District Court  
901 19th Street  
Denver, Colorado 80294

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
AUG 19 2014  
JEFFREY P. COLWELL  
CLERK

Dear Mr. Colwell;

I am providing Notice to you that I am a State Citizen. I am providing Notice to you that I have been recognized as a State Citizen by the United States Department of State, as evidenced by the 4 page Affidavit of proof attached to this letter.

I am also providing Notice to you that I want case # 13-cr-00392-CMA dropped, dismissed with prejudice, with all reference thereof expunged from the record.

Please return a stamped copy of this correspondence in the envelope provided.

Sincerely yours,

*[signature]*  
George Thomas Brokaw

# AFFIDAVIT OF PROOF/FACT OF STATE CITIZENSHIP IDENTIFICATION

## Proof your affiant is Ohioan being born in Ohio State

I, George Thomas Brokaw, being of sound mind, of age of majority, and being of The Posterity as anticipated in the preamble to the Constitution for the united States of America do attest to and have personal knowledge of the facts stated herein.

- It is a Fact that, I am a State Citizen being born in Ohio State.
- It is a Fact that, I claim no privileges or immunities provided under the 14th Amendment to the Constitution; not being a citizen subject to the jurisdiction thereof.
- It is a Fact that, I am not a U.S. (Federal) citizen.
- It is a Fact that, I am a citizen of the united States of America.
- It is a fact that the documents attached and attested to herein were presented to the United States Department of State and were executed without the United States [Federal Government].

August 14, 2014
Dated

*George Thomas Brokaw*
Signed

FOUR (4) PAGES TOTAL ATTACHED

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado, America [80918]

**Robert T. Sheeran or Current Director**
**United States Department of State**
**Boston Passport Agency**
**10 Causeway Street; Suite 247**
**Boston, Massachusetts 02222-1094**

## PASSPORT EXPLANATORY STATEMENTS

Dear Mr. Sheeran or Current Director;

These Explanatory Statements will remain as a part of this passport application to obtain my united States passport. As a disclosure to the Department of State and United States, the SOLE purpose of this application is for identification purposes. I have no intent right now to travel outside of the united States. I do have a need for a Passport Card for the purposes of identification only.

I NOW have new information about my **Ohio State Citizenship and I am now reapplying for a new Passport with proper information concerning my "united States" Citizenship as a State Citizen.**

**Please review copy of letter from: Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison**

**NOTE THE FOLLOWING CONCERNING YOUR REQUEST FOR SSN:**
I believe that the passport application form is in error, as it requests a social security number under the authority of Section 6039E of the Internal Revenue Code of 1986. Please be advised that no such authority exists within Section 6039E of the Internal Revenue Code of 1986. This section 6039E(b)(1) requires that anyone with a TIN (if any) provide said number. A TIN is for those who are engaged in a trade or business within the United States. Therefore, I am exempt from this requirement pursuant to Section 6039E(e). See attachment, and further;

Also, Section 7 of the Privacy Act of 1974 specifically provides that it shall be unlawful for any Federal, State or Local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his/her social security number.

> **Privacy Act, 1974, Section 7**
> **(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his or her social security number. Pub. L.93-579, Section 7; 5 U.S.C. Sec. 552a. Note unless: (2) Disclosure is required by federal statute for welfare recipients to obtain and provide SSNs of children.**

**Section (b) Any Federal, State or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.**

**PLEASE NOTE THE FOLLOWING CONCERNING MY PROPER NATIONALITY AND CITIZENSHIP:**
The facts of my birth (**East Liverpool, Ohio, America**) and with documents I am submitting, determine that my nationality is **Ohioan** being born in **Ohio State** and according to the U.S. Government printing Office Style Manual, in section: 5.23 - In designating the **natives of the States**, the following forms will be used, and should be reflected on my passport in the section on "Nationality" - "**Ohioan**" as opposed to "UNITED STATES OF AMERICA" and therefore because of my birth, habitation and domicile, I am a Citizen of the united States* of America, **NOT the same as a U.S.** (federal)

1 of 3

citizen, and entitled to a passport.

*The collective name for the fifty States, which are united by and under the United States Constitution for America. (NOT the Federal Government)

I am NOT a "**Fourteenth Amendment citizen**, born or naturalized in the United States, and **subject to the jurisdiction thereof**". I am a Citizen of **Ohio**, being an inhabitant in **Ohio State** and therefore a Citizen of the united States* of America, as I stated in my passport application.

**PLEASE NOTE:** The Supreme Court has officially defined the key term "United States" to have three separate and distinct meanings: [Hooven & Allison Co. vs. Evatt, 324 U.S. 652 (1945)]

(1) **It may be the name of a sovereign occupying the position of other sovereigns in the family of nations.**
(2) **It may designate the limited territory over which the sovereignty of the United States (Federal Government) extends.**
(3) **It may be the collective name for the fifty States, which are united by and under the U.S. Constitution.**

A person who is a citizen of the United States *(Federal government; Fourteenth Amendment citizen)* is necessarily a citizen of the particular state in which he resides. But **a person may be a citizen of a particular state and not a citizen of the United States**(*Federal government; Fourteenth Amendment citizen*). **To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens.**
[State v. Fowler, 41 La. Ann. 380]
[6 S. 602 (1889), emphasis added]

It is quite clear, then, that there is a **citizenship of the United States (***Federal government; Fourteenth Amendment citizen***) and a citizenship of a State**, which are distinct from each other and which depend upon different characteristics or circumstances in the individual.
[Slaughter House Cases, 83 U.S. 36]
[(1873) emphasis added]

I also believe that the **Declaration of Oath Section** of the passport application is written in error. I am a Citizen of the united States* of America, **not the same as a U.S. citizen** and both of my parents were not **U.S.** (federal) **citizens (Section 10).**

**EXPLANATORY STATEMENT: My Oath with the Proper use of the words "United States" and "Citizen"**
I declare under penalty of perjury under the laws of the United States* of America (**28 USC 1746 (1)**) all of the following:
1) I am a Citizen of the united States* of America, being **Ohioan** (by natural birth) and have not, since and acquiring America Citizenship (by birth and proper habitation in one of the sovereign states of the Union) performed any of the acts listed under "Acts or Conditions" on the reverse side of this [the] application; 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current, photograph of me; and 5) I have read and understood the warning on page two of the instructions to the application form.

*The collective name for the fifty States, which are united by and under the United States Constitution for America. (NOT the Federal Government)

As you well know, the Constitution for the united States of America is the supreme law of the land and as I stated in my passport application: **DECLARATION**: Pursuant to **28 USC 1746(1)**, I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

**Title 28 Sec. 1746. Unsworn declarations under penalty of perjury**
(1) If executed without the United States [Federal government]: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

And as provided by law, <u>I claim no privileges or immunities</u> provided by the 14th Amendment to the Constitution; <u>**not being a citizen subject to the jurisdiction thereof.**</u>

Note: Although I may have been issued a Social Security number and may be providing a Birth Certificate from Ohio and using an Ohio State Driver's License as an identifying document, the use of such documents does not imply that I am a U.S. (federal) citizen.

Pursuant to 28 USC 1746(1), I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

With explicit Reservation of All Rights, Without Prejudice, Non Assumpsit, Non Domiciled, Non Resident, Non Person, without the United States 28 USC 1746 (1)

*[signature]*

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado, America [80918]

**CERTIFICATE OF ACKNOWLEDGMENT**

_COLORADO_ State )
_EL PASO_ County )

**For Verification Purposes Only**

I hereby certify that on this _15_ day of _JULY_, 2014

George Thomas Brokaw, whom I know (or has satisfactorily proved to me), appeared to attest and affirm that he is the Citizen executing the forgoing document. I, THEREFORE, set forth my hand a seal in affirmation the execution thereof.

_[signature]_
NOTARY
_07-19-2015_
My Commission Expires

_07-15-2014_
Date

Notary Seal

*[Notary Seal: NICOLAS RAYNOR, NOTARY PUBLIC, STATE OF COLORADO, MY COMMISSION EXPIRES 07-19-2015]*

**Documentation Enclosure(s)**
Passport Application
Birth Certificate from East Liverpool, Ohio, America
Title 28 Section 1746 (1)
Title 26 Sec. 6039E. Information Concerning Resident Status
Title 5 Sec. 552a. Records Maintained on Individuals
U.S. Government Printing Office Style Manual, Section 5.23
Copy of Letter from Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison; USDOS