PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

**NOTICE REGARDING UNITED STATES PASSPORT Card FOR CRIMINAL DEFENDANT**

**TO:**  United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:**  United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

☑ **Original Notice**
Date:  08/27/2014
By:  s/J. Fox

☐ **Notice of Disposition**
Date:  _____
By:  _____

Defendant:  George Thomas Brokaw
Date of Birth:  ▇▇▇1945
SSN:  _____

Case Number:  13-cr-00392-CMA
Place of Birth:  Ohio, U.S.A.

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number  C09327391  and/or passport **Card** card number _____ to the custody of the U.S. District Court on  08/27/2014 .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court