```
                                                                FILED
                                                          UNITED STATES DISTRICT COURT
                                                             DENVER, COLORADO

                                                              SEP 10 2014

              UNITED STATES DISTRICT COURT                 JEFFREY P. COLWELL
              DISTRICT OF COLORADO                                     CLERK
              901 19th Street
              Denver, Colorado 80294
```

UNITED STATES OF AMERICA           CASE # 13 cr 00392-CMA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
Plaintiff Unidentified

                                   Constitutional Article III Court
                                   Judge Christine M. Arguello
        v.                               Designated Judge


GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George-Thomas; Brokaw
Injured Party, a Living man
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest


**CHANGE OF MAILING ADDRESS;**

Clerk, please notify all parties of interest of change of mailing address of George Thomas Brokaw.

**NEW MAILING ADDRESS**          Dated Sept. 9, 2014
% Isaiah 33 Trust
Box 8100
Colorado Springs, Colorado      Signed _George Thomas Brokaw_
       80933-8100                        George Thomas; Brokaw

1