```
                                                                    FILED
                                                          UNITED STATES DISTRICT COURT
                                                               DENVER, COLORADO

            UNITED STATES DISTRICT COURT                        SEP 10 2014
            DISTRICT OF COLORADO
            901 19th Street                                  JEFFREY P. COLWELL
            Denver, Colorado 80294                                          CLERK
```

UNITED STATES OF AMERICA            CASE # 13 cr 00392-CMA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
Plaintiff Unidentified

                                Constitutional Article III Court
                                Judge Christine M. Arguello
      v.                              Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George-Thomas; Brokaw
Injured Party, a Living man
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest

**MOTION TO DISMISS FOR LACK OF PERSONAM JURISDICTION,**

**FOR FAILURE TO IDENTIFY REAL PARTIES OF INTEREST,**

**FAILURE TO ADDRESS UNITED STATES CONSTITUTION,**

**FAILURE TO ADDRESS CONGRESSIONAL STATUTES**

1

## CASE LAW

### Miranda v. Arizona 384 US 436:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

### Boyd v. United States 116 USR 616:

"The court is to protect against encroachment of constitutionally or secured liberty."

### Norton v. Shelby County 118 USR 425:

"An unconstitutional act is not law. It confers no rights, it imposes no duties, it affords no protections, it creates no office. It is in legal contemplation as inoperative as though it has never been passed."

## FACTS OF THIS CASE, CASE # 13 cr 00392-CMA

1. It is a fact that, each time I, George Thomas Brokaw has addressed this court with a motion, pleading, or notices, I have addressed the (Plaintiff, UNITED STATES OF AMERICA) as "entity undisclosed and/or plaintiff unidentified.

2. It is a fact that, Each time I, George Thomas Brokaw has addressed this court with a motion, pleading, or notice, I have drawn a clear distinction between the all capitalized name GEORGE THOMAS BROKAW as a (Government Registered Trade Name, ward, Trust, Estate), and, George Thomas; Brokaw as a (living man, injured party, creation of God, third party of interest).

3. It is a fact that, On August 17, 2014 I, George Thomas Brokaw sent an affidavit of proof of state Citizenship identification to Jeffrey P. Colwell, Clerk of the court. Proof that the United States Department of State has accepted and identified George Thomas Brokaw

2

as a state Citizen and not a U.S. (federal) Citizen. The passport explanatory statements were notarized and signed without the United States Federal Government.

4. It is a fact that, in a hearing in the Federal District court on July 16, 2014, I, George Thomas Brokaw asked Judge Christine M. Arguello who was the "Real Party of Interest" in this case. Judge Arguello answered, "The United States Government".

5. It is a fact that, in a hearing in the Federal District court on July 16, 2014, I George Thomas Brokaw asked Judge Christine M. Arguello if this court is an Article III court with Constitutional protections intact. Judge Arguello answered, it is an Article III court and your constitutional protections are intact.

6. It is a fact that AUSA Matthew Kirsch told me, George Thomas Brokaw, via a reply to a motion that the plaintiff in the case is the United States.

7. It is a fact that, the probation order and bond on file in this case for George Thomas Brokaw was signed by George Thomas Brokaw while being shackled, under arraignment, under threat, duress, and coercion of detention. I do not freely consent to said order.

## FATAL FLAWS OF CASE # 13 CR 00392-CMA

**First Fatal Flaw;**     Search Warrant # 11 sw 05438-MJW is void ab initio.

The search warrant does not comply with Constitutionally protected rights of state Citizens under the 4th Amendment to the Constitution of the united States of America whereas it lacks supporting "Oaths or Affirmations". The prosecutors, Matthew Kirsch and Martha Paluch have derived case evidence from said search warrant.

3

ARTICLE 4, UNITED STATES CONSTITUTION;

"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by Oath or Affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

**Second Fatal Flaw;**   Matthew Kirsch, Martha Paluch, et al, (United States attorneys) fail to identify the Real Party of Interest, the Real Plaintiff, or how said plaintiff is injured by any action of state Citizen, George Thomas Brokaw.

<u>Judge Arguello stated the "Real Party of Interest" is the "United States Government".</u>

Judge Arguello is a "United States Government judge", is she the plaintiff and the injured party?

Is the "United States District court for the District of Colorado" the injured party?

Matthew Kirsch is an assistant "United States Government" attorney", is he the plaintiff and injured party?

Is the Department of Justice or the Executive, "The President" of the "United States Government" the plaintiff and the injured party?

Is the United States Inc., (The municipal corporation) created under the District of Columbia act the plaintiff and the injured party?

I, George Thomas Brokaw, have written to both houses of Congress with information concerning this case and neither of them claims to be the plaintiff or the injured party.

4

The United States Supreme court in the case Hooven & Allison v. Evatt, (1945) identified three separate and distinct definitions of the term "United States". Which "United States Government do Matthew Kirsch and Martha Paluch claim to be the Real Party of Interest, the Plaintiff, and the injured Party?

**Third Fatal Flaw;**    Title 28 United States Code grants only CIVIL JURISDICTION.
         Title 28 U.S. Code- Judiciary and Judicial Procedure.
Title 28 grants criminal venue in certain courts, but only Civil Jurisdiction in the Federal District Courts. Congress did not grant Mr. Kirsch or Miss. Paluch any jurisdiction to proceed criminally against state Citizen George Thomas Brokaw in the Federal District Court.

**Fourth Fatal Flaw;**   Title 18 United States Code is not positive law, and is UNCONSTITUTIONAL.
         Factual information and evidence is before this court that, "Title 18 U.S. Code was not passed with quorum votes from both Houses of Congress". The factual information is derived from Congressional records and from the archivists of both Houses of Congress. As such, Title 18 is unconstitutionally applied to any state Citizen who's unalienable Rights are protected under the Constitution for the united States of America.

**Fifth Fatal Flaw;**    Title 26 Sections (1099-OID) provides no criminal penalties. <u>FAIR WARNING</u>

Congress created sections in Title 26, how to complete forms (1099-OID) to claim credit for Original Issue Discount. Congress did not forbid "The People" from using forms (1099-OID). Congress did not attach any penalties for "The People" for using forms (1099-OID).

If, when "The People" submitted forms (1099-OID) to Treasury or IRS and said forms were not the appropriate forms or were not acceptable, "The People" should have been advise so and the forms (1099-OID) should have been returned with explanations.

If Treasury or IRS created some administrative rulings and penalties for the improper submission of forms (1099-OID), "The People" should have been given <u>FAIR WARNING</u> of such administrative rulings prior to commencing any prosecutions for submission of forms (1099-OID).

## THEREFORE

The charges brought against George Thomas Brokaw, a state Citizen, (not a U.S. federal citizen), a living man, a creation of GOD, and an injured party by prosecutors Matthew Kirsch, Martha Paluch, et al, are Unconstitutional charges and must be dismissed with prejudice.

<u>Sherar v. Cullen, 481 F. 2d 946 (1973)</u> "There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

As a state Citizen, I, George Thomas Brokaw claim no privileges or immunities provided under the 14th Amendment to the Constitution; not being a citizen subject to the jurisdiction thereof. And, as a state Citizen, and not having been identified or charged as an "enemy of the

6

State" by prosecutors Matthew Kirsch and Martha Paluch, under Title 50 U.S. Code or executive orders, all charges must be dropped.

The charges brought in this court for criminal violations are unfounded as Title 28 U.S. Code only grants this court CIVIL JURISDICTION.

The charges brought in this court under Title 18 U.S. Code are Unconstitutional and, as such, must be dismissed with prejudice.

## PRAYER FOR RELIEF

1 Dismiss all charges in this case with prejudice

2 issue expedited release of all bonds and encumbrances from George Thomas Brokaw

3 Return all property confiscated as result of search warrant 11-sw-05438-MJW

4 Grant reimbursement for all expenses incurred in defense

Signed _[signature]_

George Thomas Brokaw

**PROOF OF SERVICE**

This document was sent to the UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLORADO Clerk of Courts on this 9th day of September in the year of our

Lord 2014 A.D. via First Class mail. Petitioner also delivered a copy to the Prosecution's inbox.

Clerk, please provide a copy to all parties of interest.

Clerk, please stamp and return a copy to the petitioner in the self addressed and stamped envelope provided.

*[signature]*
George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
tombrokaw33@msn.com


Cc

MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202