U.S. Registered Mail # RA 218 088 255 US

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 6 2014

JEFFREY P. COLWELL
CLERK

MAILING ADDRESS: ISAIAH 33 TRUST
P.O. Box 8100
COLORADO SPRINGS, COLORADO 80933-8100

FROM: George Thomas Brokaw "state" Citizen / U.S.A. "national" 8 USC 1101(a)(21)

September 15, 2014

To: Eric H. Holder, Jr., Attorney General
    U S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC. 20530-0001

RE: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
SEARCH AND SEIZURE WARRANT Case No. 11-sw-05438 MJW REGARDING
"THE PREMISES AND OUTBUILDINGS KNOWN AS 2260  PALM DRIVE (UNIT
C) COLORADO SPRINGS, COLORADO 80918"

Dear Attorney General Eric H. Holder, Jr.:

Subject: **NOTICE OF COUNTERFEIT SECURITIES**

1.  Counterfeit Security    SEARCH AND SEIZURE WARRANT: 11 sw 05438-MJW
2.  Counterfeit Security     U.S. DISTRICT COURT CASE NO: 13-CR-00392-CMA
3.  Counterfeit Security     ARREST WARRANT CASE NO: 13-cr-00392-CMA
        Issuing Officer, Jeffrey P. Colwell, Clerk, executing officers, Adam Rutkowski,
        IRS CI and Andy Farwell, TIGTA
4.  Counterfeit Security     GRAND JURY INDICTMENT CASE NO: 13-cr-00392-
        CMA,  AUTHORIZED BY, Matthew T. Kirsch, Assistant U.S. Attorney,

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

pg. 2

U.S. Registered Mail # RA 218 088 255 US

Document (\*SEALED\*), Adam Rutkowski, IRS CI & Klayton Knabb, TIGTA

5.   Counterfeit Security   APPEARANCE BOND AND PROBATION ORDER
     CASE NO: 13-cr-00392-CMA, signed by U.S. Magistrate Judge Michael J.
     Watanabe, amount ($50,000.00)

I, George Thomas Brokaw, General Executor for the GEORGE T. BROKAW trust;

I demand my name be cleared of this alleged criminal case for the reasons set forth
below:

1) I, George Thomas Brokaw, a living man, have learned that this alleged Court that
   has scheduled a case/ cause/ claim against us is not really a court as per the
   Constitution of the United States, but rather a tribunal operated as a private
   corporation.

2) I have learned of the fraud that goes on behind the scenes of these alleged
   criminal cases, which are really civil claims in equity, and the steps taken to
   securitize these civil claims, without giving full disclosure to the people. I am
   hereby letting the court know that I am opting out of any contract and do not
   allow any documents regarding me, or the cestui que trust established as a result
   of my birth event, to be securitized and sold to any investors, etc.

3) The fraudulent process is as follows: All cases are civil, though often fraudulently
   called criminal. The courts are operating under trust law, assuming the Defendant
   is a decedent. After finding the alleged Defendant guilty, the court clerks sell the
   judgments to the Federal Courts. Since the Defendant is a decedent, the court
   officials consider themselves as a beneficiary.

4) When a judge asks if a person "understands", he/she is asking if the person is
   liable for the bond. I, George Thomas Brokaw am not responsible for the bond of
   this/these cases, and to further verify this fact, and have pledged reversionary
   interest to the United States in exchange for self government, self-determination,
   safe harbor, innocent passage and quiet enjoyment of all that is held in abeyance.

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

pg. 3

U.S. Registered Mail # RA 218 088 255 US

The judgments are stamped with something to the effect of "Pay To The Order Of_____" on the back and taken to the federal discount window. The judgment now becomes a note.

5) The notes are then pooled together and transformed into securities, which are yet pooled together and sold as bonds.

6) Said bonds are liens against the Birth Estate cestui que trusts established as a result of my birth event.

7) The United States Attorney's Office has a put code number, NAICS (North American Identification Security Classification. Said NAICS number enables the United States Attorney's Office to trade globally all securities.

8) All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which another department called DLIS (Defense Logistics Information Service), which issues a cage code, which means a commercial and government entity, which everything corresponds with their bank account.

9) Said United States Attorney's Office and Courts have a Dunn's number (Dunn & Bradstreet).

10) Everything filed into court is securitized without the knowledge or consent of the people or of all parties.

11) All criminal cases not heard in an Article 3 court (District Court of the United States), and are really civil. However, the courts again commit fraud by labeling the case as criminal. All cases that are pled out or have a guilty conviction label the civil defendant (through unlawful conversion) as felons, when they are not. This is fraud upon the people at large, and certainly fraud upon the alleged Defendants.

12) The Bank Account is at Federal Reserve Bank of New York, in New York City. The Depository Agreement is signed by the Clerk of Court.

13) All securities are then deposited with the DTC in New York.

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

14) An Escrow Agent is used as a go-between - between the Clerk's Office and the Federal Reserve Bank of New York.

15) The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse whom lists the securities for trading.

16) All of the lawyers involved are acting as private debt collectors according to the FDCPA (Title 15 USC §1692). The BAR Association exempts them from having to be registered as such; however, they operate through call warrants, which are like a put, or a call. Doing margin calls is where they convert a case through (similar to a Writ of Execution) use of the case number to buy equity securities.

17) Everything filed into court is securitized and turned into negotiable instruments, and then turning them into securities. These items are sold commercial items, calling them distress debts (Unifund). The items are then pooled together in what is now called a hedge fund, where they are sold globally.

18) Anytime when there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through LuerHermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich, Germany (Pimco Bonds).

19) After 9 months, all paper is converted to a securities status. This is defined in Title 15 USC §77(a)(b)(1) and now considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

20) The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a §7201 of Title 26 violation (willful failure to file with the intent to evade the tax).

21) The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFT's).

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

22) The Clerk has a PMIA (Private Money Investment Account), which also has a government code. According to Clerks Praxis, the Clerk of the US District Court is the Registrar in Admiralty.

23) According to the IRS §6209 Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes.

24) I have never pledged my rights or my body to any gifting program, including any court or court process and have invoked the right of discussion without discretion.

25) I demand my name/names and the cestui que trust name(s) established as a result of my birth event, George Thomas Brokaw / GEORGE THOMAS BROKAW or any other similar version, be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or convicted felon be removed immediately and permanently, nunc pro tunc.

26) I hereby notice the Court that I am the General Executor of the cestui que trusts of GEORGE THOMAS BROKAW or any other similar version. According to Title 26 §303 & §7701, companies, corporations, and associations and trusts are all decedents. This means the all capital letter name is a legal estate. The all capital letter name on a Birth Certificate falls into this class. I direct all of the affairs and financial affairs of GEORGE THOMAS BROKAW or any other similar version.

27) I demand this case/cases/account be closed and no further steps be taken to securitize it, AND that all property or records seized be immediately returned, and that all government records containing said information gathered be expunged.

28) I hereby ask the Court to notify local agents and agencies to put me on a do not disturb list so I do not have to go through this again, as I am outside their territorial and subject matter jurisdiction.

29) I am confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases.

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

30) I expect no further harassment from rogue unregistered foreign agents.

The below referenced documents qualify as "counterfeited securities" in that the makers have stated them to have been officially signed and sealed as valid claims of a duty, obligation or right of action owed by GEORGE THONAS BROKAW, a living man, to the United States of America by the following:

1.   SEARCH AND SEIZURE WARRANT: 11-sw-05438-MJW
2.   U.S. DISTRICT COURT CASE NO: 13-cr-00392-CMA
3.   ARREST WARRANT CASE NO: 13-cr-00392-CMA
4.   GRAND JURY INDICTMENT CASE NO: 13-cr-00392-CMA
5.   APPEARANCE BOND CASE NO: 13-cr-00392-CMA

All the above referenced documents are counterfeit securities because they **do not** evidence both the Internal Revenue Code statutes(s) and the enforcement regulation(s) as required by law.

**Congress has enacted five very specific mandatory protections to prevent the unlawful imposition of the Internal Revenue Code upon non-regulated activities, events and commodities, to wit:**

1.   All information gathering forms must have an approved Form Number;
2.   The Form Number must: display an approved and active OMB Control Number;
3.   The OMB Number must identify the CFR Part which is the specific type of tax;
4.   The type of tax must identify the Regulation promulgated by the Secretary of Treasury; and
5.   The Regulation must enforce (put into force) the specific statute of the IRC.

Since **regulations** may be directive (voluntary) or mandatory, the CFR Parallel Table of Authorities lists the enforcement (mandatory) federal regulation; all others are directory

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

and may be ignored.

The *IRS Notice 609 "Privacy Act Notice"* states as follows:

"Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012 (a) <u>and their regulation… and whether your response is voluntary (directory) or mandatory under the law."</u>(Emphasis added)
*"That body of law which codifies all federal tax laws including income, estate, stamp, gift excise, etc, taxes. Such laws comprise Title 26 United States Code, and are implemented by Treasury Regulations and Revenue Rulings."* (Emphasis added) IRC Black's 5Th Ed. Page 732.

Pursuant to *Title 26 USC §7805(a),* "regulations for the enforcement of this title", and in the case of George Thomas Brokaw and (his common law property) , **IRS has no authority of law,** which would allow them to obtain a **"SEARCH AND SEIZURE WARRANT", pursuant to** *Tile 26 USC §7602.* This procedure is only allowed under the **excise tax law procedure** where there exists **a contract** and **registration by application** for the special privilege of being allowed to operate in that special business. If one checks the manuals from the government printing office you will find under **Title 26 CFR, "Federal Regulations" that every subject matter of tax has its own 26 IRC §6001, et seq.,** Sections for procedure. This cannot be mixed with any other subject tax matters of procedure because that would make law "arbitrary and capricious".

Perhaps this point is more strongly made in ***California Banker's Assoc. v Schultz, 416 US 21; 38 L.Ed. 2d 820,***where the government argued; *"We think it is important to note that the Act's civil and criminal penalties attached only violation of regulations promulgated by the Secretary: if the **Secretary were to do nothing, the Act itself would impose no penalties on anyone.** And at 830 L.ED. 2d:* "... *the actual implementation of the statute by the Treasury Regulation. The Government urges that since **only those who** violate these regulations may incur civil or criminal penalties. It is the actual*

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

*regulations issued by the Secretary of Treasury, and not the broad authorizing language of the statute,* which are *to be tested against the Fourth Amendment; and that when so tested they are valid"*. And further at 831; *"The Internal Revenue code, for example, contains general records to be kept by both business and individual* **taxpayers**, *26 USC §6001, which have been implemented by the Secretary in various regulations"*.

Since the Government seems to be unfamiliar with the CFR's, I am providing you with some of the **Enforcement** Regulations of the IRC, to wit:

## FEDERAL REGISTER
### CFR INDEX. STATUTE AND CFR TABLE OF AUTHORITIES

| Statute | Description | Enforcement Regulation |
|---------|-------------|------------------------|
| 6020 | Returns prepared by Secretary | 27 CFR Part 53 & 70 |
| 6201 | Assessment Authority | 27 CFR Part 53 & 70 |
| 6203 | Method of Assessment | 27 CFR Part 70 |
| 6205 | Special Rules for Employment Taxes | 27 CFR Part 23 |
| 6301 | Collection Authority | 27 CFR Part 70 |
| 6303 | Notice and Demand for Tax | 27 CFR Part 70 |
| 6321 | Liens for Taxes | 27 CFR Part 70 |
| 6331-43 | Levy and Distraint | 27 CFR Part 70 |
| 6601.02 | Interest on Underpayments | 27 CFR Part 70 |
| 6651 | Failure to File Tax Return or Pay Tax | 27 CFR Part 70,24,25,194 |
| 6671-72 | Penalty Assessed as Tax, Person Defined | 27 CFR Part 70 |
| 6701 | Penalties for Understatement of Tax | 27 CFR Part 70 |
| 7207 | Fraudulent Returns | 27 CFR Part 70 |
| 7212 | Interference with Adm. of LR, Laws | 27 CFR Part17O, 270, 275,285 |
| 7401 | Judicial Proceedings Authorization | 27 CFR Part 70 |
| 7403 | Judicial Action to Enforce Lien | 27 CFR Part 70 |

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

pg. 9

U.S. Registered Mail # RA 218 088 255 US

| 7601 | Canvass of District for Taxable Persons | 27 CFR Part 70 |
|------|------------------------------------------|----------------|
| 7602 | Examination of Books and Witnesses | 27 CFR Part 70 |
| 7603 | Service of Summons | 27 CFR Part 70 |
| 7604 | Enforcement of Summons | 27 CFR Part 70 |
| 7605 | Time and Place for Examination | 27 CFR Part 70 |

*NOTE. 27 CFR is for Alcohol, Tobacco, Firearms and Explosives, not "income" or "employment" taxes.*

It is obvious that the whole action in the SEARCH AND SEIZURE WARRANT case # 11-sw-05438-MJW United States of America, Petitioner, vs. George Thomas Brokaw, Respondent is predicated upon the use of the statute in Title 26 U.S.C. §7201, Title 26 U.S.C. §7206, Title 26 U.S.C. §7212 as stated on page 1 of the Counterfeit Security SEARCH AND SEIZURE WARRANT (SEALED) Case No: 11-sw-05438-MJW. It is also obvious that SEARCH AND SEIZURE WARRANT Case No: 11-sw-05438-MJW is not supported by "Oath or Affirmation".

It is obvious that the action in the (Criminal Case) No: 13-cr-00392-CMA United States v. George Thomas Brokaw, et. al. is predicated upon the use of the statute in Title 26 U.S.C. Sec 7212 as stated on page 1 of the counterfeit security INDICTMENT *SEALED*

The Federal Register 1993 CR Index, Statute and CFR Table of Authorities shows that **the only** Enforcement Regulations relevant in this matter must be pursuant to Title 26 U.S.C. §7201, Title 26 U.S.C. §7206, and Title 26 U.S.C. §7212. However, the subject SEARCH AND SEIZURE WARRANT is predicated on enforcement regulations promulgated pursuant to the power and authority of **27 FR Part 70 (Alcohol, Tobacco, Firearms and Explosives)**, not Title 26 CFRs. It is clear that unless the acts and actions of the above named federal government officials, employees, agents, and public officers are predicated upon some material facts that show that George Thomas Brokaw, a living

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

man, is engaged in federally taxable or federally regulated activities, commodities or events pursuant to **27 CFR Part 70**, then the actions of the above named Government agents and officials are based upon false and fraudulent premises, are abusive mis-application of codes and regulations, and are Counterfeit Securities.

George Thomas Brokaw, a living man, have NOT been, nor are engaged in federally regulated activities, events or commodities under 27 FR Part 70, within reason and belief. Therefore, it is reasonable to presume that SEARCH AND SEIZURE WARRANT: 11-sw-05438-MJW, U.S. DISTRICT COURT CASE NO: 13-cr-00392-CMA, ARREST WARRANT CASE NO: 13-cr-00392-CMA, GRAND JURY INDICTMENT CASE NO: 13-cr-00392-CMA, and APPEARANCE BOND CASE NO: 13-cr-00392-CMA are all Counterfeit Securities designed to perpetrate a constructive fraud upon George Thomas Brokaw (a living man).

It is clear from the actions of the above named federal government officials, employees, agents, and public officers, that they have acted above and beyond their scope of authority by placing into the public record unsubstantiated claims against George Thomas Brokaw, a living man, which they knew or should have known to be false because said claims were required by law to convey subject matter jurisdiction for the particular regulated activity that is being alleged to have created a duty, obligation or right of action to the United States of America.

The SEARCH AND SEIZURE WARRANT: 11-sw-05438-MJW is a fraud and counterfeit security claimed to be issued under the authority of the Internal Revenue Code. It does not list either the statutory or the regulatory authority, even though both are required by law to identify the particular regulated activity that George Thomas Brokaw, a living man, is alleged to be engaged in, thus the instrument is counterfeit. The U.S. Magistrate Judge, MICHAEL J. WATANABE **knew or should have known that the** SEARCH AND SEIZURE WARRANT: 11-SW-05438-MJW **was void since it lacks the evidence of the specific regulation violation** and it lacks the evidence of the specific

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

pg. 11

U.S. Registered Mail # RA 218 088 255 US

United States Code Section(s) violation.

The GRAND JURY INDICTMENT in CASE NO: 13-cr-00392-CMA is totally false and a constructive fraud, since none of the information constitutes prima facia evidence unless the enforcement regulations that identify the particular type of activity being reported is also placed into evidence. There simply are no evidentiary facts here. For multiple reasons stated above, John F. Walsh, Matthew T. Kirsch, and Martha A. Paluch have lied and perpetrated a constructive fraud under oath which is also in violation of their Oath of Office, leaving them personally liable, as such their Complaints are also a counterfeit security.

The ARREST WARRANT CASE NO: 13-cr-00392-CMA issued by Jeffrey P. Colwell, Clerk, and executed by Adam Rutkowski and Andy Farwell is constructive fraud, false imprisonment, and peonage as there is no statutory or identifiable regulatory authority as required by law, and as such is also a counterfeit security.

The APPEARANCE BOND AND PROBATION ORDER CASE NO: 13-cr-00392-CMA signed by U.S. Magistrate Judge Michael J. Watanabe is a continuation of the fraud listed above and perpetrated at SEARCH AND SEIZURE WARRANT: Case No: 11-sw-05438-MJW. Magistrate Judge Michael J. Watanabe should have known that there was no statutory or regulatory authority identified. The APPEARANCE BOND was signed by George Thomas Brokaw (under threat, duress, and coercion), and, for these reasons is also a counterfeit security.

It is **impossible for** George Thomas Brokaw, a living man, **to prove he did not engage** in some federally regulated activity, event or commodity when the Government and the above named Government officials, agents, employees, and public officers have **not** alleged or produced evidence that George Thomas Brokaw, a living man, have engaged in a federally regulated activity, event or commodity. Under the statutes and CFR Regulations of 27 FR Part 70 associated with 26 USC §7201, 7206, and 7212,

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

**one cannot prove a negative.** It is the duty and obligation for the Government to produce evidence of a positive, not for the accused to show that he/she did not violate CFR regulations which either do not exist or do not apply to George Thomas Brokaw, a living man, pursuant to the evidence and instruments currently before the court in actions, SEARCH AND SEIZURE WARRANT: Case No. 11-sw-05438-MJW, and U.S. DISTRICT COURT CASE No: 13-cr-00392-CMA.

**The IRS Publication 5** states that the nonresident alien, "state" Citizen, has no remedy before the United States District Court or the Tax Court. They must go to the U S. Court of Claims for the District of Columbia or the United States District Court of Appeals for the District of Columbia. For the record, George Thomas Brokaw, a living man, is not a **federal State citizen** or Resident, regardless of presumed unlawful fraudulent contracts, as set forth and defined in the Buck Act, Title 4 USC §105-110.

George Thomas Brokaw, a living man, does not support the federal international bankruptcy declared legislatively by HJR-192, passed by Congress in 1933 and declared judicially by the United States Supreme Court in **Erie Railway v.Tompkins 1939.** George Thomas Brokaw, a living man, does not support the federal 51 shadow States that have taken over the de jure state functions since the 1930's. George Thomas Brokaw, a living man, is not a resident of the federal shadow State of Colorado, George Thomas Brokaw, a living man, **does not** live in the United States or the federal territory of the State of Colorado, a federal area created out of thin air by the Buck Act and other legislation that has usurped power and authority from de jure Government.

Before any agent, official, employee or public officer of the United States or one of the federal 51 shadow States created to impersonate the 50 de jure "states" of the Union (See definitions in *31 CFR Part. 1, Sections 51.2 and 52.2)* acts upon the declared status of George Thomas Brokaw, a living man, "state" Citizen and "**non-resident alien**", to the Corporate Federal "United States", such agent, official, employee or public officer is directed to take Judicial Notice of **St. Louis Park Medical Center v. Lethert,  286 F.**

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

**Sup. 271 and 28 USC §2201.**

**All IRS agents and United States Courts are thus barred from making a "status determination" with regard to federal income taxes and federal income tax laws.** Consequently, if IRS agents and Courts are barred from declaring George Thomas Brokaw, a living man, "state" Citizens, as "taxpayer". This fact is prima facie evidence that the federal income tax is voluntary. Wherefore, both IRS agents and United States Courts lack jurisdiction and **the declared status of the Accused must be accepted.**

George Thomas Brokaw, a living man, is not a "person" as defined in Title 26 USC §7343 as **one upon whom the District Court has jurisdiction** to bring an enforcement action and a summons pursuant to 26 §7402(a) and (b). 26 USC §7343 defines the term "Person" to include "an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs". George Thomas Brokaw, a living man, has no nexus to the codes indicated in the counterfeit securities presented by the Government agents herein.

Regarding this INDEMNIFICATION CONTRACT WITH UNITED STATES and INVOKING RIGHT OF DISCUSSION WITHOUT DISCRETION, once Plaintiff uses Government sponsored resources to accomplish these acts, they dishonor and bring a risk to the United States and Court, because the United States is now liable for the performance under the Declaration of Independence. The United States/State then becomes liable for the property and person and self-evident truth and as a result of the invocation of Right of Discussion without discretion. If one elects to keep moving with the pursuit of claim and allows the misappropriation of the funds and records of the United States/State, then they partake in an act of insurrection and rebellion, in adversity to article 44 and 46 of the Lieber Code, and under Title 18 conspiracy. That party in violation therefore, becomes personally liable for there is a "falsified bounty contract" being enforced, because the "surrender" completing the delivery with assignment to the

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

United States indemnifies all parties. Accused may, under Law of Nations Book 2 Article 104-105 "put down the piracy" or "quell the act of insurrection and rebellion" under the 14th Amendment as a "bounty hunter" because the BAR member has USURPED authority. The accused comes in peace and seeks only innocent passage, safe harbor, and quiet enjoyment of all that is held in abeyance.

**The contract from United States indemnifies all parties, but if one refuses to accept the terms, a DEMAND is hereby made on you**, Eric H. Holder, Jr., United States Attorney General or anyone acting **on** his behalf, to investigate the above named government officials, employees, agents, and public officers for creating, using and promoting fraudulent and counterfeit securities in a fraudulent scheme against George Thomas Brokaw, a living man, by duress and coercion by law, in violation of Title 26 USC §7433 for damages caused by agents, officers, and employees acting recklessly and intentionally in excess of statutory provisions and regulatory provisions of Title 26 USC.

I, George Thomas Brokaw (a living man), declare under penalties of perjury under the laws of these united States of America that the foregoing is true and correct to the best of my knowledge, is made in good faith and is admitted when not rebutted.

Dated this _15_ day of September, 2014

Reserving all rights,

By: _George Thomas Brokaw_ AR

George Thomas Brokaw, "state" Citizen

American "national" 8 USC 1101 (a)(21).

**Exhibits Annexed hereto:**

1. SEARCH AND SEIZURE WARRANT:   Case No: 11-sw-05438-MJW

2. ARREST WARRANT: Case No: 13-cr-00392-CMA

3. GRAND JURY INDICTMENT: Case No: 13-cr-00392-CMA

4. APPEARANCE BOND & PROBATION ORDER: Case No: 13-cr-00392-CMA

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

pg. 15

U.S. Registered Mail # RA 218 088 255 US

By way of service on a Judicial filing in the United States District Court for the District of Colorado,   SEARCH AND SEIZURE WARRANT Case No. 11-sw-05438-MJW, & CRIMINAL CASE Case No: 13-cr-00392-CMA with attachments and with copies to:

| Via First Class Mail | |
|---|---|

*Clerk of the Court*
*United States District Court, District of Colorado*
*901 19th Street*
*Denver, Colorado 80294*

*Judge Christine M. Arguello*
*U.S. District Court*
*901 19th Street*
*Denver, Colorado 80294*

*United States Attorneys office*
*% John F. Walsh, Matthew T. Kirsch, Martha A. Paluch*
*1225 17th Street*
*Denver, Colorado 80202*

*U.S. Magistrate Judge Michael J. Watanabe*
*U.S. District Court*
*901 19th Street*
*Denver, Colorado 80294*

*Clerk, United States Court of Federal Claims*
*NO: 14-586C*
*717 Madison Place, NW, Room 103*
*Washington, DC 20439*

*Jessica L. Cole, U.S. DOJ (RE NO:14-586C)*
*P.O. Box 480*
*Ben Franklin Station*
*Washington, D.C. 20044*

*United States House, Committee on Ways And Means*
*Dave Camp, Chairman*
*1102 Longsworth House Bldg.*

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

U.S. Registered Mail # RA 218 088 255 US

*Washington, D.C. 20515*

*United States House, Committee on Judiciary*
*Bob Goodlatte, Chairman*
*B-351 Rayburn House Office Bldg.*
*Washington, D.C. 20515*

*Major General David E. Quantock*
*Provost Marshal/Commanding General*
*United States Army Criminal Investigation Command*
*2800 Army Pentagon*
*Washington, D.C.20310-2800*

*El Paso County Sheriff, Terry Maketa*
*27 E. Vermijo Ave.*
*Colorado Springs, Colorado*

*Adam Rutkowski, IRS CI*
*2864 South Circle Drive, 7th Floor*
*Colorado Springs, Colorado*

*William Frankel, TIGTA*
*Treasury Inspector General, Denver Field Office*
*1999 Broadway, Ste. 2406*
*Denver, Colorado 80202*

**NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES**

U.S. Registered Mail # RA 218 088 255 US

| U.S. POSTAL SERVICE | **CERTIFICATE OF MAILING** |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | |

Received From:

George Thomas Brokaw
state Citizen

One piece of ordinary mail addressed to:

Eric H. Holder Jr.
Attorney General U.S. DOJ
950 Penn. Ave. NW
Washington D.C. 20530

PS Form 3817, Mar. 1989

NOTICE OF ACCEPTANCE OF INDEMNIFICATION FROM UNITED STATES

pg. 1

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No.    11-sw-05438-MJW |
| | ) |
| 2260 Palm Drive, Unit C. | ) |
| Colorado Springs, CO  80918 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Colorado *(identify the person or describe the property to be searched and give its location):*
 See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
 See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before  Septembe 23 2011
                                                                                       *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.         ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                            ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  September 13, 2011   *Mark /|Lunh*
                                    At  8:14b Am                    *Judge's signature*

City and state:   Denver, Colorado.          MICHAEL J. WATANABE
                                                     U.S. MAGISTRATE JUDGE
                                                     *Printed name and title*
                                                     DISTRICT OF COLORADO

## ATTACHMENT A

2260 Palm Drive C, Colorado Springs, CO 80918 is a townhouse. 2260 Palm Drive C is the third building on the right from the western end of Palm Drive per the plat map from El Paso County Colorado.

## Attachment B

For the period of 2002 to the present, records, documents, or materials, in any form (written, printed, magnetic, or electronic),

Constituting evidence, fruits, and instrumentalities of violations of:

    i.    Title 18, United States Code, Section 287 – False, Fictitious or Fraudulent Claims

    ii.   Title 26, United States Code, Section 7201 – Attempt to Evade Tax

    iii.  Title 26, United States Code, Section 7206(1) – Fraud and False Statements

    iv.  Title 26, United States Code, Section 7212 (a) – Attempts to Interfere with the Due Administration of Internal Revenue Laws

1. Federal and State tax returns and related forms and documents, copies of federal and state income tax returns and related forms and documents, work papers, accounting records, journals, ledgers, documentation of receipts, disbursements, and accruals such as: cash receipts journal, sales journal, general ledgers, accounts receivable ledgers and journals, disbursement journals, trial balances, balance sheets, income statements, adjusting journal entries related to the insurance business identified on personal income tax returns filed with the Internal Revenue Service.

2. Source documents or books of original entry to include books, records, receipts, notes, ledgers, journals, correspondence, bank statements, deposit tickets, cancelled checks, and any other document or thing related to the insurance business identified on personal income tax returns filed with the Internal Revenue Service.

3. Records used to support frivolous or obstructive tax claims or filings, including Constructive Notices, Public Notices to the World, Notices of Equity Interest and Claim, Commercial Security Agreements, Notices of Final Determination and Judgment, Colorado UCC Financing Statements (UCC1), Affidavits of Notary Presentment, Notices of Claim of Maritime Lien, Maritime Liens, First Notices of Default, Second Notices of Default, or Demands for Payment issued to the Internal Revenue Service or Internal Revenue Service Employees or other federal, state, or local government entities.

4. Records and information regarding to "Freedom Documents" and TIM TURNER seminars on debt reduction, Acceptance for Value, Bonded Promissory Notes, Registered Private Offset and Discharge Bonds, Private Registered Bonds, and Secured-Party Creditor, including but not limited to mortgage documents, credit lines, public record documents, Bonded Promissory Notes, Notices of Discharge, Money Orders, and Accepted for Value records.

*1*

5. Records related to Republic of Colorado, Republic for the united States of America (RuSA), Guardians of the Free Republic, or Restore America Plan, including but not limited to files, folders, databases, or spreadsheets.

6. Records of correspondence, including envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files between GEORGE THOMAS BROKAW and members of the Republic of Colorado, Republic for the united States of America (RuSA), Guardians of the Free Republic, or Restore America Plan.

7. Telephone records for the following telephone numbers; DSL service telephone (719) 599-7813, local telephone service (719) 598-6714, and cellular telephone number (719) 660-4677, as identified in the affidavit as being used, accessed, and subscribed to by BROKAW.

8. Computers, computer hardware, electronic or magnetic storage devices, such as floppy diskettes, hard disks, backup tapes, CD-ROMs, CD-Rs, CD-RWs, DVD-ROMs, DVD-Rs, DVD+Rs, DVD-RWs, DVD+RWs, optical discs, printer buffers, smart cards, smart phones, USB thumb drives, USB drives, USB flash memory, Firewire devices, smart media, memory sticks, multimedia cards (MMC), secure digital cards, memory calculators, electronic dialers, Bernoulli drives, electronic notebooks, personal digital assistants, and any data, image or information that is capable of being read or interpreted by computer.

9. Hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, printouts of computer photographs, Graphic interchange formats and/or photographs, and other visual depictions of such Graphic interchange formats (including, but not limited to, JPG, GIF, TIF, AVI and MPEG); notations of any passwords that may control access to a computer operating system or individual computer files.

10. Any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation.

11. Any network devices to include routers and switches, which are assigned a Media Access Control (MAC) address, a unique number associated with a network adapter and are unique to each computer. A MAC address is burned onto the router during manufacturing and is thus impossible to remove or change. Each MAC address is 12 characters in length, the first six characters contain the ID number of the manufacturer,

*1*

and the last six numbers represent the serial numbers assigned to the adapter by the manufacturer.

12. Documents pertaining to billing information and accounts held with Internet Service Providers or to Internet use, including internet provider Microsoft Online Services, Qwest.com, Qwest.net, Centurylink, e-mail address, "tombrokaw33@msn.com", or Qwest user id, "btom1169".

13. Authorization to open, search, and remove, if necessary any safe or locked receptacle or compartment, as some or all of the property heretofore mentioned may be maintained in same.

## Definitions Applying to Search and Seizure of Computers

14. Records, Documents and Materials:  The terms "records," "documents," and "materials" include all of the items described in this Attachment in whatever form and by whatever means they may have been created and/or stored.  This includes handmade, photographic, mechanical, electrical, electronic (including e-mail, computer files, internet histories, bookmarks and all other electronic items that may be found on computer hardware in any form), and/or magnetic forms.  It also includes items in the form of computer hardware, computer software, computer documentation, passwords, and/or data security devices.

15. Computer Hardware:  Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data.  This includes any data-processing devices (such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, transistor-like binary devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); related communication devices (such as routers, modems, cables, and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

16. Computer Software:  Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way it works.  Software is

stored in electronic, magnetic, optical, or other digital form.  It commonly includes programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs, utilities, compilers, interpreters, and communications programs).

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| George Thomas Brokaw | ) Case No.  1:13-cr-00392-CMA-01 |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ George Thomas Brokaw _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )   to appear for court proceedings;

    ( X )   if convicted, to surrender to serve a sentence that the court may impose; or

    ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $ _50,000.00_____ .

( ) (3)  This is a secured bond of $ _____ , secured by:

    ( )  (a) $ _____ , in cash deposited with the court.

    ( )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  10/7/13

_____
*Defendant's signature*

_____     _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____     _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____     _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:  October 7, 2013

_____
*Judge's signature*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

AO 199A (Rev. 12/11)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| George Thomas Brokaw | ) | Case No.   1:13-cr-00392-CMA-01 |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   United States District Court - District of Colorado
_____
                                             *Place*

on _____ As Directed _____
                                             *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release                                                    Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an* _____
  *organization)*
  City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
  *Custodian*                            *Date*

( x ) (7)  The defendant must:
  ( x ) (a)  submit to supervision by and report for supervision to the  US Probation Office, Colorado Springs, Colorado ,
             telephone number  719-471-3387 , no later than  24 hours of release .
  ( ) (b)  continue or actively seek employment.
  ( ) (c)  continue or start an education program.
  ( ) (d)  surrender any passport to: _____
  ( x ) (e)  not obtain a passport or other international travel document.
  ( x ) (f)  abide by the following restrictions on personal association, residence, or travel:  State of Colorado unless granted permission by the
             Court.
  ( x ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
             including:  Co-defendants.

  ( ) (h)  get medical or psychiatric treatment: _____

  ( ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
             or the following purposes: _____

  ( ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
             necessary.
  ( x ) (k)  not possess a firearm, destructive device, or other weapon.
  ( x ) (l)  not use alcohol ( ) at all ( x ) excessively.
  ( x ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, including any form or genus of
             cannabis, unless prescribed by a licensed medical practitioner.  The defendant may not possess or use marihuana pursuant to a Colorado
             medical marijuana card.  Marihuana is a Schedule I controlled substance under 21 U.S.C. § 812(c) which has no currently acceptable medical
             use in the United States; and
  ( ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
             frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
             substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
             substance screening or testing. The defendant shall pay the cost of any testing or monitoring as directed by the probation officer.
  ( ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
             supervising officer. The defendant shall pay the cost of treatment as directed by the probation officer.
  ( x ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
             ( ) (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as
                      directed by the pretrial services office or supervising officer; or
             ( x ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
                      substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                      approved in advance by the pretrial services office or supervising officer; or
             ( ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                      court appearances or other activities specifically approved by the court.

  ( x ) (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
             requirements and instructions provided.
             ( X ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                      supervising officer.
             (X) Active GPS monitoring (including "hybrid" (Active/Passive) GPS)
  ( x ) (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
             arrests, questioning, or traffic stops.
  ( x ) (s)  shall not act as an informant for any law enforcement agency without prior permission from the court.

AO 199C  (Rev. 09/08)  Advice of Penalties

Page ___3___ of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___October 7, 2013___    _____
*Judicial Officer's Signature*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   13-cr-00392-CMA |
| GEORGE THOMAS BROKAW | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GEORGE THOMAS BROKAW

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
26 U.S.C. § 7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date:   09/23/2013

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

      Plaintiff,

v.

1.  George Thomas Brokaw,
2.  John J. Pawelski,
3.  Mimi M. Vigil, and
4.  Clara M. Mueller,

      Defendants.

---

## INDICTMENT
**Count 1: 18 U.S.C. § 286**
**Counts 2-13:  18 U.S.C. § 287**
**Count 14:  18 U.S.C. § 371**
**Counts 15-18:  26 U.S.C. § 7212(a)**

---

The Grand Jury charges that:

## COUNT 1

**George Thomas Brokaw, John J. Pawelski,**
**Mimi M. Vigil, and Clara M. Mueller**
**(18 U.S.C. § 286 – Conspiracy to File False Claims for Refund)**

### A.  Introduction

1.    Defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and

Clara M. Mueller, during the time periods charged in this Indictment, were all residents

of Colorado Springs, Colorado, within the District of Colorado.

1

2.      The Internal Revenue Service ("IRS") was and is an agency of the United

States Department of the Treasury responsible for administering and enforcing the tax

laws of the United States of America.

3.      IRS Forms 1099 are used to report, among other things, interest income

and associated withholding to the IRS. "Original Issue Discount" (OID) income is a form

of interest income typically realized on debt instruments that were issued at a discount

or purchased for less than the ultimate redemption value of the debt instrument.

**B. The Conspiracy**

4.      Beginning in or about October 2008, and continuing until in or about May

of 2009, the exact dates being unknown to the Grand Jury, in the State and District of

Colorado, defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and

Clara M. Mueller, and others known and unknown to the Grand Jury, agreed, combined,

and conspired with each other to defraud the United States by attempting to obtain and

aiding in attempts to obtain the payment and allowance of false, fictitious and fraudulent

claims on behalf of themselves and others by submitting false claims for income tax

refund to the United States Department of Treasury through the Internal Revenue

Service.

**C. Manner and Means of the Conspiracy**

5.      The conspiracy was accomplished, in part, through the following manner

and means:

6.      Defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and

Clara M. Mueller, filed or caused to be filed false, fictitious and fraudulent Form 1040 tax

2

returns containing false claims for refunds in their names, including the following returns:

| Defendant | Date Filed | Tax Year | Refund Claimed |
|-----------|-----------|----------|----------------|
| Pawelski | 10/23/08 | 2004 | $40,598.92 |
| Pawelski | 10/23/08 | 2005 | $5,797,182.70 |
| Pawelski | 10/23/08 | 2006 | $9,189,983.58 |
| Pawelski | 10/23/08 | 2007 | $7,933,781.70 |
| Vigil | 12/10/08 | 2005 | $372,169 |
| Mueller | 1/6/09 | 2005 | $382,530 |
| Brokaw | 5/1/09 | 2003 | $68,063 |
| Brokaw | 5/1/09 | 2004 | $55,185 |
| Brokaw | 5/1/09 | 2005 | $48,131 |
| Brokaw | 5/1/09 | 2006 | $71,858 |
| Brokaw | 5/1/09 | 2007 | $52,374 |
| Brokaw | 5/1/09 | 2008 | $62,607 |

7.      In connection with these false tax returns, Brokaw, Pawelski, Vigil, and Mueller submitted or caused to be submitted false Forms 1099-OID. These Forms 1099-OID falsely reported that financial institutions, lenders, or other entities had withheld and paid over to the IRS interest income from accounts which did not generate such interest income and from which no such withholdings were made, including mortgages, credit card accounts, and checking accounts. The returns claimed false refunds based on these false claims of withholdings.

8.      Various defendants worked together, and/or with unindicted co-conspirator C.M., in the filing of these false tax returns. For example:

    A.  On or about February 25, 2009, Brokaw submitted to the IRS false hand-written Forms 1099-OID claiming false OID income for the years 2003-2008. Mueller mailed these forms to the IRS for Brokaw.

    B.  On or about May 1, 2009, Brokaw submitted to the IRS false Form 1040 tax returns and Forms 1099-OID claiming false OID income for the years 2003-2008.  Vigil signed an "Affidavit of Notary Presentment" certifying that Brokaw appeared before her on May 1, 2009, with the false tax returns and Forms 1099-OID for the years 2003-2008, and that she mailed these false claims to the IRS for Brokaw.

    C.  On or about May 15, 2009, Vigil submitted to the IRS a 2005 Form 1040 tax return that claimed false 1099-OID income.  Mueller certified that she mailed to the IRS Vigil's 2005 Form 1040 tax return.  Mueller also notarized Vigil's signature on a document entitled "Power of Attorney" that was submitted with Vigil's 2005 Form 1040 tax return.

    D.  On March 24, 2010, Brokaw hand-delivered to the IRS a number of documents, including Brokaw's 2007 Joint Form 1040 return that claimed false 1099 OID income. Pawelski signed a Certification of Delivery as a witness to the fact that Brokaw hand-delivered these documents to the IRS, and Vigil signed the same Certification of Delivery as a notary verifying that Brokaw hand-delivered these documents to the IRS.

    9.      Brokaw, Pawelski, Vigil, Mueller, and C.M. and others communicated between themselves via email about using these Form 1099-OIDs to avoid their tax

responsibilities and to obtain fraudulent tax refunds.

All in violation of Title 18, United States Code, Section 286.

### COUNTS 2 – 7

**George Thomas Brokaw**
**(18 U.S.C. § 287 – False Claim for Refund)**

10.     The Grand Jury realleges and incorporates paragraphs 1-3 herein.

11.     On or about May 1, 2009, in the State and District of Colorado, Defendant George Thomas Brokaw, made and presented to the United States claims for payment of fraudulent tax refunds in the amounts enumerated for each count listed below with the knowledge that such claims were false, fictitious, and fraudulent.  Brokaw made the false claims by mailing and causing to be mailed joint U.S. Individual Income Tax Return, Forms 1040 with attached fictitious Forms 1099-OID, for the years and amounts listed below to the United States Department of the Treasury through the Internal Revenue Service.

| Count | Date Filed | Tax Year | Refund Claimed |
|-------|-----------|----------|----------------|
| 2 | 05/01/09 | 2003 | $68,063 |
| 3 | 05/01/09 | 2004 | $55,185 |
| 4 | 05/01/09 | 2005 | $48,131 |
| 5 | 05/01/09 | 2006 | $71,858 |
| 6 | 05/01/09 | 2007 | $52,374 |
| 7 | 05/01/09 | 2008 | $62,607 |

All in violation of Title 18, United States Code, Section 287.

## COUNTS 8-11

### John J. Pawelski
### (18 U.S.C. § 287 – False Claim for Refund)

12.     The Grand Jury realleges and incorporates paragraphs 1-3 herein.

13.     On or about October 23, 2008, in the State and District of Colorado, Defendant John J. Pawelski, made and presented to the United States claims for payment of fraudulent tax refunds in the amounts enumerated for each count listed below with the knowledge that such claims were false, fictitious, and fraudulent. Pawelski made the false claims by mailing and causing to be mailed U.S. Individual Income Tax Return, Forms 1040, for the years and amounts listed below to the United States Department of the Treasury through the Internal Revenue Service.  Between October 15, 2008, and April 15, 2009, in support of these false claims, Brokaw mailed and caused to be mailed separately fictitious Forms 1099–OID for years 2004, 2005 and 2006.

| Count | Date Filed | Tax Year | Refund Claimed |
|-------|-----------|----------|----------------|
| 8 | 10/23/08 | 2004 | $40,598.92 |
| 9 | 10/23/08 | 2005 | $5,797,182.70 |
| 10 | 10/23/08 | 2006 | $9,189,983.58 |
| 11 | 10/23/08 | 2007 | $7,933,781.70 |

All in violation of Title 18, United States Code, Section 287.

## COUNT 12

**Mimi M. Vigil**
**(18 U.S.C. § 287 – False Claim for Refund)**

14.     The Grand Jury realleges and incorporates paragraphs 1-3 herein.

15.     On or about December 10, 2008, in the State and District of Colorado,

Defendant Mimi M. Vigil, made and presented to the United States a claim for payment

of a fraudulent tax refund in the amount of **$372,169** with the knowledge that such claim

was false, fictitious, and fraudulent.  Vigil made the false claim by mailing and causing

to be mailed a 2005 U.S. Individual Income Tax Return, Form 1040, to the United

States Department of the Treasury through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

## COUNT 13

**Clara M. Mueller**
**(18 U.S.C. § 287 – False Claim for Refund)**

16.     The Grand Jury realleges and incorporates paragraphs 1-3 herein.

17.     On or about January 6, 2009, in the State and District of Colorado,

Defendant Clara M. Mueller, made and presented to the United States a claim for

payment of a fraudulent tax refund in the amount of **$382,530,** with the knowledge that

such claim was false, fictitious, and fraudulent.  Mueller made the false claim by mailing

and causing to be mailed a 2005 U.S. Individual Income Tax Return, Form 1040, for the

year 2005, to the United States Department of the Treasury through the Internal

Revenue Service.  On November 11, 2008, in support of this false claim, Mueller mailed

and caused to be mailed separately a fictitious Form 1099-OID.

All in violation of Title 18, United States Code, Section 287.

## COUNT 14

**George Thomas Brokaw, John J. Pawelski,
Mimi M. Vigil, and Clara M. Mueller
(18 U.S.C. § 371 – Conspiracy to
Corruptly Endeavor to Obstruct or Impede the Due
Administration of the Internal Revenue Laws)**

### A.  The Conspiracy

18.     The Grand Jury realleges and incorporates paragraphs 1-2 herein.

19.     From on or about sometime in March 2008, and continuing through on or about sometime in April 2012, the exact dates being unknown to the Grand Jury, in the State and District of Colorado, Defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller did unlawfully, voluntarily, intentionally, knowingly and willfully conspire, combine, confederate, and agree together with each other and other individuals both known and unknown to the Grand Jury to corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to the IRS by them and others and to reduce their tax liability and the tax liability of others to the IRS, all in violation of Title 26, United States Code, Section 7212(a).

### B.  Manner and Means of the Conspiracy

20.     The conspiracy was accomplished, in part, through the following manner and means:

21.     Defendants George Thomas Brokaw, John J. Pawelski,

Mimi M. Vigil, and Clara M. Mueller submitted and caused to be filed or submitted to the IRS a variety of false, fraudulent, or illegitimate documents which purported to constitute payments of taxes owed to the IRS.  These documents included "Private Registered Bonds for Setoff," "Private Registered Indemnity Bonds," "Registered Private Offset and Discharge Bonds," and "Registered Bonded Promissory Notes."  The defendants also used other similar documents for this purpose, including IRS documents on which they added handwritten text such as "money order" or "accepted for value," as well as purported electronic funds transfer (EFT) instruments drawn on closed bank accounts.

22.      Defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller filed, submitted, and caused to be filed or submitted a variety of false and fraudulent liens or other documents which falsely claimed that IRS employees, who were engaged in legitimate tax collection efforts against one or more of the defendants, owed one or more of the defendants amounts of money ranging from tens of millions of dollars to billions of dollars.

### C. Overt Acts of the Conspiracy

23.      In furtherance of the conspiracy, defendants Brokaw, Pawelski, Vigil and Mueller acted interdependently and committed one or more overt acts, including but not limited to the following:

24.      On or about March 25, 2008, in an attempt to thwart legitimate tax collection attempts, Pawelski submitted or caused to be submitted to the IRS a packet of documents, including a 2004 U.S. Nonresident Alien Income Tax Return, along with copies of notices of federal tax liens filed against him on which he had hand-written

"accepted for value." Pawelski also claimed that he earned no income on this tax return. Vigil certified that she mailed this packet of documents to the IRS on March 25, 2008.

25.     On or about April 1, 2009, in an attempt to reduce his tax liability, Brokaw signed and submitted or caused to be submitted to the Department of the Treasury a document entitled "Private Registered Bond for Setoff," dated March 12, 2009, payable to the Department of Treasury, in the amount of $100 Billion.  Pawelski signed this document as a surety and Mueller signed as a witness.  Vigil certified that she mailed this document, among others, to Timothy Geithner, Secretary of the Treasury, for Brokaw.

26.     On or about April 1, 2009, in an attempt to reduce his tax liability, Pawelski signed and submitted or caused to be submitted to the Department of the Treasury a document entitled "Private Registered Bond for Setoff," dated March 12, 2009, payable to the Department of Treasury, in the amount of $100 Billion.  Brokaw signed this document as a surety.  Vigil certified that she mailed this document, among others, to Timothy Geithner, Secretary of the Treasury, for Pawelski.

27.     On or about April 10, 2009, in an attempt to reduce her tax liability, Vigil signed and submitted or caused to be submitted to the Department of the Treasury a document entitled "Private Registered Bond for Setoff," dated April 2, 2009, payable to the Department of Treasury, in the amount of $100 Billion.  Brokaw and Pawelski signed this document as sureties.  Mueller certified that she mailed this document, among others, to Timothy Geithner, Secretary of the Treasury, for Vigil.

28.     On or about April 20, 2009, in an attempt to thwart legitimate tax collection attempts and to reduce her tax liability, Vigil signed and submitted or caused to be submitted to Timothy Geithner, Secretary of the Treasury, a document entitled "Private Registered Indemnity Bond," in the amount of $300 Million.  Brokaw and Pawelski signed this document as sureties and Mueller certified mailing this document to Geithner for Vigil.

29.     On or about June 2, 2009, in an attempt to thwart legitimate tax collection attempts and to reduce her tax liability, Vigil signed and submitted or caused to be submitted to Timothy Geithner, Secretary of the Treasury, a document entitled "Registered Private Offset and Discharge Bond" in the amount of $300 Million.  Brokaw and Pawelski signed this document as sureties and Mueller certified mailing this document to Geithner for Vigil.

30.     On or about June 2, 2009, in an attempt to thwart legitimate tax collection attempts and to reduce her tax liability, Vigil signed and submitted or caused to be submitted to Eric Thorson, United States Treasury, Inspector General, a document entitled "Private Registered Bond for Setoff," dated April 2, 2009, in the amount of $100 Billion.  Brokaw and Pawelski signed this document as sureties and Mueller certified mailing this document, and others, to Thorson for Vigil.

31.     On or about November 16, 2009, in order to thwart legitimate tax collection attempts and to reduce the tax liability of W.R., Brokaw and Pawelski signed as sureties on a "Private Registered Bond for Setoff" in the amount of $100 Billion

submitted to the Department of the Treasury by W.R. in purported settlement of the tax debt of W.R.

32.     On or about December 2, 2009, in an attempt to thwart legitimate tax collection attempts and to reduce her tax liability, Vigil submitted or caused to be submitted a packet of documents including a $62,435.95 "Registered Bonded Promissory Note" to IRS Revenue Officer T.P. and an IRS Form 56 appointing Timothy Geithner, Secretary of the Treasury, as her fiduciary.  Mueller certified that she mailed these documents to the IRS for Vigil.

33.     On or about December 7, 2009, in an attempt to thwart legitimate tax collection attempts and to reduce N.B.'s tax liability, Pawelski submitted or caused to be submitted a packet of documents including a "Registered Bonded Promissory Note" for $767,551.15 and an IRS Form 56 naming Timothy Geithner, Secretary of the Treasurer, as Pawelski's fiduciary to the personal residence of IRS Revenue Officer G.W. to settle the tax liability of N.B.  Vigil certified mailing these documents for Pawelski to G.W.'s personal residence.

34.     On or about February 5, 2010, in an attempt to thwart legitimate tax collection attempts, Brokaw signed and submitted or caused to be submitted to IRS employee M.G. a "Final Notice of Default and Demand for Payment" in the amount of $72,000,000 based on M.G.'s alleged libel of Brokaw.  Mueller certified that she mailed the Notice of Default for Brokaw and notarized Brokaw's signature on it.

35.     On or about March 24, 2010, in an attempt to thwart legitimate tax collection attempts, Brokaw, accompanied by Pawelski and Vigil, hand-delivered to the

IRS copies of Notices and Maritime liens against IRS employees M.P. and M.G. The lien against M.P. claimed damages, interest, penalties and fees in the amount of $1,126,650,000. The lien against M.G. claimed damages, interest, penalties and fees in the amount of $2,232,000,000. Mueller notarized Brokaw's signatures on these liens.

36.     Between on or about May 2, 2011, and May 16, 2011, in an attempt to thwart legitimate tax collection attempts and to reduce his tax liability, Brokaw submitted or caused to be submitted a packet of documents to the IRS: 11 IRS payment vouchers addressed to him stating the amounts he owed to the IRS, and one life insurance policy statement. Brokaw wrote over each of these documents, labeling them as "Money Orders" payable to the IRS to be credited to his tax liability. Mueller notarized Brokaw's signature on the letter Brokaw submitted with these documents.

37.     On or about January 13, 2012, in an attempt to thwart legitimate tax collection attempts and to reduce his tax liability, Pawelski submitted a letter to the IRS claiming that his tax debts had been discharged by an enclosed, purported EFT instrument dated December 5, 2011, in the amount of $132,000 drawn on a closed bank account.

38.     On or about February 24, 2012, in an attempt to thwart legitimate tax collection attempts and to reduce her tax liability, Mueller submitted a letter to the IRS claiming that her tax debts had been discharged by an enclosed, purported EFT instrument dated February 24, 2012, in the amount of $16,489.25 drawn on a closed bank account.

39.     On or about March 13, 2012, in an attempt to thwart legitimate tax collection attempts and to reduce his tax liability, Brokaw mailed or caused to be mailed a letter to the IRS in which he referenced and enclosed earlier filings with the IRS and claimed that his tax debts had been discharged by an enclosed, purported EFT instrument dated November 20, 2011, in the amount of $522,692.48.  This EFT instrument was drawn on a closed bank account.

40.     On or about April 26, 2012, in an attempt to thwart legitimate tax collection attempts and to satisfy a civil tax judgment against C.L., Brokaw signed and submitted or caused to be submitted to the United States District Court for the District of Colorado a purported EFT instrument dated April 26, 2012, in the amount of $5,978,973.  This EFT instrument was drawn on a closed bank account.

All in violation of Title 18, United States Code, Section 371.

## COUNT 15

### George Thomas Brokaw
### (26 U.S.C. § 7212(a) -- Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws)

41.     The Grand Jury realleges and incorporates paragraphs 1-2 herein.

42.     Beginning on or about April 1, 2009, and continuing through on or about April 26, 2012, in the State and District of Colorado, Defendant George Thomas Brokaw did corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to the IRS by him and others and to reduce his tax liability and the tax liability of others to the IRS, by the following means, among others:

14

43.    Brokaw committed the acts described in paragraphs 25, 26, 27, 28, 29,

30, 31, 34, 35, 36, 39, and 40, which are realleged and incorporated here.

All in violation of 26 U.S.C. § 7212(a).

### COUNT 16

**John J. Pawelski**
**(26 U.S.C. § 7212(a) -- Corrupt Endeavor to Obstruct or Impede the Due**
**Administration of the Internal Revenue Laws)**

44.    The Grand Jury realleges and incorporates paragraphs 1-2 herein.

45.    Beginning on or about March 25, 2008, and continuing through on or

about January 13, 2012, in the State and District of Colorado, Defendant John J.

Pawelski did corruptly endeavor to obstruct and impede the due administration of the

Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to

the IRS by him and others and to reduce his tax liability and the tax liability of others to

the IRS, by the following means, among others:

46.    Pawelski committed the acts described in paragraphs 24, 25, 26, 27, 28,

29, 30, 31, 33, 35, and 37, which are realleged and incorporated here.

All in violation of 26 U.S.C. § 7212(a).

### COUNT 17

**Mimi M. Vigil**
**(26 U.S.C. § 7212(a) -- Corrupt Endeavor to Obstruct or Impede the Due**
**Administration of the Internal Revenue Laws)**

47.    The Grand Jury realleges and incorporates paragraphs 1-2 herein.

48.    Beginning on or about March 25, 2008, and continuing through on or

about March 24, 2010, in the State and District of Colorado, Defendant Mimi M. Vigil did

corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to the IRS by her and others and to reduce her tax liability and the tax liability of others to the IRS, by the following means, among others:

49.     Vigil committed the acts described in paragraphs 24, 25, 26, 27, 28, 29, 30, 32, 33, and 35, which are realleged and incorporated here.

All in violation of 26 U.S.C. § 7212(a).

## COUNT 18

### Clara M. Mueller
### (26 U.S.C. § 7212(a) -- Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws)

50.     The Grand Jury realleges and incorporates paragraphs 1-2 herein.

51.     Beginning on or about April 1, 2009, and continuing through on or about February 24, 2012, in the State and District of Colorado, Defendant Clara M. Mueller did corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to the IRS by her and others and to reduce her tax liability and the tax liability of others to the IRS, by the following means, among others:

52.     Mueller committed the acts described in paragraphs 25, 27, 28, 29, 30, 32, 34, 35, 36, and 38, which are realleged and incorporated here.

All in violation of 26 U.S.C. § 7212(a).

Dated this 23rd day of September, 2013.


A TRUE BILL


<u>Ink signature on file in the clerk's office</u>
FOREPERSON



JOHN F. WALSH
United States Attorney


By: <u>*s/Matthew T. Kirsch*</u>
MATTHEW T. KIRSCH
MARTHA A. PALUCH
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail:matthew.kirsch@usdoj.gov
        martha.paluch@usdoj.gov
Attorneys for the United States

<u>DEFENDANT</u>: GEORGE THOMAS BROKAW

<u>DOB</u>:        1945

<u>ADDRESS</u>:

       Colorado Springs, CO 80918

<u>COMPLAINT FILED?</u>        _____ YES   X   NO

<u>OFFENSE</u>:  **<u>Count 1:</u>**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

         **<u>Counts 2 – 7:</u>**        18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

         **<u>Count 14:</u>**        18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

         **<u>Count 15:</u>**        26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting

<u>LOCATION OF OFFENSE:</u>        El Paso County, Colorado

<u>PENALTY</u>:  **<u>Count 1:</u>**        NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

         **<u>Counts 2 – 7:</u>**        NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

         **<u>Count 14:</u>**        NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

         **<u>Count 15:</u>**        NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

<u>AGENT:</u>        Special Agent Adam Rutkowski, IRS CI
         Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
___X___ over five days
_____ other


THE GOVERNMENT
_____ will seek detention in this case
___X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:  _____      Yes      ___X___ No