```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2014

JEFFREY P. COLWELL
                CLERK
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

| | |
|---|---|
| UNITED STATES OF AMERICA<br>NO KNOWN ADDRESS<br>ENTITY UNDISCLOSED<br>Plaintiff,<br><br>v.<br><br><br><br>Defendant.<br>GEORGE THOMAS BROKAW (Government Registered Trade Name, Trust, Estate) | CASE NO.<br><br>13-cr-00392-CMA<br><br>NOTICE ENTRY OF APPEARANCE AS A THIRD PARTY OF INTEREST<br><br>NOTICE OF INDEMNIFICATION CONTRACT WITH UNITED STATES<br><br>MANDATORY JUDICIAL NOTICE |

COMES NOW, George Thomas Brokaw, "state" Citizen / "national" 8 USC 1101(a)(21), with an Notice Entry of Appearance as a third party of interest on this court of record on and for the public record, a real flesh and blood man of the age of majority, by Special Attendance, Reserving All Rights, without accepting the jurisdiction or **being the Surety** for the Government registered created all-capital legal "PERSON" GEORGE THOMAS BROKAW (Debtor) a trust, Pursuant to Social Security Act of 1935, Specifically **Titile V section 502(a) & 502(b)** with the UNITED STATES as the secured party creditor, and sets forth this to be read and is required to be acted upon pursuant to oaths sworn by the magistrate/judge and the officers of the court as public servants and pursuant to the unalienable rights secured for in the Constitution of the United States of America, and Colorado Constitution including the Bill of Rights.

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**
Page 1 of 13

## NOTICE OF INDEMNIFICATION CONTRACT WITH UNITED STATES

Know All Whom these presents, comes now a Peaceful inhabitant George Thomas Brokaw "state" Citizen / "national" 8 USC 1101(a)(21), hereinafter "Bailor/Naked Owner of GEORGE THOMAS BROKAW" to give mandatory judicial notice that I am accepting the offer of indemnification pursuant to 12 USC 95a(2) and by special appearance in the limited capacity of Naked Owner and Bailor does assign in good faith the reversionary interest in GEORGE THOMAS BROKAW to and for the account of the United States, and acknowledges 12 USC 95(b) as Ratification of acts of President and Secretary of the Treasury under 95a, and in harmony with such, accepts acquittance and discharge by the United States of further obligation and intends to subscribe and rely on this section in any and all present and future transactions in exercise of obligations under contract protected by State and Federal Constitution(s).

In fulfillment of usufructuary duties, the United States has contracted to provide full acquittance and discharge in all matters and release George Thomas Brokaw from liability in any court. Please update your records and provide any servicing procedures to ensure that all present and future claims, charges and correspondence are all forwarded to the Attorney General and any proper United Stated office for full acquittance and discharge.

Bailor/Naked Owner of GEORGE THOMAS BROKAW do not consent to being surety for GEORGE THOMAS BROKAW and seeks recoupment under UCC 3-102(a)(i) and (ii) which is "quiet enjoyment in original (native) jurisdiction" for each matter associated with George Thomas Brokaw/ GEORGE THOMAS BROKAW interest is a proceed.

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

**Page 2 of 13**

One trusts that good faith and clean hands will be had by all.  Tetelestai!

# MANDATORY JUDICIAL NOTICE OF 12 PRESUMPTIONS

1. The *Presumption of **Public Record*** is that any matter brought before a court is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter

    **This presumption is rebuked and rejected and is hereby demanded the matter is to be on the Public Record**

2. The *Presumption of **Public Service*** and that all members of the Private Bar Guild who have all sworn a solemn absolute oath to their Guild then act as public agents of the Government, or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild.

    **This presumption is rebuked and rejected, the claim stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath; the possibility of this matter being a private matter is rebutted.  All**

persons engaged in the matter at hand, are deemed to be in public service, as public servants.

3. The *Presumption of Public Oath* is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartially and fairly as dictated by their oath, It is openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath, It is openly challenged and such individuals must recuse themselves as having a conflict of interest and cannot stand under a public oath.

**The possibility of this is rebutted and all public servants acting on behalf of this matter are required to state all sworn oaths, both public and private.**

4. The *Presumption of Immunity* is, that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. It is openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from personal accountability for their actions.

**This is absolutely rebutted. Any person acting as an agent for a nameless, faceless corporation is wholly**

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

**personally responsible for their actions on behalf of the corporation. All actions incurring any degree of injury will incur Notice of Injury, including severe financial penalty.**

5. The *Presumption of **Summons*** is, that by custom a summons un-rebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned with a copy of rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands.

   **This presumption is absolutely rebutted, on this occasion, on past occasions, and on all future occasions. However, at no time am I absent, nor silent with regard to the matters at hand.**

6. The *Presumption of **Custody*** is, that by custom if a summons is not rebutted, it stands and therefore one who attends Court is presumed to be a **thing** and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a **thing** and property and therefore lawfully able to be kept in custody by custodians.

   **This presumption is absolutely rebutted,**

> I am alive and well and a man,
>
> I am not in custody by Custodians or Guardians,
>
> I am not a "thing",
>
> I am not the property of the Court Under no circumstances may I/We be detained in any way whatsoever, nor at any time, past, present or future.

7. The *Presumption of the Court of Guardians* is the presumption that as you may be listed as a "resident" of a ward of a local government area, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians", Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption is rebutted that I am by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court);

   **This presumption is absolutely rebutted,**
   **I am at all times the General Executor and General Guardian of all my matters including those currently under discussion,**
   **I am the victim of a system of debtism, employed by a private banking system and upheld by a private Bar Guild.**

8. The *Presumption of Court of Trustees* is that the members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending the Court, as such Courts are always for public trustees by the rules of

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

the Guild and the Court, Unless this presumption is openly challenged to state you are merely visiting by "special attendance" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction-simply because you "appeared".

**This presumption is absolutely rebutted. Absolutely no jurisdiction, at any time, may be claimed by the Private Bar Guild and the Court over me, The office of trustee is rejected, The role of public servant and government employee is rejected, However, the need for each of us to contribute to the wellbeing of community is acknowledged and graciously embraced.**

9. The *Presumption of Government* acting in two roles as **Executor and Beneficiary** is that for the matter at hand, the Private Bar Guild appoint the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter, Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default the trustee, therefore must obey the rules of the executor (judge/magistrate).

**This presumption is rebutted.**

**I am General Executor, General Guardian and Beneficiary with regard to all matters pertaining to the legal person**

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

GEORGE THOMAS BROKAW, **as well as the living flesh and blood man,** George Thomas Brokaw.

10. The *Presumption of **Executor De Son Tort***, is the presumption that the accused does seek to assert their right as Executor and Beneficiary over their body, mind, soul living man they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor, Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged by not only asserting one's position as Genaral Executor as well as questioning if the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and a judge or magistrate of the private Bar guild may seek the assistance of bailiffs or sheriffs to assert their false claim.

**This is rebutted, Under no circumstances may the Judge attempt to assume the role of Executor and before any personal attendance before a court is undertaken to discuss matters at hand, the Judge will need to put in writing that this is clearly understood, fully disclosed and acknowledged.**

11. The *Presumption of **Incompetence*** is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly, Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

Page 8 of 13

forced into psychiatric evaluation, Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent, then the judge or magistrate can do what they need to keep you obedient.

**This is rebutted, The Law is under scrutiny for it's contribution to the current state of the planet, the distribution of rights and resources and the obstruction of Divine Law, In discussion regarding such matters, no privilege of deeming me/us incompetent is permitted.**

12. The *Presumption of Guilt* is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty" Therefore unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the public record or call demurer, then the presumption is you are guilty and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

**This is rebutted, Under no circumstances is a presumption of Guilt allowed, Under no circumstances may I be detained. Under no circumstances may any financial transaction occur, in the favor of the Guild until the claims of the private corporation are investigated.**

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

1
2
3
4
5
6
7
8           I, George Thomas Brokaw, **a man made in God's image**
9   **and endowed by our Creator with all unalienable Rights and**
10  **arguably a Constitutionally protected man with full bill of**
11  **rights.**
12
13  Dated this __29__ day of September, 2014.
14
15  Autograph: __*George Thomas Brokaw*__
16      George Thomas Brokaw, "state" Citizen / "national" 8 USC 1101(a)(21)
17
18
19
20
21
22
23
24
25
26
27
28

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

1
2
3
4
5
6
7
8
9

## CERTIFICATE OF FILING

10
11
12
13  I certify that I filed the original, "Notice of Entry of Appearance as a Third Party of Interest,
14  Notice of Indemnification..."
15  COURT:
16
17        By this method of filing:
18        Sent by First Class Mail to the Clerk of the Court, United States District Court, District of
19  Colorado, 901 19th Street, Denver, Colorado 80294.
20        Clerk, Please return a stamped copy in the postage stamped envelope provided.
21        Clerk, Please provide a copy to all parties of interest.
22
23
24     Dated this  29  day of SEPTEMBER 2014
25
26                                              By: _George Thomas Brokaw_
27                                                   George Thomas Brokaw, "state" Citizen
28

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH
UNITED STATES

Page 11 of 13

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via U.S. MAIL the foregoing upon the following:

Judge Christine M. Arguello
U. S. District Court
901 19th Street
Denver, Colorado 80294

United States Attorneys Office
% Matthew T. Kirsch (or designee)
1225 17th Street
Denver, Colorado 80202

By U.S. MAIL FIRST CLASS mail a copy of said in a sealed envelope, addressed to the parties listed above, and on the date set forth below.

Dated this 29 day of September, 2014

By: _George Thomas Brokaw_____
George Thomas Brokaw, "state" Citizen

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES
Page 12 of 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**