FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 8 2014

JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. |
| | ) |
| Plaintiff, | ) 13-cr-00392-CMA |
| Not, "United States District Court" | ) **"CORRECTED COPY"** |
| v. | ) **NOTICE ENTRY OF APPEARANCE** |
| | ) **AS A THIRD PARTY OF INTEREST** |
| | ) |
| | ) **MANDITORY JUDICIAL NOTICE** |
| | ) |
| | ) **AFFIDAVIT OF TRUTH** |
| | ) |
| GEORGE THOMAS BROKAW | ) **I DO NOT ACCEPT THIS OFFER TO** |
| | ) **CONTRACT** |
| Defendant. | ) **I DO NOT CONSENT TO THESE** |
| | ) **PROCEEDINGS** |
| | ) **RESCIND FOR CAUSE** |
| | ) **MANDATORY JUDICIAL NOTICE** |
| | ) |
| | ) **NOTICE OF INDEMNIFICATION** |
| | ) **CONTRACT WITH UNITED STATES** |
| | ) |

COMES NOW, Affiant George Thomas Brokaw,

"state" Citizen / U.S.A."national" 8 USC 1101(a)(21), with an Notice Entry of Appearance

as a third party of interest on this court of record on and for the public record, a real flesh

and blood man of the age of majority, by Special Attendance, (*"A shipowner who sends his*

*vessel into a foreign port gives notice by his flag to all who enter into contracts with the master*

*that he intends the law of that flag to regulate such contracts, and that they must either submit to*

*its operation or not contract with him." Ruhstrat v. People, 185 Ill. 133, 57 N.E. 41, 49 L.R.A.*

*181, 76 Am.St.Rep. 30,)*

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH**
**UNITED STATES**
### Page 1 of 12

In Uniform with a fully marked vessel flying flags claiming dual citizenship status Reserving All Rights, hereinafter "AFFIANT", without accepting the jurisdiction or **THE SURETY** for the Government Registered created all-capital usufruct legal ARTIFICIAL "PERSON" *GEORGE THOMAS BROKAW* (Debtor) a trust, U.S Citizen *(Congress has stated that a citizen of the United States is a civilly dead entity, Congressional Record, June 13, 1967, pp. 15641-15646. A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Inc.)* Pursuant to Social Security Act of 1935, Specifically **Titile V section 502(a) & 502(b)** with the UNITED STATES as the secured party creditor, and sets forth this affidavit in truth to be read and is required to be acted upon pursuant to oaths sworn by the magistrate/judge and the officers of the court as public servants and pursuant to the unalienable rights secured for "AFFIANT" in the Constitution of the United States of America, and Colorado Constitution including the Bill of Rights.

I, "AFFIANT" do not accept this offer to contract, I do not consent to these proceedings, and rescind for cause.

### NOTICE OF INDEMNIFICATION CONTRACT WITH UNITED STATES

Know All Whom these presents, comes now a Peaceful inhabitant George Thomas Brokaw "state" Citizen / "national" 8 USC 1101(a)(21) **(See Exhibit A, Affidavit's of Nationality)**, hereinafter "Bailor/Naked Owner of GEORGE THOMAS BROKAW" to give mandatory judicial notice that I am accepting the offer of indemnification pursuant to 12 USC 95a(2) and by special appearance in the limited capacity of Naked Owner and Bailor does assign in good faith the reversionary interest in GEORGE THOMAS BROKAW to and for the account of the United States, and acknowledges 12 USC 95(b) as Ratification of acts of President and Secretary of the Treasury under 95a, and in harmony with such, accepts acquittance and discharge by the United States of further obligation and intends to subscribe and rely on this section is any and all present and future

transactions in exercise of obligations under contract protected by State and Federal Constitution(s).

In fulfillment of usufructuary duties, the United States has contracted to provide full acquittance and discharge in all matters and release George Thomas Brokaw from liability in any court.  Please update your records and provide any servicing procedures to ensure that all present and future claims, charges and correspondence are all forwarded to the Attorney General and any proper United Stated office for full acquittance and discharge.

Bailor / Naked Owner of GEORGE THOMAS BROKAW do not consent to being surety  for GEORGE THOMAS BROKAW and seeks recoupment under UCC 3-102(a)(i) and (ii) which is "quiet enjoyment in original (native) jurisdiction" for each matter associated with George Thomas Brokaw / GEORGE THOMAS BROKAW interest is a proceed.
One trusts that good faith and clean hands will be had by all.  Tetelestai!

# MANDATORY JUDICIAL NOTICE OF 12 PRESUMPTIONS

1. The *Presumption of **Public Record*** is that any matter brought

   before a court is a matter for the public record when in fact it is

   presumed by the members of the private Bar Guild that the matter

   is a private Bar Guild business matter.

   **This presumption is rebuked and rejected and is hereby**

   **demanded the matter is to be on the Public Record.**

2. The *Presumption of **Public Service*** and that all members of the

   Private Bar Guild who have all sworn a solemn absolute oath to

   their Guild then act as public agents of the Government, or "public

   officials" by making additional oaths of public office that openly and

   deliberately contradict their private "superior" oaths to their own

   Guild.

   **This presumption is rebuked and rejected, the claim**

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath; the possibility of this matter being a private matter is rebutted.  All persons engaged in the matter at hand, are deemed to be in public service, as public servants.

3.   The *Presumption of **Public Oath*** is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartially and fairly as dictated by their oath.  It is openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath.  It is openly challenged and such individuals must recuse themselves as having a conflict of interest and cannot stand under a public oath.

**The possibility of this is rebutted and all public servants acting on behalf of this matter are required to state all sworn oaths, both public and private.**

4.   The *Presumption of **Immunity*** is, that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. It is openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

personal accountability for their actions.

**This is absolutely rebutted. Any person acting as an agent for a nameless, faceless corporation is wholly personally responsible for their actions on behalf of the corporation. All actions incurring any degree of injury will incur Notice of Injury, including severe financial penalty.**

5.  The *Presumption of Summons* is, that by custom a summons un-rebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned with a copy of rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands.

    **This presumption is absolutely rebutted, on this occasion, on past occasions, and on all future occasions. However, at no time am I absent, nor silent with regard to the matters at hand.**

6.  The *Presumption of Custody* is, that by custom if a summons is not rebutted, it stands and therefore one who attends Court is presumed to be a **thing** and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. Unless this presumption is openly challenged

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

by rejection of summons and/or at court, the presumption stands

you are a **thing** and property and therefore lawfully able to be kept

in custody by custodians.

    **This presumption is absolutely rebutted.**

**I am alive and well and a man,**

**I am not in custody by Custodians or Guardians.**

**I am not a "thing".**

**I am not the property of the Court. Under no circumstances**

**may I be detained in any way whatsoever, nor at any time,**

**past, present or future.**

7.   The *Presumption of the Court of **Guardians*** is the presumption

that as you may be listed as a "resident" of a ward of a local

government area, you are a pauper and therefore under the

"Guardian" powers of the government and its agents as a "Court of

Guardians".  Unless this presumption is openly challenged to

demonstrate you are both a general guardian and general executor

of the matter (trust) before the court, the presumption is rebutted

that I am by default a pauper, and lunatic and therefore must obey

the rules of the clerk of guardians (clerk of magistrates court);

**This presumption is absolutely rebutted. I am at all times the**

**General Executor and General Guardian of all my matters**

**including those currently under discussion, and I am the**

**victim of a system of debtism, employed by a private banking**

**system and upheld by a private Bar Guild.**

8. The *Presumption of Court of Trustees* is that the members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending the Court, as such Courts are always for public trustees by the rules of the Guild and the Court.  Unless this presumption is openly challenged to state you are merely visiting by "special attendance" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction-simply because you "appeared".

**This presumption is absolutely rebutted. Absolutely no jurisdiction, at any time, may be claimed by the Private Bar Guild and the Court over me.  The office of trustee is rejected. The role of public servant and government employee is rejected.  However, the need for each of us to contribute to the wellbeing of community is acknowledged and graciously embraced.**

9. The *Presumption of Government* **acting in two roles as Executor and Beneficiary** is that for the matter at hand, the Private Bar Guild appoint the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter.  Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default the trustee, therefore

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

must obey the rules of the executor (judge/magistrate).

**This presumption is rebutted.  I am the General Executor, General Guardian and Beneficiary with regard to all matters pertaining to the legal person** GEORGE THOMAS BROKAW, **as well as the living flesh and blood man,** George Thomas Brokaw.

10. The *Presumption of **Executor De Son Tort***, is the presumption that the accused does seek to assert their right as Executor and Beneficiary over their body, mind, soul living man they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor.  Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged by not only asserting one's position as Executor as well as questioning if the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and a judge or magistrate of the private Bar guild may seek the assistance of bailiffs or sheriffs to assert their false claim.

**This is rebutted.  Under no circumstances may the Judge attempt to assume the role of Executor and before any personal attendance before a court is undertaken to discuss matters at hand, the Judge will need to put in writing that this is clearly understood, fully disclosed and acknowledged.**

11. The *Presumption of **Incompetence*** is the presumption that you are

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

at least ignorant of the law, therefore incompetent to present

yourself and argue properly.  Therefore, the judge/magistrate as

executor has the right to have you arrested, detained, fined or

forced into psychiatric evaluation.  Unless this presumption is

openly challenged to the fact that you know your position as

executor and beneficiary and actively rebuke and object to any

contrary presumptions, then it stands by the time of pleading that

you are incompetent, then the judge or magistrate can do what

they need to keep you obedient.

**This is rebutted.  The Law is under scrutiny for it's
contribution to the current state of the planet, the distribution
of rights and resources and the obstruction of Divine Law.  In
discussion regarding such matters, no privilege of deeming
us incompetent is permitted.**

12. The *Presumption of Guilt* is the presumption that as it is presumed

to be a private business meeting of the Bar Guild, you are guilty

whether you plead "guilty", do not plead or plead "not guilty".

Therefore unless you either have previously prepared an affidavit

of truth and motion to dismiss with extreme prejudice onto the

public record or call demurer, then the presumption is you are

guilty and the private Bar Guild can hold you until a bond is

prepared to guarantee the amount the guild wants to profit from

you.

**This is rebutted.  Under no circumstances is a presumption of**

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH
UNITED STATES**

Guilt allowed.  Under no circumstances may I be detained.

Under no circumstances may any financial transaction occur,

in the favor of the Guild until the claims of the private

corporation are investigated.

        I, George Thomas Brokaw, "state" Citizen a man made in

God's image and endowed by our Creator with all unalienable

Rights and arguably a Constitutionally protected man with full

bill of rights.

Further Affiant sayeth naught.

I certify under penalty of perjury that the information provided in this
Affidavit of Truth is true, correct, and complete to the best of my
knowledge and ability.  Remedy for perjury may only be pursued in a
state court under common law.

Dated this ___6___ day of October, 2014.

Autograph: _George Thomas Brokaw_

        Affiant: George Thomas Brokaw, "state" Citizen / U.S.A."national"

State of _ColoRado_, County of _EL Paso_,

signed or attested before me, this _6th_ day of _October_,

20 _14_ by George Thomas Brokaw

_Jon Schnardt_

PRINT NAME—NOTARY PUBLIC—State of Colorado

_(signature)_

SIGNATURE—NOTARY PUBLIC

_Notary Public_

Title and (Rank)

My Commission Expires: _05/24/2016_



MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH
UNITED STATES
           **Page 10 of 12**

## CERTIFICATE OF FILING

I certify that I filed the original,

"CORRECTED COPY", NOTICE OF ENTRANCE OF APPEARANCE AS A THIRD PARTY OF INTEREST.

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO:
901 19th STREET, DENVER, COLORADO 80294

By this method of filing:

By First Class Mail sent to the Clerk of the Court.

Clerk, please return a stamped copy in the addressed and postage paid envelope Provided.

Clerk, please notify all parties of interest.

Dated this ___7___ day of October 2014

By: _George Thomas Brokaw_
George Thomas Brokaw, "state" Citizen

1
2
3
4
5
6
7
8
9

**CERTIFICATE OF SERVICE**

10

11   I hereby certify that I caused to be served via first class mail the foregoing,

12   "CORRECTED COPY" NOTICE OF ENTRY OF APPEARANCE AS A THIRD

13   PARTY OF INTEREST.

14
15

upon the following:

16
17   United States Attorneys Office
     % Matthew T. Kirsch (or designee)
18   1225 17th Street
     Denver, Colorado 80202
19
20
21
22   Dated this _7_ day of October, 2014
23
24                              By: _George Thomas Brokaw_
25                                  George Thomas Brokaw, "state" Citizen
26
27
28

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH
UNITED STATES**
                              Page 12 of 12