REGISTERED MAIL # RA 218 088 269 US

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 29 2014
JEFFREY P. COLWELL
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. |
| Plaintiff, | ) ) | 13-cr-00392-CMA |
| v. | ) ) | **MANDITORY JUDICIAL NOTICE** |
| | ) ) ) ) ) ) | Notice of george thomas brokaw the "trust", agent for General Executor Office GEORGE THOMAS BROKAW Estate, make an entry of coming forward "Appearance", as Third party in interest and protector of the |
| GEORGE THOMAS BROKAW | ) ) | GEORGE THOMAS BROKAW estate |
| Defendant. | ) ) | |

RA 218 088 269 US

COMES NOW, george thomas brokaw, As the protector of the "Estate" and (Annexed Form 56) agent for the General Executor Office GEORGE THOMAS BROKAW estate, make an Entry of coming forward "Appearance", as a third party of interest. For the GEORGE THOMAS BROKAW case # 13-cr-00392-CMA .

**MANDATORY JUDICIAL NOTICE**

Page 1 of 5

REGISTERED MAIL # RA 218 088 269 US

Dated this __28__ day of October, 2014.

*George Thomas Brokaw*

george thomas brokaw, agent for general executor office

**MANDATORY JUDICIAL NOTICE**

**Page 2 of 5**

REGISTERED MAIL # RA 218 088 269 US

## CERTIFICATE OF FILING

I certify that I filed the original "MANDATORY JUDICIAL NOTICE" and "ANNEXED FORM 56 date stamped Oct. 27, 2014" with;

UNITED STATES DISTRICT COURT, CLERK OF THE COURT;

By this method of filing:
REGISTERED MAIL # RA 218 088 269 US

Dated this __28__ day of October 2014

By: _/s/ George Thomas Brokaw_
George Thomas Brokaw, "state" Citizen

MANDATORY JUDICIAL NOTICE

Page 3 of 5

REGISTERED MAIL # RA 218 088 269 US

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via first class mail the foregoing

upon the following:

UNITED STATES ATTORNEYS OFFICE
Matthew T. Kirsch (or designee)
1225 17th Street
Denver, Colorado 80202

UNITED STATES DISTRICT JUDGE
Christine M. Arguello
901 19th Street
Denver, Colorado 80294

Dated this 28 day of October, 2014

By: _____
George Thomas Brokaw, "state" Citizen

MANDATORY JUDICIAL NOTICE

Page 4 of 5

REGISTERED MAIL # RA 218 088 269 US

```
U.S. POSTAL SERVICE    CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
   P.O. Box 8100
   Colorado Springs, Colorado
          80933-8100

One piece of ordinary mail addressed to:
   Clerk of the Court,
   United States District Court
   901 19th. Street
   Denver, Colorado 80294

PS Form 3817, Mar. 1989
```

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.





**MANDATORY JUDICIAL NOTICE**

Page 5 of 5

| Form **56** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

### Part I — Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| GEORGE THOMAS BROKAW | | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
**IN CARE OF ISAIAH 33 TRUST, P.O. BOX 8100**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Colorado Springs, Colorado 80933-8100**

Fiduciary's name
**GEORGE THOMAS BROKAW estate**

Address of fiduciary (number, street, and room or suite no.)
**IN CARE OF ISAIAH 33 TRUST, P.O. Box 8100**

City or town, state, and ZIP code
**Colorado Springs, Colorado 80933-8100**

Telephone number (optional)
(   )

### Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:
- a ☐ Court appointment of testate estate (valid will exists)
- b ☐ Court appointment of intestate estate (no valid will exists)
- c ☐ Court appointment as guardian or conservator
- d ☐ Valid trust instrument and amendments
- e ☐ Bankruptcy or assignment for the benefit or creditors
- f ☑ Other. Describe ▶ **General Executor Office for Estate; Agent: brokaw, george thomas, Title 11 USC, sec. 558, Title 12 USC 95b**

**2a** If box 1a or 1b is checked, enter the date of death ▶ _____

**2b** If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **effective upon notice by General Executor**

*(Stamp: INTERNAL REVENUE SERVICE W & I - FIELD ASSISTANCE COLORADO SPRINGS, CO 80906 RECEIVED OCT 27 14 2:30PM)*

### Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income  ☑ Gift  ☑ Estate  ☑ Generation-skipping transfer  ☐ Employment  ☐ Excise  ☑ Other (describe) ▶ **at Article XIV Clause 4 assessment against the estate; Title 12 USC 95A(2)**

**4** Federal tax form number (check all that apply): a☑ 706 series  b☑ 709  c☐ 940  d☐ 941, 943, 944  e☑ 1040, 1040-A, or 1040-EZ  f☐ 1041  g☐ 1120  h☑ Other (list) ▶ **1099 OID, 1099 A, 1099 MISC, 1096**

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ _____

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.   Cat. No. 16375I   Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

### Part II — Court and Administrative Proceedings

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Address of court

**901 19th Street**

City or town, state, and ZIP code

**Denver, Colorado 80294**

Date proceeding initiated: **September 23, 2013**

Docket number of proceeding: **13-cr-00392-CMA**

Date: **Nov. 3, 2014**

Time: **9:00** ☑ a.m. ☐ p.m.

Place of other proceedings: **Denver, Colorado**

### Part III — Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _[signed] George Thomas Brokaw_
Fiduciary's signature

PROTECTOR FOR THE TRUST
Title, if applicable

**10-27-14**
Date

Form **56** (Rev. 12-2011)