# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. |
| ) | |
| Plaintiff, ) | 13-cr-00392-CMA |
| ) | |
| v. ) | MANDITORY JUDICIAL NOTICE |
| ) | |
| ) | Notice of george thomas brokaw |
| ) | the "trust", agent for General Executor |
| ) | Office GEORGE THOMAS BROKAW |
| ) | Estate, make an entry of coming forward |
| ) | "Appearance", as Third party in interest |
| ) | and protector of the |
| GEORGE THOMAS BROKAW ) | GEORGE THOMAS BROKAW estate |
| ) | |
| Defendant. ) | |
| ) | |

*FILED U.S. DISTRICT COURT DISTRICT OF COLORADO — 2014 NOV -3 AM 8:34 — JEFFREY P. COLWELL CLERK — DEP. CLK*

COMES NOW, brokaw, george thomas, As the protector of the "Estate" and, (Annexed Forms UCC FINANCING STATEMENT # 20142102166 & UCC FINANCING STATEMENT AMENDMENT # 20142102168) (5 pages) agent for the General Executor Office GEORGE THOMAS BROKAW estate, make an Entry of coming forward "Appearance", as a third party of interest. For the GEORGE THOMAS BROKAW case # 13-cr-00392-CMA . Clerk, Please record and provide a copy to all parties of interest.

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
thomas 719-599-7813

**B. E-MAIL CONTACT AT FILER [optional]**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Attorney General United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME** – Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GEORGE THOMAS BROKAW | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| EAST LIVERPOOL CITY HOSPITAL | EAST LIVERPOOL | OH | 43920 | USA |

**2. DEBTOR'S NAME** – Provide only one debtor name (2a or 2b) (use exact, full name, do not omit, modify or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GEORGE THOMAS BROKAW | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| OHIO SECRETARY OF STATE | COLUMBUS | OH | 43215 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Brokaw | George | Thomas | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| % Isaiah 33 trust P.O. Box 8100 | Colorado Springs | CO | 80933-8100 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral

All property belonging to the Debtor / Bailee belongs to the Secured Party:
property and persons of the secured party subject to claims and defenses by secured party; Declaration of Independence for the protection and defense of the self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with the care and maintenance provided by usufructuary. Being age of majority, secured party exercises a claim in recoupment for pledge and grant of bailment of person and property (credit / value of living soul) in State of infancy accepted by and delivered to debtors / Bailees as consideration for act of bailment by secured party.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6. Check only if applicable and check only one box.
☐ Public-Finance Transaction   ☒ A Debtor is a Transmitting Utility

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☒ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

401 FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (OR REV 06/13)

## UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 11/01/2014 13:49:06 PM
Master ID: 20142102166
Validation Number: 20142102166
Amount: $8.00

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: EAST LIVERPOOL CITY HOSPITAL
Address2: 425 W. 5TH STREET
City: EAST LIVERPOOL   State: OH   ZIP/Postal Code: 43920
Province: USA   Country: United States

Collateral is held in a Trust.

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: EAST LIVERPOOL CITY HOSPITAL
Address2: 425 W. 5TH STREET
City: EAST LIVERPOOL   State: OH   ZIP/Postal Code: 43920
Province: USA   Country: United States

The debtor is a transmitting utility.

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: OHIO SECRETARY OF STATE
Address2: 180 EAST BROAD STREET 16th FLR
City: COLUMBUS   State: OH   ZIP/Postal Code: 43215
Province: USA   Country: United States

Collateral is held in a Trust.

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: OHIO SECRETARY OF STATE
Address2: 180 EAST BROAD STREET 16th FLR
City: COLUMBUS   State: OH   ZIP/Postal Code: 43215
Province: USA   Country: United States

The debtor is a transmitting utility.

**Secured Party: (Individual)**
Last name: brokaw   First name: george   Middle name: thomas   Suffix:
Address1: c/o Isaiah 33 trust
Address2: P.O. Box 8100
City: Colorado Springs   State: CO   ZIP/Postal Code: 80933-8100
Province: USA   Country: United States

This secured party is an assignor

**Secured Party: (Individual)**
Last name: brokaw   First name: george   Middle name: thomas   Suffix:
Address1: c/o Isaiah 33 trust
Address2: P.O. Box 8100
City: Colorado Springs   State: CO   ZIP/Postal Code: 80933-8100

Province: USA                              Country: United States

## Collateral

**Description:**

All property belonging to the Debtor / Bailee belongs to the Secured Party:
property and persons of the secured party subject to claims and defenses by secured party; Declaration of Independence for the protection and defense of the self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with the care and maintenance provided by usufructuary.
Being age of majority, secured party exercises a claim in recoupment for pledge and grant of bailment of person and property (credit / value of living soul) in State of infancy accepted by and delivered to debtors / Bailees as consideration for act of bailment by secured party.

## Optional Information

**Alternative designation:**

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

This financing statement is a: Agricultural Lien

## Optional filer reference data/miscellaneous information:

reference Ohio division certificate  number 1945121885

## UCC FINANCING STATEMENT AMENDMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
thomas - 719-599-7813

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Attorney General United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC. 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20142102166

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**
Check one of these two boxes:  This Change affects ☐ Debtor or ☑ Secured Party of Record
AND Check one of these three boxes to:
☐ CHANGE name and/or address. Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name. Complete item 7a or 7b, and item 7c
☐ DELETE name. Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change – provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Brokaw | George | Thomas |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change – provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
United States

OR **7b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**
MAILING ADDRESS C/O: United States of America

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**
1500 Pennsylvania Ave. NW | Washington | DC | 20220 | USA

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:

reversionary interest assign to and for the account of the UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of safe harbor as per 12 U.S. Code 95a(2)

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing DEBTOR

**9a. ORGANIZATION'S NAME**

OR **9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Brokaw | George | Thomas |

**10. OPTIONAL FILER REFERENCE DATA**

404 FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (Rev. 06/13)

## UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 11/01/2014 14:02:53 PM
Master ID: 20142102166
Validation Number: 20142102168
Amount: $8.00

### Initial Financing Statement

File #: 20142102166          File Date: 11/01/2014 13:49:06 PM     Filing office: Secretary of State

### Collateral

This amendment restates collateral

Description:

reversionary interest assign to and for the account of the UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of safe harbor as per 12 U.S. Code 95a(2)

*[handwritten:]* Pay to the order of United States without recourse

Page 1 of 1

## CERTIFICATE OF FILING

I certify that I filed the original with the;

UNITED STATES DISTRICT COURT:

    By this method of filing:

    HAND DELIVERY

Dated this \_\_3\_\_ day of November 2014

By: _____
George Thomas Brokaw , "state" Citizen