# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br><br>GEORGE THOMAS BROKAW<br><br>Defendant. | CASE NO.<br><br>13-cr-00392-CMA<br><br>**MANDITORY JUDICIAL NOTICE**<br><br>Notice of George Thomas Brokaw<br>the "trust" agent for General Executor<br>Office GEORGE THOMAS BROKAW<br>Estate, bring forth Indemnity Bond |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 NOV -6  AM 7:26

JEFFREY P. COLWELL
CLERK

_____ DEP. CLK

COMES NOW, brokaw, George thomas, As the protector of the "Estate" and, (Annexed Forms SUPERCEDING INDICTMENT, AND UCC FINANCING STATEMENT # 20142102166 & UCC FINANCING STATEMENT AMENDMENT # 20142102168) (5 pages) agent for the General Executor Office of the GEORGE THOMAS BROKAW estate, make an Entry of coming forward "Appearance", as a third party of interest. For the GEORGE THOMAS BROKAW case # 13-cr-00392-CMA .

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **MANDATORY JUDICIAL NOTICE** was hand delivered on this 6th day of November 2014 to the Clerk of the Court, with notice hand delivered to all counsel of record.

Respectfully Submitted,

_George Thomas Brokaw_

George Thomas Brokaw
% P.O. Box 8100
Colorado Springs, Colorado

UNCITRAL CONVENTION
UNIDROIT

**38 STAT 265**
Demand for Lawful
Money for all transaction
[cf. 12 usc § 411]




**40 STAT. 415**
Acquittance and Discharge
from Further obligation
[cf. 12 usc § 411]

RA 218 088 241 US

Label 200 July 1999

32 Stat. 1803; Treaty Series 403 §§ 43, 44, 45, and 55 22 Stat. 940; Treaty Series 377 § 5
General Orders No. 100: Lieber Code of 1863: Article two, Article seven, and Article thirty-eight

## DECLARATION OF PEACE AND INDEMNITY BOND
Private Issue under Exemption / Safe Harbour Laws – Non-Negotiable – Void where prohibited by Law
UNCITRAL CONVENTION ARTICLES 1-7, ARTICLES 11, 12, 13, 46(3), 47(1) (4-c), 53
PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF THE UNCITRAL CONVENTION IN EFFECT ON THE DATE HEREOF
For enforcement of United States constitution amendment fourteen, authorized per act of congress: 40 STAT. 411, Trading with the enemy act 1917
Issued in reliance upon 96 Stat. 972 [cf. 31 usc § 3713] and 40 stat. 415 [cf. 12 usc § 95a(2)]

**Issuer:** GEORGE THOMAS BROKAW® estate
**Grantor:** brokaw, George thomas, /"state" Citizen, U.S.A. "national" as defined by 8 USC § 1101(a)(21)
**Office of the General Executor General:** Agent brokaw, george thomas
**Trustee:** United States of America, Equal and Superior Respondents
**Beneficiary:** United States, any who assist, GEORGE THOMAS BROKAW®
**Payee:** United States Treasury
**Registered Holder and Fiduciary:** Jacob J. Lew, Secretary of the U.S. Treasury
(or current holder of said Office, any/all heirs, agents, successors, and assigns)
c/o 1500 Pennsylvania Ave N.W., Washington, DC 20220

*KNOW ALL MEN BY THESE PRESENTS*, to facilitate lawful commerce and foster peaceful international intercourse in the absence of substance backed currency in circulation; Issuer with honourable intentions does hereby issue this **DECLARATION OF PEACE AND INDEMNITY BOND**. This Instrument is authorized and issued pursuant to the Wishes and Freewill Act and Deed of Grantor, and is pledged in Good Faith and Belief to the United States Treasury (care of Fiduciary), as Assurance to the United States, and its allies, of our alliance with all peaceful nations for the greater good of all mankind. Grantor, a living soul/"state" Citizen, U.S.A. "national" as defined by 8 USC § 1101(a)(21), remains an ambassador in service to the Creator under His Will.

Issuer does herewith knowingly and with full disclosure, hold, bind and obligate itself, by this Instrument as surety, in an unlimited amount for the FULL FAITH AND CREDIT GUARANTEED BY UNITED STATES for the functional currency of the United States. Fiduciary has been entered in the books of Executor and Issuer as the registered Holder of this Instrument, and shall post the full face value of the estate as an asset of the United States Treasury to be used only as set forth in the bond order below.

Fiduciary shall have ten (10) days from [de]livery, evidenced by U.S. Post Registry, to refuse this Instrument and related duties and liabilities with cause, by returning the original unaltered Instrument by way of Registered Post, care of the Executor, outlining the cause(s) for refusal. Notice and Service are not waived. Service in any other manner shall be defective. Failure to dishonour and return this original Instrument with a refusal for cause within ten (10) days as expressed herein, shall stipulate Fiduciary's honorable acceptance of this Instrument as Holder, and acceptance of all Fiduciary Duties per the terms and conditions contained herein. U.S. Post Registry record shall thereafter be classified as a receipt of indemnity per Lieber Code Article 38.

This done in Good Faith and Belief [and full accord with Public Law found at Chapter 48, 48 Stat. 112, Public Policy found at House Joint Resolution 192 of June 5, 1933, Public Law 73-10, the Uniform Commercial Code, UNCITRAL, Uniform Securities Transfer Act, Title 12 United States Code Sec. 95a(2), and all related International and Domestic Law], void where prohibited.

### BOND ORDER: ACQUITTANCE AND DISCHARGE FROM FURTHER OBLIGATION

With release of expectancy to and for the account of the United States as pledge in exchange for advancements to and for the account established for *MICKEE MIKEE MOUSE*, et al., to account for, extinguish, and obliterate any debt, duty and obligation, for reconveyance and quiet enjoyment of person and property postliminy: AND WITH any interests in reversions assigned and surrendered to and for the account of the United States, Office of the Secretary of Transportation, equal or superior respondents, for disposal pursuant to 96 Stat. 943 [cf. 31 usc § 3113] as a gift of gratitude for extension of Hospitality and Safe Harbor; AND NO PERSON shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation instruction, or direction issued hereunder AND the validity of the public debt of the United States, authorized by law shall not be questioned. But Neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

**GOOD FAITH EFFORT AND ATTEMPT TO SETTLE A DISPUTE WITH CLEAN HANDS AND IN HONOR**
INTERNATIONAL POINTS OF AUTHORITY: Law of Nations: Simple Treaty for Protection, Book 1, §§ 192 and 196; Book 2, §§ 104 and 105 Lieber Code of 1863; General Orders 100 §§ 2, 7, and 38 – 32 Stat. 1803; Treaty Series 403 : Hague II, 1907; July 29, 1899 §§ 43 and 55 – 22 Stat. 940 ; Treaty Series 377; Red Cross Convention, August 22, 1864 § 5

Done in Good Faith this 5th day of November, 2014 A.D.

UNCITRAL CONVENTION            Agent for the General Executor Office
UNIDROIT

per: *George Thomas Brokaw* (signature)
all rights not expressly granted, expressly reserved


seal

Pay to the order of United States Treasury Nov. 5, 2014 George Brokan



**UNCITRAL CONVENTION**
**UNIDROIT**

**38 STAT 265**
Demand for Lawful
Money for all transaction
[cf. 12 usc § 411]



RA 218 088 241 US



**40 STAT. 415**
Acquittance and Discharge
from Further obligation
[cf. 12 usc § 411]

32 Stat. 1803; Treaty Series 403 §§ 43, 44, 45, and 55 22 Stat. 940; Treaty Series 377 § 5
General Orders No. 100: Lieber Code of 1863: Article two, Article seven, and Article thirty-eight

To: Mr. Jacob Lew, equal and superior respondants
U.S. Department of Treasury
Office of executive secretary
1500 Pennsylvania Ave. N.W.
Room 3413
Washington, D.C. 20220

Dear mr Jacob Lew, equal and superior respondents

Enclosed offers are accepted for honor on behalf for the United States and, I hereby assign, as a gift, these offers on the condition that said debt be retired and never re-issued, I surrender any and all interest to the United States; that interest is reversionary and my reliance upon this is on 40 stat 411, 40 stat 415, and Title 12 United States Code, 95 a (2). Please do not hesitate to call me at 719-660-4677 between the hours of 8am-6pm MST, Monday to Friday. Thank you.

Sincerely

c/o Isaiah 33 Trust
P.O. Box 800
Colorado Springs, Colorado
80933-8100

From: Brokaw, george thomas

**International Points of Authority:** Law of Nations: Simple Treaty for Protection, Book 1, §§ 192 and 196; Book 2, §§ 104 and 105 · Lieber Code of 1863; General Orders 100 §§ 2, 7, and 38 · 32 Stat. 1803; Treaty Series 403: Hague II, 1907; July 29, 1899 §§ 43 and 55 · 22 Stat. 940; Treaty Series 377: Red Cross Convention, August 22, 1864 § 5

all rights not expressly granted, expressly reserved · **void where prohibited by law**

Pay to the Order of United States Treasury Nov. 5, 2014 George Thomas Burkart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this day of **Nov 04, 2014**
JEFFREY P. COLWELL
By s/D. Berardi
    Deputy

---

**FIRST SUPERSEDING INDICTMENT**
Count 1: 18 U.S.C. § 286
Counts 2-13: 18 U.S.C. § 287
Count 14: 18 U.S.C. § 371
Counts 15-18: 26 U.S.C. § 7212(a)

---

The Grand Jury charges that:

[handwritten annotation: Accused of acting on behalf of the United States 12 USC 411, 12 USC 95a(2), 18 USC 3, 6 stat, 18 USC 7, 401, stat]

### COUNT 1

**George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller**
**(18 U.S.C. § 286 – Conspiracy to File False Claims for Refund)**

**A. Introduction**

1.    Defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller, during the time periods charged in this Indictment, were all residents of Colorado Springs, Colorado, within the District of Colorado.

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
thomas - 719-599-7813

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Attorney General United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC. 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**

**1b.** [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

**3.** [✓] **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects [ ] Debtor or [✓] Secured Party of Record
AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[ ] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change – provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Brokaw | George | Thomas |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change – provide only one name (7a or 7b)

**7a. ORGANIZATION'S NAME**
United States

OR **7b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**
MAILING ADDRESS C/O: United States of America

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**
1500 Pennsylvania Ave. NW | Washington | DC | 20220 | USA

**8.** [✓] **COLLATERAL CHANGE:** Also check one of these four boxes: [ ] ADD collateral [ ] DELETE collateral [ ] RESTATE covered collateral [✓] ASSIGN collateral
Indicate collateral:

reversionary interest assign to and for the account of the UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of safe harbor as per 12 U.S. Code 95a(2)

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing DEBTOR

**9a. ORGANIZATION'S NAME**

OR **9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Brokaw | George | Thomas |

**10. OPTIONAL FILER REFERENCE DATA:**

404 FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (Rev. 08/13)

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 11/01/2014 14:02:53 PM
Master ID: 20142102166
Validation Number: 20142102168
Amount: $8.00

## Initial Financing Statement

File #: 20142102166        File Date: 11/01/2014 13:49:06 PM        Filing office: Secretary of State

## Collateral

This amendment restates collateral

Description:

reversionary interest assign to and for the account of the UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of safe harbor as per 12 U.S. Code 95a(2)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER [optional]
thomas 719-599-7813

B. E-MAIL CONTACT AT FILER [optional]

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Attorney General United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME – Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GEORGE THOMAS BROKAW | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| EAST LIVERPOOL CITY HOSPITAL | EAST LIVERPOOL | OH | 43920 | USA |

2. DEBTOR'S NAME – Provide only one debtor name (2a or 2b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GEORGE THOMAS BROKAW | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| OHIO SECRETARY OF STATE | COLUMBUS | OH | 43215 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Brokaw | George | Thomas | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| % Isaiah 33 trust P.O. Box 8100 | Colorado Springs | CO | 80933-8100 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All property belonging to the Debtor / Bailee belongs to the Secured Party: property and persons of the secured party subject to claims and defenses by secured party; Declaration of Independence for the protection and defense of the self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with the care and maintenance provided by usufructuary. Being age of majority, secured party exercises a claim in recoupment for pledge and grant of bailment of person and property (credit / value of living soul) in State of infancy accepted by and delivered to debtors / Bailees as consideration for act of bailment by secured party.

5. Check only if applicable and check only one box: Collateral is [x] held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6. Check only if applicable and check only one box:
☐ Public-Finance Transaction    [x] A Debtor is a Transmitting Utility

7. ALTERNATIVE DESIGNATION [if applicable]: ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer [x] Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

401 FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (OR REV. 08/13)

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 11/01/2014 13:49:06 PM
Master ID: 20142102166
Validation Number: 20142102166
Amount: $8.00

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: EAST LIVERPOOL CITY HOSPITAL
Address2: 425 W. 5TH STREET
City: EAST LIVERPOOL       State: OH       ZIP/Postal Code: 43920
Province: USA              Country: United States

Collateral is held in a Trust.

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: EAST LIVERPOOL CITY HOSPITAL
Address2: 425 W. 5TH STREET
City: EAST LIVERPOOL       State: OH       ZIP/Postal Code: 43920
Province: USA              Country: United States

The debtor is a transmitting utility.

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: OHIO SECRETARY OF STATE
Address2: 180 EAST BROAD STREET 16th FLR
City: COLUMBUS             State: OH       ZIP/Postal Code: 43215
Province: USA              Country: United States

Collateral is held in a Trust.

**Debtor: (Organization)**
Name: GEORGE THOMAS BROKAW
Address1: OHIO SECRETARY OF STATE
Address2: 180 EAST BROAD STREET 16th FLR
City: COLUMBUS             State: OH       ZIP/Postal Code: 43215
Province: USA              Country: United States

The debtor is a transmitting utility.

**Secured Party: (Individual)**
Last name: brokaw           First name: george      Middle name: thomas       Suffix:
Address1: c/o Isaiah 33 trust
Address2: P.O. Box 8100
City: Colorado Springs      State: CO               ZIP/Postal Code: 80933-8100
Province: USA               Country: United States

This secured party is an assignor

**Secured Party: (Individual)**
Last name: brokaw           First name: george      Middle name: thomas       Suffix:
Address1: c/o Isaiah 33 trust
Address2: P.O. Box 8100
City: Colorado Springs      State: CO               ZIP/Postal Code: 80933-8100

Page 1 of 2

Province: USA                    Country: United States

## Collateral

**Description:**
All property belonging to the Debtor / Bailee belongs to the Secured Party:
property and persons of the secured party subject to claims and defenses by secured party; Declaration of Independence for the protection and defense of the self-evident truth, and; State as administrator and usufructuary, and;  Secured Party retains quiet enjoyment of property and persons with the care and maintenance provided by usufructuary.
Being age of majority, secured party exercises a claim in recoupment for pledge and grant of bailment of person and property (credit / value of living soul) in State of infancy accepted by and delivered to debtors / Bailees as consideration for act of bailment by secured party.

## Optional Information

**Alternative designation:**

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

This financing statement is a: Agricultural Lien

**Optional filer reference data/miscellaneous information:**
reference Ohio division certificate  number 1945121885