IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No: _____

Date:_____

Time:_____

## NOTE TO COURT

_____     **We the jury have a verdict.**

___✗___     **We the jury have a question.**

We will begin tomorrow at 8am.

_____

_____

**Answer from the Court**

_____

_____

_____

_____

**PLEASE KEEP AS PART OF THE RECORD**

Court Exhibit___2___