COPY

**Re: [Announce] Secured Party Creditor Seminar**  Fri, June 24, 2011 3:55:16 PM
From: Jacqueline Jennings <jjennings32@yahoo.com>   Add to Contacts
To: johnski69@comcast.net
Cc: TOM BROKAW <tombrokaw03@msn.com>

Hi John,

im sorry for taking so long to respond, as i have explained to a couple others, im back and forth to oregon trying to get my house sold and tying up some loose ends. I will be available for the seminar on july 9. I would really like to attend as my problems with the IRS are starting to worry me. Im actuallly supposed to meet with Tom pretty soon. He sent me some freedom documents that he was going to help me out with. He said he'll be back the 27th... so im hoping maybe later that week. I actually had an appointment todaywith the IRS - Mike pryer or pryor. i didnt show up as i dont feel like im ready to deal with them yet. especially this guy.... Anyways, when you have a minute can you give me some of the details - such as the cost, place, and times?

Thanks
-Jacqueline

---

From: Linda B <thelindab@gmail.com>
To: announce@coloradorepublic.org
Sent: Mon, June 6, 2011 6:34:43 PM
Subject: [Announce] Secured Party Creditor Seminar

Greetings, Coloradoans!!!!

We will be holding the Tim Turner Secured-Party Creditor 2-day seminar on July 9th & 10th or 16th & 17th. Tom Brokaw and John Pawelski will present this material.

The date and amount for this 2-day seminar will depend on conference space availability. We will need an RSVP as quick as possible and definitely no later than June 24th. This will give us an idea of numbers and cost per person.

Thanks for your speedy responses. Please RSVP to me, John Pawelski.

Stay tuned for updates and additional information on location, times, and other details as we get them.

John Pawelski
Colorado Republic
(719) 660-8003
johnski69@comcast.net

Page # 226

http://us.mg4.mail.yahoo.com/dc/launch?.gx=1&.rand=d9j5kiduugifn    6/24/2011

GOVERNMENT EXHIBIT 231
13-cr-00392-CMA

00002557