Print - Close Window

Subject: RE: Fwd: final
From: John Pawelski (johnski69@comcast.net)
To: jjjennings32@yahoo.com;
Date: Tue, 23 Aug 2011 20:41:19

Jacqueline,

I made some updates highlighted in yellow. Tom and I will be meeting tomorrow concerning the Bond amount. I should have time tomorrow night to look at the updated document if you have time to change this one.

John Pawelski
Colorado Republic
(719) 660-8003
johnski69@comcast.net

---

**From:** Jacqueline Jennings [mailto:jjjennings32@yahoo.com]
**Sent:** Friday, August 19, 2011 1:40 PM
**To:** johnski69@comcast.net; TOM BROKAW
**Subject:** Fw: Fwd: final

hey guys,

I finished section 1. When you have time, would you please take a quick look just to make sure i didnt miss anything obvous...

So what is my next step after this?

Thanks for everything - see you thursday.... i'll bring some more salmon... :)


http://us.mg4.mail.yahoo.com/dc/launch

Page # 231


GOVERNMENT EXHIBIT 232
13-cr-00392-CMA

8/25/2011

00002562