FILED
United States Court of Appeals
Tenth Circuit

February 27, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 15-1057 |
| GEORGE THOMAS BROKAW, | (D.C. No. 1:13-CR-00392-CMA-1) |
| Defendant - Appellant. | |

_____

**ORDER**
_____

On February 20, 2015, the court abated this appeal by George Thomas Brokaw as premature. The district court has entered final judgment and denied Mr. Brokaw's pending motion to dismiss. Accordingly, the abatement is lifted and this appeal shall proceed. The parties shall file their entries of appearance as directed in this court's case opening letter of February 19, 2015.

In addition, Mr. Brokaw is directed to clarify whether he wishes to proceed *pro se* or invoke his Sixth Amendment right to counsel on direct appeal. While there is no right to proceed *pro se* on direct appeal, *Martinez v. Court of Appeal of California*, 528 U.S. 152 (2000), Mr. Brokaw may elect to do so subject to final approval by the court.

Accordingly, in addition to filing his entry of appearance, no later than **March 23, 2015**, Mr. Brokaw shall file either (1) a response acknowledging that he is aware of his Sixth Amendment right to counsel on direct appeal and expressly waiving that right in

order to proceed *pro se*; or (2) a motion for appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.  In the event Mr. Brokaw does not file a timely response to this order, the Court will appoint counsel to represent him on appeal pursuant to § 3006A.

                                      Entered for the Court
                                      ELISABETH A. SHUMAKER, Clerk

                                      by: Jane K. Castro
                                          Counsel to the Clerk