# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| v. § | No. 13-cr-00392-CMA |
| GEORGE THOMAS BROKAW § | 15-1057 |
| Defendant § | |
| _____§ | |

## Notice of Appeal

I hereby appeal the judgment and sentencing of US District Court for the District of Colorado for Case No.13-cr-00392-CMA. The sentencing occurred on February 10, 2015 with Judge Christine Arguello presiding.

Respectfully submitted,

*George Thomas Brokaw*
George Thomas Brokaw

## CERTIFICATE OF SERVICE

Submitted by first class mail on this the ___28th___ day of February 2015, a true and correct copy of the foregoing was served on the Clerk of the Court. The Clerk of Court shall distribute to all parties of interest and US Appeals Court.

*Debra Brokaw*
Debra Brokaw