FILED
United States Court of Appeals
Tenth Circuit

April 21, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GEORGE THOMAS BROKAW,

    Defendant - Appellant.

No. 15-1057
(D.C. No. 1:13-CR-00392-CMA-1)
(D. Colo.)

───────────────────────────────

**ORDER**

───────────────────────────────

Before **GORSUCH** and **MATHESON**, Circuit Judges.

───────────────────────────────

    This matter is before us on Appellant Thomas Brokaw's *Entry of Appearance Certificate of Notice*, which is construed as his response to the court's order of February 27, 2015 regarding counsel for this appeal. Mr. Brokaw indicates that he does not object to the appointment of counsel. The district court has made the requisite finding of eligibility for appointment of counsel. Because Mr. Brokaw has not expressly waived his right to counsel, the court will appoint counsel for him.

    Attorney Jonathan W. Rauchway is appointed to represent Mr. Brokaw pursuant to 18 U.S.C. § 3006A. Mr. Rauchway's contact information is as follows:

> Jonathan W. Rauchway
> Davis Graham & Stubbs LLP
> 1550 Seventeenth Street, Suite 500
> Denver, CO 80202
> (phone) 303-892-7216

(fax) 303-893-1379
jrauchway@dgslaw.com

**Within 10 days** from the date of this order, Mr. Rauchway shall file an appearance in this appeal with the clerk.  **Within 20 days** from the date of this order, Mr. Rauchway shall file a designation for record and a transcript order form or notice that no transcript is necessary.  Once the record is complete, briefing will proceed in accordance with the Federal Rules of Appellate Procedure and this court's local rules.

Mr. Brokaw's pro se *Motion for Production of Case Transcripts*, which was taken under advisement pending receipt of his response regarding counsel, is denied as moot.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Jane K. Castro
    Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                  Chris Wolpert
Clerk of Court                    April 21, 2015                             Chief Deputy Clerk

Mr. Jonathan William Rauchway
Davis Graham & Stubbs
1550 Seventeenth Street, Suite 500
Denver, CO 80202

**RE:    15-1057, United States v. Brokaw**
         Dist/Ag docket: 1:13-CR-00392-CMA-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act (18 U.S.C.A. 3006A). The order appointing you is attached to the docket. You may find the CJA 20 billing workbook, which includes the appropriate voucher form, and instructions for completing it, on our website at www.ca10.uscourts.gov/clerk/showcja.php. Upon conclusion of the appeal, you must submit all required supporting documentation, and the voucher, to claim compensation for services and reimbursement for expenses. The completed packet should be returned by e-mail in the required format(s) per the instructions. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. See Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services in petitioning for certiorari, you must submit a pdf copy of the petition by e-mail with your payment request.

If you are new to CJA appointments in the Tenth Circuit, you recently moved, or your assignment of the tax consequences of CJA payment has changed, within five (5) days please download a CJA5 Attorney Data Form from the webpage at http://www.ca10.uscourts.gov/clerk/showcja.php, fully complete the form, print it to .pdf and return it by e-mail to 10th_Circuit_CalTeam@ca10.uscourts.gov. The information from this form is used to create your CJA payment system 'file' for this appeal, authorize any travel at government expense, and pay your voucher after final disposition.

You must complete and file an entry of appearance form within 10 days of the date of this letter. Parties who do not enter their appearances may not receive notices.

Please contact this office if you have questions.

                    Sincerely,

                    Elisabeth A. Shumaker
                    Clerk of the Court

cc:    George Thomas Brokaw
       Matthew T. Kirsch
       James C. Murphy
       Martha A. Paluch

EAS/kf