

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2015

JEFFREY P. COLWELL
CLERK

13-CR-392 CMA #502

RTS in CCSO custody

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
07/09/2015
US POSTAGE $00.70⁵

FIRST-CLASS MAIL
ZIP 80294
041L11245087

George Thomas Brokaw
Clear Creek County Jail
P.O. Box 518
Geo[rgetown]

NIXIE          802    FE 1    0007/18/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099    *0520-06880-09-46*