

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RTS
no longer
At facility

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2015

JEFFREY P. COLWELL
CLERK

13-cr-392-CMA

George Thomas Brokaw
Clear Creek County Jail
P.O. Box 518
Georgetown, CO 80444

NIXIE   802   7E 1   0009   0007/28/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250099   *1620-06837-15-37

neopost 07/15/2015
US POSTAGE $00.48
ZIP 80294
041L11245087

FIRST-CLASS MAIL

DENVER
SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE