FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/17/2015
JEFFREY P. COLWELL, CLERK

To the jubilee accounting of   christine m. Arguello
Alfred A. Arraj United States Courthouse A638 / Courtroom A602
303) 335-2174

**Pope Francis Presents "Bull of Indiction" of "Jubilee of Mercy"**

(Vatican Radio) Pope Francis on Saturday afternoon (April 11th) proceeded with the presentation of the official Bull of Indiction of the Extraordinary Jubilee of Mercy, set to begin December 8.

The bull is the fundamental document for the Holy Year that outlines the overall spirit and intentions for the Jubilee, as well as the spiritual fruits that are hoped for.

These words might well sum up the mystery of the Christian faith. In the document, Pope Francis says the Holy Year is "dedicated to living out in our daily lives the mercy" which God "constantly extends to all of us."

The document develops three main themes.

First, Pope Francis elaborates the theological understanding of God's mercy, explaining the role of mercy in the life of people and of the Church, who are both the beneficiaries and the witnesses to God's mercy in the world.

"The mercy of God is not an abstract idea, but a concrete reality through which he reveals his love as that of a father or a mother, moved to the very depths out of love for their child," the Pope writes.

"Mercy is the very foundation of the Church's life," he continues. "The Church's very credibility is seen in how she shows merciful and compassionate love."

He recalls that the motto of the Holy Year is "Merciful like the Father."

"Wherever the Church is present, the mercy of the Father must be evident," he writes. "Wherever there are Christians, everyone should find an oasis of mercy."

As a second theme, the Pope offers practical ways to live well the Holy Year: go on pilgrimage as an "impetus to conversion"; do not judge or condemn but forgive and give, avoiding gossip, envy and jealousy; have a heart open to the fringes of society and bring consolation, mercy and solidarity to people who live in precarious situations; take up the corporal and spiritual acts of mercy with joy; and observe the "24 Hours for the Lord" initiative, which encourages prayer and the sacrament of reconciliation, in every diocese during Lent.

As a third theme, the Pope issues particular calls for justice and conversion. He asks members of criminal organizations and those involved in corruption to change their lives and to embrace God's mercy.

"God does not deny justice," he continues. "He rather envelopes it and surpasses it with an even greater event (mercy) in which we experience love as the foundation of true justice."

As with all Jubilees, a plenary indulgence is granted during the Holy Year of Mercy for those who fulfill all of the usual requirements.

The Holy Year will conclude on November 20, 2016, on the feast of Christ the King.

**I bring your attention to Leviticus chapters 25-27**

*(Lev 25:10)  And you shall hallow the fiftieth year and you shall proclaim liberty throughout the land to all its inhabitants. It shall be a jubilee for you: you shall return, every one of you, to your property and every one of you to your family. {18} You shall observe my statutes and faithfully keep my ordinances, so that you may live on the land securely. {36} Do not take interest in advance or otherwise make a profit from them, but fear your elohiym/mighty creator/ mighty authority (God); let them live with you. {37} You shall not lend them your money at interest taken in advance, or provide them food at a profit. {39} If any who are dependent on you become so impoverished that they sell themselves to you, you shall not make them serve as slaves. {40} They shall remain*

*with you as hired or bound laborers. They shall serve with you until the year of the jubilee. {41} Then they and their children with them shall be free from your authority; they shall go back to their own family and return to their ancestral property. {42} For they are my servants, whom I brought out of the land of Egypt; they shall not be sold as slaves are sold. {43} You shall not rule over them with harshness, but shall fear your elohiym/mighty creator/ mighty authority (God). {47} If resident aliens among you prosper, and if any of your kin fall into difficulty with one of them and sell themselves to an alien, or to a branch of the alien's family, {48} after they have sold themselves they shall have the right of redemption; one of their brothers may redeem them, {49} or their uncle or their uncle's son may redeem them, or anyone of their family who is of their own flesh may redeem them; or if they prosper they may redeem themselves. {50} They shall compute with the purchaser the total from the year when they sold themselves to the alien until the jubilee year; the price of the sale shall be applied to the number of years: the time they were with the owner shall be rated as the time of a hired laborer. {51} If many years remain, they shall pay for their redemption in proportion to the purchase price; {52} and if few years remain until the jubilee year, they shall compute thus: according to the years involved they shall make payment for their redemption. {53} As a laborer hired by the year they shall be under the alien's authority, who shall not, however, rule with harshness over them in your sight. {54} And if they have not been redeemed in any of these ways, they and their children with them shall go free in the jubilee year. {55} For to me the people of ezray el are servants; they are my servants whom I brought out from the land of Egypt: I am yhwh your elohiym/mighty creator/ mighty authority (God).*

### Code of Conduct for United States Judges

The Code of Conduct for United States Judges includes the ethical canons that apply to federal judges and provides guidance on their performance of official duties and engagement in a variety of outside activities.

Introduction
Canon 1: A Judge Should Uphold the Integrity and Independence of the Judiciary
Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities
Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently
Canon 4: A Judge May Engage in Extrajudicial Activities That are Consistent With the Obligations of Judicial Office
Canon 5: A Judge Should Refrain From Political Activity
Compliance with the Code of Conduct



APOSTOLIC LETTER
ISSUED *MOTU PROPRIO*
OF THE SUPREME PONTIFF
**FRANCIS**
ON THE JURISDICTION OF THE
JUDICIAL AUTHORITIES OF VATICAN CITY STATE
IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued Motu Proprio, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

b) crimes referred to:

- in Vatican City State Law No. VIII, of 11 July 2013, containing Supplementary Norms on Criminal Law Matters;

- in Vatican City State Law No. IX, of 11 July 2013, containing Amendments to the Criminal Code and the Criminal Procedure Code;

when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed "public officials":

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even de facto manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the Judicial Order of Vatican City State remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on 1 September 2013.

Given in Rome, at the Apostolic Palace, on 11 July 2013, the first of my Pontificate.

FRANCISCUS

**The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54)**

**Why does the Pope have the power to abolish any US law he wants? According to this 1893 Vatican issued book?**
**Elements of Ecclesiastical Law. Vol. I (ninth edition, 1893)**
**Pages 53-54.  Please read for yourself:** http://www.archive.org/stream/elementsof...

"106. Q. What is meant by American cannon law?

A. By the national ecclesiastical law of this country we understand the various derogations from the "jus commune" or the different customs that exist among the churches in the United States, and are sanctioned or tolerated by the Roman Pontiff. We say, "are sanctioned or tolerated by the Roman Pontiff; for, as was seen, no national law can become legitimate expect by at least the tacit or legal consent of the Pope. Again, the "jus particulare" of a nation always remains subject to the authority of the Holy See in such a manner as to be repealable at any time by it.►►►Hence the jus nationale, (Federal Law) or the exceptional ecclesiastical laws prevalent in the United States, may be abolished at any time by the Sovereign Pontiff."◄◄◄

The Pope's laws are obligatory on everyone. (Bened. XIV., De Syn. Dioec, lib, ix, c. vii, n. 4. Prati, 1844 Syllabus Prop 28, 29, 44)

art. 1. THE ROMAN PONTIFF

Can. 331 The bishop of the Roman Church, in whom continues the office given by the Lord uniquely to Peter, the first of the Apostles, and to be transmitted to his successors, is the head of the college of bishops, the Vicar of Christ, and the pastor of the universal Church on earth. **By virtue of his office he possesses supreme, full, immediate, and universal ordinary power in the Church, which he is always able to exercise freely.**

Can. 333 §1. By virtue of his office, the Roman Pontiff not only possesses power offer the universal Church but also obtains the primacy of ordinary power offer all particular churches and groups of them. Moreover, this primacy strengthens and protects the proper, ordinary, and immediate power which bishops possess in the particular churches entrusted to their care.

§2. In fulfilling the office of supreme pastor of the Church, the Roman Pontiff is always joined in communion with the other bishops and with the universal Church. He nevertheless has the right, according to the needs of the Church, to determine the manner, whether personal or collegial, of exercising this office.

**§3. No appeal or recourse is permitted against a sentence or decree of the Roman Pontiff.**

so taking this into account christine m. Arguello if you or your corporation does not dismiss this alleged debt/charge upon mimi vigil, john pawelski, george browkaw  it is my claim that you have or are violating cannon laws 1-5 in multiple ways and can and shall also have your year of jubilee if you forgive you shall be forgiven yet if not could and should or shall be held accountable by the pope, vicar general, bishops, and others to numerous to name or number, evidenced in fact that if you are acting as a fiduciary, this definition of fiduciary is lacking in the term "beneficiary"  so you are not allowed to "benefit" in any way

**"Fiduciary"** includes relationships such as executor, administrator, trustee, or guardian. See Rules 2.11, 3.2, and 3.8.

so I thank you in advance that we need not contact the others on this list to have them take action upon non compliance to the year of jubilee for mimi, john, and george.

Chair, Committee on Codes of Conduct,   c/o General Counsel Administrative Office of the United States Courts

Thurgood Marshall Federal Judiciary Building One Columbus Circle, N.E. Washington, D.C. 20544
202-502-1100

**Archbishop**
Archbishop Samuel J. Aquila
303-715-3129

**Moderator of the Curia**
Very. Rev. Randy Dollins, V.G.
303-715-3263

**Very Rev. Giovanni Capucci, J.C.D.**

Metropolitan Tribunal and Office of Canonical Affairs   1300 South Steele Street Denver, CO 80210, 303-894-8994
tribunal.office@archden.org