Scanned by U.S. Marshal

Christine M. Arguello
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Co 80294
Chamber A 638

Legal Documents

7014 2870 0001 4913 0559




02 1P
0003911492
MAILED FROM ZI
UNITED STATES POSTAGE $