**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                        Chris Wolpert
Clerk of Court                             June 24, 2016                                          Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**      **15-1057, United States v. Brokaw**
             Dist/Ag docket: 1:13-CR-00392-CMA-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                                               Sincerely,

                                                                               Elisabeth A. Shumaker
                                                                               Clerk of the Court

cc:      John M. Bowlin
         Matthew T. Kirsch
         James C. Murphy
         Martha A. Paluch
         Jonathan William Rauchway

EAS/sds