UNITED STATES DISTRICT COURT
For the DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 AUG -9 PM 3:46
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,) INC.          ) | Case number: 13-CR-00392-CMA |
| v. | Term: **Special** |
| GEORGE THOMAS BROKAW, et l) | **Invoked in Exclusive Equity** |
| <sic>  <misnomer> | |
| Defendant in error | |
| And/or Aggrieved Defendant | |

### Notice in Exclusive Equity under Necessity

Notice for the record that I, george-thomas, genuine son of george, do hereby acknowledge and accept all oaths and bonds of the Judge/Magistrate presiding over this matter. From the beginning, with God as my witness, I "george-thomas", a true man of God, genuine son of george acknowledge all blessings given by God, repent all transgressions against God, and waive all benefits without God;

thank you, the end, for closure.

all rights reserved without prejudice,
non-assumpsit, cf. Pub. L. 94-550 1(a), 90 Stat 2534

*george-thomas*

a private, common ... man standing
on land, my word is my bond

Certificate of Service

I, a woman, hereby certify that on the ninth day of August, 2016, a true and exact copy of the **Notice in Exclusive Equity under Necessity** was hand delivered to the clerk of court and to the following persons:

MARCIA S. KRIEGER, Chief Judge:
UNITED STATES DISTRICT COURT for the District of Colorado
901 19th Street, A 901
Denver, CO. 80294-3589

John Walsh, U.S. Attorney
901 19th Street,
Denver, CO 80294-3589

_____*deborah*_____
deborah