```
                                          FILED
                                   U.S. DISTRICT COURT
                                   DISTRICT OF COLORADO

                                        2016 AUG -9  PM 3:46
           UNITED STATES DISTRICT COURT
            For the DISTRICT OF COLORADO   JEFFREY P. COLWELL
                                                CLERK

                                         BY_____DEP. CLK
```

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> INC.                                ) | Case number: 13-CR-00392-CMA |
| )  | |
| )  | Term: **Special** |
| v.                               ) | |
| )  | |
| )  | |
| GEORGE THOMAS BROKAW, et al ) | **Invoked in Exclusive Equity** |
| )  | |
| <sic>   <misnomer>       ) <br> Defendant in error             ) | |
| )  | |
| )  | |
| And/or Aggrieved Defendant      ) | |
| )  | |

---

### Notice of non-representative capacity

I, a private, natural common man standing on land hereby appears by *special appearance* in a non-representative capacity as a third party intervenor—subject to my receipt of your written verifiable claim and proof of claim to the contrary—all within three days.

" All rights retained without prejudice"

_____*[signature]*_____
"george-thomas"
my word is my bond
non-assumpsit, cf. Pub. L. 94-550 1(a), 90 Stat 2534 cf.

## Certificate of Service

I, a woman, hereby certify that on this 9th day of August, 2016, a true and correct copy of the **Notice of non-representative capacity, and copies of the authenticated birth certificate and Dept. of State passport application, recorded in El Paso County, CO. #216046424,** was hand delivered to the following persons:

MARCIA S. KRIEGER, Chief Judge:
UNITED STATES DISTRICT COURT for the District of Colorado
901 19th Street, A901
Denver, CO. 80294-3589

John Walsh, U.S. Attorney
901 19th Street
Denver, CO 80294-3589

_deborah_
deborah