UNITED STATES DISTRICT COURT
For the DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 AUG -9 PM 3:46

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,) INC. ) Plaintiff, ) ) ) v. ) ) GEORGE THOMAS BROKAW, et al ) ) &lt;sic&gt;  &lt;misnomer&gt; ) Defendant in error ) And/or Aggrieved Defendant ) ) | Case number: 13-CR-00392-CMA<br>Term: **Special**<br><br>**Invoked in Exclusive Equity** |

**notice of withdrawal**

I, a private, common, natural man, hereby withdraw any and all appearances in the representative capacity as agent for the business organization known as "GEORGE THOMAS BROKAW/ George Thomas Brokaw "—subject to my receipt of your written, verifiable claim and proof of claim to the contrary –all within three days.

"All Rights retained without prejudice"

_george  k — thomas_

"george-thomas", a man
My word is my bond
Non-assumpsit, cf. Pub. L. 94-550 1(a), 90 Stat. 2534

**Certificate of Service**

I, hereby certify that on the 9th day of August, 2016, a true and correct copy of the **notice of withdrawal** was hand delivered to the clerk of court and to the following persons:

MARCIA J, KREIGER, Chief Judge
901 19th Street
Denver, CO. 80294-35898

John Walsh, U.S. attorney
901 19th Street
Denver, CO. 80294-35898

_deborah_
deborah