

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2016

JEFFREY P. COLWELL
CLERK

13-CR-392 CMA #544

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
08/10/2016
**US POSTAGE** $00.67⁵
FIRST-CLASS MAIL
ZIP 80294
041L11245087

George Thomas Brokaw
Clear Creek County Jail
P.O. Box ___
George

RTS : No Longer
@ THIS FACILITY

NIXIE        808        DE 1        0008/17/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250999        *0720-01915-10-45