

PLEASE PRESS FIRMLY

PRIORITY
MAIL

UNITED STATES POSTAL SERVICE

LEGAL MAIL

PS00001035014

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY:

Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.com
or ask a retail associate for details.

From/Expéditeur:

George Thomas Brokaw
C/o GEORGE THOMAS BROKAW
Reg. No. 39966-013
FCI Satellite Camp Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

To/Destinataire:

U.S.D.C., District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Country of Destination/Pays de destination:

Expected Delivery Day: 01/18/2018

USPS TRACKING NUMBER

9505 5122 5166 8017 2388 59

U.S. POSTAGE
LITTLETON, CO
80123
JAN 18 18
AMOUNT

$0.00
R2304M11059T-4

This packaging is the property of the U.S. Postal
Service® and is provided solely for use in
sending Priority Mail® shipments.
Misuse may be a violation of federal law. This
packaging is not for resale. EP14F-P-PP © U.S.
Postal Service; June 2012; All rights reserved.

EP14F-P-PP June 2012

Schedule package pickup right from your home
or office at usps.com/pickup
Print postage online

Please
Recycle



UNITED STATES POSTAL SERVICE

**PRIORITY MAIL**

Flat Rate Mailing Envelope

*Visit us at usps.com*

PS00001035014

EP14F-P-PP
OD: 12.5 x 9.5