



**UNITED STATES POSTAL SERVICE** — PRIORITY MAIL®

# Mailing Envelope
## For Domestic and International Use

Visit us at usps.com

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN...

DATE/INITIALS  2/1/18

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE, LITTLETON, CO, 80123

**INTERNATIONAL RESTRICTIONS**
**LIMITATIONS ON CONTENT:**
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

Please recycle.

**From: / Expéditeur:**
George Thomas Brokaw
C/o Reg. No.: 39965-013
FCI-Englewood Satellite Camp
9595 W. Quincy Ave.
Littleton, Co 80123

**To: / Destinataire:**
Clerk of Court
U.S.D.C., District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Country of Destination: / Pays de destination:

Legal Mail

EP-14

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL®**

Mailing Envelope
**For Domestic and International Use**

Visit us at usps.com



Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**              **PLEASE PRESS FIRMLY**