

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. Department of State
CA/PPT/L/LA
Street & Apt. No. or PO Box No.: 44132 Mercure Circle
P.O. Box 1227
City, State, ZIP: Sterling, VA  20166-1227

PS Form 3800