# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## PROBATION OFFICE

ELIZABETH K. RUSSELL
Chief U.S. Probation Officer

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

KYLA F. HAMILTON
Deputy Chief U.S. Probation Officer

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

La Plata County Courthouse
1060 E. 2nd Avenue, Suite 130
Durango, CO 81301
Phone: (970) 385-1934

August 7, 2023

RESPOND TO:   Denver

George Brokaw
2649 Thrush Grove
Colorado Springs, Colorado

Dear George:

We are happy to inform you that your term of supervised release expired August 5, 2023, and you are hereby discharged from further supervision.

Best wishes for the future.

                Sincerely,

                *s/Brenda Meral*
                Brenda Meraz
                U.S. Probation Officer Assistant

BM/aa
cc: Clerk's Office
    13-cr-00395-CMA-1



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 08 2023
JEFFREY P. COLWELL
CLERK