13 cr 392 CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2023

JEFFREY P. COLWELL
CLERK

#570

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

John J. Pawelski(Terminated)
6547 North Academy Boulevard, #613
Colorado Springs, CO

NIXIE   808   FE 1   0008/23/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099   *1720-01865-09-42

DENVER, CO 802
9 AUG 2023 PM

quadient
FIRST-CLASS MAIL
IMI
$000.63°
08/09/2023 ZIP 80294
043M31245131
**US POSTAGE**